| Fill in this information to identify your case: | |
|---|---|
| United States Bankruptcy Court for the: | |
| EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION | |
| Case number *(if known)* _____ Chapter __11__ | ☐ Check if this an amended filing |

**Official Form 201**

# Voluntary Petition for Non-Individuals Filing for Bankruptcy          06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| **1.** | **Debtor's name** | Surf 9 LLC |
| **2.** | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| **3.** | **Debtor's federal Employer Identification Number (EIN)** | 20-5509772 |

| | | |
|---|---|---|
| **4.** | **Debtor's address** | **Principal place of business**<br><br>24850 Old 41 Rd Ste.10<br>Bonita Springs, FL 34135<br><u>Number, Street, City, State & ZIP Code</u><br><br>Lee<br><u>County</u> | **Mailing address, if different from principal place of business**<br><br>c/o Olden Group<br>One Metrotech Center, Suite 1803<br>Brooklyn, NY 11201<br><u>P.O. Box, Number, Street, City, State & ZIP Code</u><br><br>**Location of principal assets, if different from principal place of business**<br>One Metrotech Center, Suite 1803   Brooklyn, NY 11201<br><u>Number, Street, City, State & ZIP Code</u> |

| | | |
|---|---|---|
| **5.** | **Debtor's website (URL)** | _____ |

| | | |
|---|---|---|
| **6.** | **Type of debtor** | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: _____ |

Debtor    <u>Surf 9 LLC</u>                                          Case number *(if known)* _____
          Name

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

☒ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

<u>   3399   </u>

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check all that apply*:

     ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☒ No.
☐ Yes.

District _____ When _____ Case number _____
District _____ When _____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____ Relationship _____
District _____ When _____ Case number, if known _____

Debtor   Surf 9 LLC                                     Case number (*if known*)
       Name

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

                             Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

            Contact name _____

            Phone _____

---

### ▮ Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☒ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☒ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor    Surf 9 LLC _____    Case number (*if known*) _____
          Name

██████  **Request for Relief, Declaration, and Signatures**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature**
**of authorized**
**representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     January 7, 2025 _____
                    MM / DD / YYYY

**X** /s/   John Chenciner _____        John Chenciner _____
     Signature of authorized representative of debtor        Printed name

Title    Managing Member _____

**18. Signature of attorney**    **X** /s/ Kevin Nash _____        Date    January 7, 2025 _____
                        Signature of attorney for debtor                           MM / DD / YYYY

Kevin Nash _____
Printed name

Goldberg Weprin Finkel Goldstein LLP _____
Firm name

125 Park Ave
New York, NY 10017-5690 _____
Number, Street, City, State & ZIP Code

Contact phone _____    Email address    knash@gwfglaw.com _____

NY _____
Bar number and State

Official Form 201            **Voluntary Petition for Non-Individuals Filing for Bankruptcy**            page 4

Body Glove International Inc.
c/o Martin S. Krezalek, Esq.
Blank Rome LLP
1271 Avenue of the Americas, Ste 15th
New York, NY 10020

Body Glove IP Holdings LP
c/o Martin S. Krezalek, Esq.
Blank Rome LLP
1271 Avenue of the Americas, Ste 15th
New York, NY 10020

Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101

Olden Group LLC
c/o Frank R. Seddio, Esq.
Seddio & Associates PC
One Metrotech Center, Suite 1803
Brooklyn, New York 11201

## WRITTEN CONSENT OF THE SOLE MEMBER AND MANAGER OF
## SURF 9 LLC TO COMMENCE CHAPTER 11 CASE

The undersigned, being the sole member and manager of Surf 9 LLC (the "Company"), hereby adopts the following resolution by written consent:

WHEREAS, the business and legal affairs of the Company are governed by a certain Amended and Restated Operating Agreement;

WHEREAS, the Company is subject to efforts by Body Glove International Inc. and Body Glove IP Holdings LP to terminate a valuable and unique license held by the Company to distribute paddle sports and footwear goods for alleged non-payment of royalties;

WHEREAS, the Company desires to preserve the *status quo* relating to the continuation of the license while the Company obtains new financing to cure the arrears under the license in connection with an overall corporate restructuring; and

WHEREAS, in view of the foregoing, the Company hereby adopts the following resolutions relating to the commencement of a Chapter 11 proceedings:

NOW, THEREFORE, IT IS HEREBY

RESOLVED, that the Company is authorized to file a voluntary petition for relief under Chapter 11 of Title 11 of the United States Code in the United States Bankruptcy Court for the Eastern District of New York, Brooklyn Division, as the site of the Company's primary assets and debt holders; and it is further

RESOLVED, that the Company is authorized to retain the law firm of Goldberg Weprin Finkel Goldstein LLP as bankruptcy counsel in the Chapter 11 case.

IN WITNESS WHEREOF, the undersigned has executed this written consent as of January 7, 2025.

SURF 9 LLC

By: _____

John Chenciner
Sole Managing Member