**Fill in this information to identify the case:**

Debtor name    Surf 9 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors
12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.   Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.   Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.   18 U.S.C. §§ 152, 1341, 1519, and 3571.

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ *Amended Schedule* _____
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    January 24, 2025      X /s/   John Chenciner       *John Chenciner*
                                      Signature of individual signing on behalf of debtor

                                      John Chenciner
                                      Printed name

                                      Managing Member
                                      Position or relationship to debtor

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| Fill in this information to identify the case: |
| --- |

Debtor name __Surf 9 LLC__

United States Bankruptcy Court for the: __EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION__

Case number (if known) __25-40078__

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*.................................................................... $ 0.00

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $ 16,937,006.03

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................... $ 16,937,006.03

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D*................................... $ 35,961,473.79

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................ $ 529,611.88

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................... +$ 20,308,398.32

4. **Total liabilities** ...........................................................................
    Lines 2 + 3a + 3b

    $ 56,799,483.99

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com · Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name  **Surf 9 LLC**

United States Bankruptcy Court for the:  EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)  25-40078

☐ Check if this is an amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

**All cash or cash equivalents owned or controlled by the debtor**

Current value of debtor's interest

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | PNC Bank | Checking | 3531 | $0.00 |
| 3.2. | BMO Bank | Checking | 7318 | $0.00 |
| 3.3. | BMO Bank | Checking | 2225 | $228.54 |
| 3.4. | BMO Bank | Checking | 7245 | $1,500.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,728.54

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☒ Yes Fill in the information below.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Debtor    Surf 9 LLC                                          Case number *(If known)*  _____
                 ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                 Name

**7.    Deposits, including security deposits and utility deposits**
         Description, including name of holder of deposit

         7.1.  Leewards Health - Paddle board Deposit                                    $1,199,672.48

         7.2.  Yunfeng/Number One - Footwear Deposit                                       $174,108.90

         7.3.  Hongrui - Footwear Deposit                                                  $195,458.44

         7.4.  Takashina - Outdoor (Lifevest) Deposit                                      $392,040.00

         7.5.  Jiang - Backpacks                                                           $107,000.00

         7.6.  Huizhou RuiMei xin Plastic & Hardware - Display Stands                      $124,208.50

**8.    Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
         Description, including name of holder of prepayment

**9.    Total of Part 2.**                                                        ┌──────────────────┐
         Add lines 7 through 8. Copy the total to line 81.                        │   $2,192,488.32  │
                                                                                  └──────────────────┘

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

  ☐ No.   Go to Part 4.
  ☒ Yes Fill in the information below.

**11.    Accounts receivable**

         11a. 90 days old or less:        3,613,923.69      -              0.00    = ....       $3,613,923.69
                                     ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾         ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
                                          face amount             doubtful or uncollectible accounts
                                                         **Subject to potential chargeback of up to $4,583,766.47**

**12.    Total of Part 3.**                                                       ┌──────────────────┐
         Current value on lines 11a + 11b = line 12.   Copy the total to line 82. │        TBD       │
                                                                                  └──────────────────┘

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

  ☒ No.   Go to Part 5.
  ☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

Debtor    Surf 9 LLC                                      Case number *(If known)* _____
          ‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾
          Name

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** On hand and in transit to warehouses | | | | $8,551,881.00 |
| 22. **Other inventory or supplies** | | | | |

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    | $8,551,881.00 |
    |---|

24. **Is any of the property listed in Part 5 perishable?**
    ☒ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☒ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ☒ No
    ☐ Yes

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ☒ No.  Go to Part 7.
    ☐ Yes Fill in the information below.

**Part 7:    Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No.  Go to Part 8.
    ☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** furniture | $0.00 | | $56,330.00 |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office equipment | $0.00 | | $110,600.00 |

Debtor    Surf 9 LLC _____    Case number *(If known)* _____
               Name

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
         books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
         collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                                                        | $166,930.00 |
         Add lines 39 through 42.   Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
         ☒ No
         ☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
         ☒ No
         ☐ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

         ☒ No.   Go to Part 9.
         ☐ Yes Fill in the information below.

**Part 9:    Real property**

**54. Does the debtor own or lease any real property?**

         ☒ No.   Go to Part 10.
         ☐ Yes Fill in the information below.

**Part 10:    Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

         ☐ No.   Go to Part 11.
         ☒ Yes Fill in the information below.

Acquired rights to Denali Outdoor and Havasu Watersports brands for approximately $350,000

**Part 11:    All other assets**

**70. Does the debtor own any other assets that have not yet been reported on this form?**
         Include all interests in executory contracts and unexpired leases not previously reported on this form.

         ☐ No.   Go to Part 12.
         ☒ Yes Fill in the information below.

**$2,060,054.48 is being held by Express Trade Capital subject to its lien.**

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

Debtor    Surf 9 LLC
          _____          Case number *(If known)* _____
          Name

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,728.54 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $2,192,488.32 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $3,613,923.69 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $8,551,881.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $166,930.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9*.........................................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $350,000.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,060,054.48 | |
| 91. **Total.** Add lines 80 through 90 for each column | $16,937,006.03 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $16,937,006.03 |

**Fill in this information to identify the case:**

Debtor name    Surf 9 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    25-40078

☐ Check if this is an
amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☒ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. List in alphabetical order all creditors who have secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** Do not deduct the value of collateral. | **Value of collateral that supports this claim** |

| **2.1** | Body Glove IP Holdings LP | **Describe debtor's property that is subject to a lien** | $1,078,832.79 | TBD |

Creditor's Name
c/o Marquee Brands LLC
330 West 34th Street, 15th Floor
New York, NY 10001
Creditor's mailing address

**Describe the lien**
Intercreditor Agreement

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☒ Unliquidated
☒ Disputed

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| | | **Describe debtor's property that is subject to a lien** | | |

Creditor's Name

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
☐ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    Surf 9 LLC _____    Case number (if known) _____
         Name

including this creditor and its relative priority.

  ☐ Unliquidated
  ☐ Disputed

---

| 2.2 | Olden Group LLC | Describe debtor's property that is subject to a lien | $30,197,641.00 | $0.00 |

$27,000,000 plus interest and other advances of approximately $3,197,641.00.

Creditor's Name

4203 13th Avenue, Suite 102
Brooklyn, NY 11219
Creditor's mailing address

**Describe the lien**
All Assets

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | Ouiby, Inc. d/b/a Kickfurther | Describe debtor's property that is subject to a lien | $685,000.00 | $0.00 |

Creditor's Name

Interim financing on specific goods

PO Box 201584
Boulder, CO 80308
Creditor's mailing address

**Describe the lien**

Creditor's email address, if known

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | Samson MCA LLC | Describe debtor's property that is subject to a lien | $4,000,000.00 | $0.00 |

Creditor's Name

Cash advances

17 State Street, Suite 630
New York, NY 10004
Creditor's mailing address

**Describe the lien**
UCC-1

**Is the creditor an insider or related party?**
☒ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

---

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor ___Surf 9 LLC_____     Case number (if known) _____
       Name

| | |
|---|---|
| Date debt was incurred | ☒ No |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) |
| Last 4 digits of account number | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ☒ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.   | $35,961,473.79 |

## Part 2: List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| Frank R. Seddio<br>Seddio & Associates, P.C.<br>9306 Flatlands Ave<br>Brooklyn, NY 11236 | Line 2.3 | |
| Ian R. Winters<br>Klestadt Winters Jureller Southard & Stevens, LLP<br>200 West 41st Street, 17th Floor<br><br>New York, NY 10036 | Line 2.3 | |
| Lauren J. Wachtler<br>Phillips Nizer LLP<br>485 Lexington Avenue, 14th Floor<br>New York, NY 10017 | Line 2.3 | |
| Paul D. Montclare<br>Mitchell Silberberg & Knupp LLP<br>437 Madison Avenue, 25th floor<br><br>New York, NY 10022 | Line 2.3 | |

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 3 of 3

| Fill in this information to identify the case: |

Debtor name    **Surf 9 LLC**

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    25-40078

☐ Check if this is an amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---|---|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☒ Yes. Go to line 2.

2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part. If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  | | | Total claim | Priority amount |
|---|---|---|---|---|
| **2.1** | Priority creditor's name and mailing address<br>Colin Zannoni<br>c/o Wolfgang M. Florin<br>Christopher D. Gray<br>16524 Pointe Village Drive<br>Suite 100<br><br>Lutz, FL 33558 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | $25,000 | Unknown |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee/commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |
| **2.2** | Priority creditor's name and mailing address<br>Dianna Fischer<br>171 Locke Drive Ste 109<br>Marlborough, MA 01752 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,897.13 | $15,150.00 |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee/commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

Debtor    Surf 9 LLC
_____    Case number (if known) _____

         Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|
| | Florida Department of Revenue<br>Mark Hamilton<br>Florida Department of Revenue,<br>P. O. Box 6668<br>Tallahassee, FL 32314 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>For notice purposes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $23,220.96 | $15,150.00 |
|---|---|---|---|---|
| | George Patterson<br>311 Myrthe Lane<br>Sewickley, PA 15143 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee/commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $82,337.96 | $15,150.00 |
|---|---|---|---|---|
| | Greg Lomen<br>12350 W. Gilia Way<br>Peoria, AZ 85383 | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Employee/commissions | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $42,390.10 | $42,390.10 |
|---|---|---|---|---|
| | Internal Revenue Service<br>Centralized Insolvency Operations<br>PO Box 7346<br>Philadelphia, PA 19101-7346 | Check all that apply.<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>Payroll taxes | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☒ No<br>☐ Yes | | |

| Debtor | Surf 9 LLC | | Case number (if known) | | |
|---|---|---|---|---|---|
| | Name | | | | |

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | Unknown | $0.00 |
|---|---|---|---|---|

**Lee County Tax Collector**
25987 S Tamiami Trl
Bonita Springs, FL 34134

As of the petition filing date, the claim is:
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | For notice purposes |

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☒ No
☐ Yes

---

| | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | | |
|---|---|---|---|---|

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☐ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $45,931.91 | $15,150.00 |
|---|---|---|---|---|

**Mitch Fine**
3928 Vanalden Ave
Tarzana, CA 91356

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee/commissions

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $26,817.88 | $15,150.00 |
|---|---|---|---|---|

**Raul Ruiz**
PO Box 6837
San Juan, PR 00911

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee/commissions

Last 4 digits of account number

Specify Code subsection of PRIORITY unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☒ No
☐ Yes

---

| Debtor | Surf 9 LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.11 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $30,330.65 | $15,150.00 |
|---|---|---|---|---|

Rick King
4250 Cornell Rd
Okemos, MI 48864

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee/commissions

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

| 2.12 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $258,685.29 | $15,150.00 |
|---|---|---|---|---|

William Hopkins
c/o Wolfgang M. Florin
Christopher D. Gray
16524 Pointe Village Drive
Suite 100
Lutz, FL 33558

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☒ Unliquidated
☒ Disputed

Date or dates debt was incurred

Basis for the claim:

Employee/commissions

Last 4 digits of account number

Is the claim subject to offset?
☒ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

**Part 2:   List All Creditors with NONPRIORITY Unsecured Claims**

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

Amount of claim

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $245,076.64 |
|---|---|---|---|

18 Wheels Logistics Ltd
7185 11th Ave
Burnaby, BC V3N 0J7
Canada

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  7/5/24
**Last 4 digits of account number**  _

Basis for the claim:  Trade debt

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1,252.51 |
|---|---|---|---|

Alliance Material Handling
3324 E Atlanta Avenue
Phoenix, AZ 85040

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  12/20/24
**Last 4 digits of account number**  _

Basis for the claim:  _

Is the claim subject to offset?  ☒ No   ☐ Yes

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $55,870.70 |
|---|---|---|---|

American Del Advantage
10 Fleetwood Court
Ronkonkoma, NY 11779

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  4/1/24
**Last 4 digits of account number**  _

Basis for the claim:  _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor  __Surf 9 LLC_____        Case number (if known) _____
          Name

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $913,625.34 |
|---|---|---|---|
| | American Express<br>P.O. Box 981535<br>El Paso, TX 79998 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _<br>**Last 4 digits of account number** _ | **Basis for the claim:** _Credit card purchases_<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $3,077.31 |
|---|---|---|---|
| | Anderson Merchandisers LLC<br>P.O. Box 846108<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _4/4/24_<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $569.33 |
|---|---|---|---|
| | Arizona Public Service<br>400 N 5th Street<br>Phoenix, AZ 85004 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _11/18/24_<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $470,391.21 |
|---|---|---|---|
| | Authentic Brands Group<br>1411 Broadway, 21st Floor<br>New York, NY 10018 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _10/2023_<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,382.74 |
|---|---|---|---|
| | Bells 51 Limited<br>3131 E Camelback Road<br>Suite 310<br>Phoenix, AZ 85016 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _1/1/25_<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $129,644.29 |
|---|---|---|---|
| | Bernwood LLC<br>24870 Burnt Pine Drive<br><br>Bonita Springs, FL 34134 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _5/1/24_<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,993.00 |
|---|---|---|---|
| | Big Commerce Inc<br>PO Box 844094<br>Dallas, TX 75284 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date(s) debt was incurred** _12/3/24_<br>**Last 4 digits of account number** _ | **Basis for the claim:** _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| Debtor | Surf 9 LLC | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,849.27 |
|---|---|---|---|
| | Brad Young Photo LLC | ☐ Contingent | |
| | 2026 SW Trenton Ln | ☐ Unliquidated | |
| | Port Saint Lucie, FL 34984 | ☐ Disputed | |
| | **Date(s) debt was incurred** 1/3/25 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $300,000.00 |
|---|---|---|---|
| | Capital One | ☐ Contingent | |
| | P.O. Box 30285 | ☐ Unliquidated | |
| | Salt Lake City, UT 84130 | ☐ Disputed | |
| | **Date(s) debt was incurred** _ | **Basis for the claim:** Credit card purchases | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $8,257.48 |
|---|---|---|---|
| | Carbon6 Technologies Inc | ☐ Contingent | |
| | 605 Geddes Street | ☐ Unliquidated | |
| | Wilmington, DE 19805 | ☐ Disputed | |
| | **Date(s) debt was incurred** 3/24/24 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $44,793.75 |
|---|---|---|---|
| | Centric Software Inc | ☐ Contingent | |
| | 655 Campbell Technology Pky | ☐ Unliquidated | |
| | Suite 200 | ☐ Disputed | |
| | Campbell, CA 95008 | | |
| | **Date(s) debt was incurred** 9/19/22 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $225.00 |
|---|---|---|---|
| | Charles Schwab & Co., Inc. | ☐ Contingent | |
| | P.O. Box 2339 | ☐ Unliquidated | |
| | Omaha, NE 68103 | ☐ Disputed | |
| | **Date(s) debt was incurred** 8/19/24 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,960.37 |
|---|---|---|---|
| | Chep Canada | ☐ Contingent | |
| | 223-230 Avenue R S | ☐ Unliquidated | |
| | Saskatoon SK S7M2Z1 | ☐ Disputed | |
| | **Date(s) debt was incurred** 3/2/24 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $4,219.17 |
|---|---|---|---|
| | Chep North America | ☐ Contingent | |
| | 15226 Collections Center Drive | ☐ Unliquidated | |
| | Chicago, IL 60693 | ☐ Disputed | |
| | **Date(s) debt was incurred** 10/19/23 | **Basis for the claim:** _ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

Debtor     Surf 9 LLC                                          Case number (if known) _____
            Name

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $60,978.00 |

Circana Inc/Information Resources, Inc.
203 North LaSalle Street
Suite 1500
Chicago, IL 60601

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/1/24

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $343.79 |

City Logistics and Transport Inc
PO BOX 894833
Los Angeles, CA 90189

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 3/24/24

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.20 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $248.48 |

Comcast-Xfinity
PO BOX 71211
Charlotte, NC 28272

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/14/24

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.21 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $295.00 |

Commerce Hub/Rithum
1201 Peachtree St NE
Suite 600
Atlanta, GA 30361

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/15/24

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.22 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $159,011.96 |

CR Miles PC
405 Mason Court Suite 119
Fort Collins, CO 80524

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 7/1/23

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.23 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $45.80 |

Culligan of Fort Myers
PO Box 62208
Fort Myers, FL 33906

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/31/24

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

| 3.24 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $793.00 |

Dan House Electric
PO Box 9375
Naples, FL 34101

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 12/10/24

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset?  ☒ No   ☐ Yes

---

Debtor    __Surf 9 LLC_____    Case number (if known) _____
              Name

| | | |
|---|---|---|
| **3.25** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.25** | **Nonpriority creditor's name and mailing address**
Daymon Worldwide Canada Inc.
2 GURDWARA RD
Suite 604
Ottawa ON K2E 1A2

Date(s) debt was incurred __8/18/23__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$6,460.39

---

**3.26** | **Nonpriority creditor's name and mailing address**
Delta Projects
224 Cedardale Bay SW
Calgary, AB T2W 5C8

Date(s) debt was incurred __4/19/24__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$3,315.60

---

**3.27** | **Nonpriority creditor's name and mailing address**
DHL Express
16592 Collections Center Dr.
Chicago, IL 60693

Date(s) debt was incurred __3/20/24__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$8,547.39

---

**3.28** | **Nonpriority creditor's name and mailing address**
Echo Global Logistics
Accounts Receivable
22168 Network Place
Chicago, IL 60673

Date(s) debt was incurred __6/22/22__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$16,933.11

---

**Nonpriority creditor's name and mailing address**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
Eurofins/MTS
No.76, Liangping Road, Xinjiuwei Village
Liaobu Town, Dongguan City, China

Date(s) debt was incurred __10/11/24__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$11,849.08

---

**3.31** | **Nonpriority creditor's name and mailing address**
FedEx
PO Box 660481
Dallas, TX 75266

Date(s) debt was incurred __5/20/24__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ☒ No ☐ Yes

$295,918.39

---

Debtor __Surf 9 LLC_____   Case number (if known) _____
        Name

| | | |
|---|---|---|
| **3.32** | **Nonpriority creditor's name and mailing address**<br>FedEx Freight<br>DEPT CH<br>PO Box 10306<br>Palatine, IL 60055 | As of the petition filing date, the claim is: *Check all that apply.*     **$31,413.85**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __5/16/24__ | Basis for the claim: _ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.33** | **Nonpriority creditor's name and mailing address**<br>Fedex Trade Networks Canada<br>Box 916200<br>PO Box 4090, Station A<br>Toronto, ON M5W0E9 | As of the petition filing date, the claim is: *Check all that apply.*     **$11,360.15**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __3/19/24__ | Basis for the claim: _ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.34** | **Nonpriority creditor's name and mailing address**<br>First Insurance Funding Corporation<br>PO Box 7000<br>Carol Stream, IL 60197 | As of the petition filing date, the claim is: *Check all that apply.*     **$15,400.98**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __12/24/24__ | Basis for the claim: _ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.35** | **Nonpriority creditor's name and mailing address**<br>Flybar, Inc.<br>220 Centennial Ave<br>Piscataway, NJ 08854 | As of the petition filing date, the claim is: *Check all that apply.*     **$5,311,578.33**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __10/2/24__ | Basis for the claim: _ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.36** | **Nonpriority creditor's name and mailing address**<br>FPL Direct<br>FPL General Mail Facility<br>Miami, FL 33188 | As of the petition filing date, the claim is: *Check all that apply.*     **$418.59**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __12/21/24__ | Basis for the claim: _ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.37** | **Nonpriority creditor's name and mailing address**<br>Funtastic Holdings Limited<br>Moshe Rubinstein Law Firm, P.A.<br>6100 Hollywood Blvd, Suite 305<br>Hollywood, FL 33024 | As of the petition filing date, the claim is: *Check all that apply.*     **$656,397.26**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __ | Basis for the claim: __Trade debt__ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.38** | **Nonpriority creditor's name and mailing address**<br>Gao Zhi Xiong<br>Langji Yujinyuan No 1999<br>4th Tianfu Street<br>Chengdu, China | As of the petition filing date, the claim is: *Check all that apply.*     **$52,049.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| | Date(s) debt was incurred __10/1/24__ | Basis for the claim: _ |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    Surf 9 LLC
_____    Case number (if known) _____
          Name

| 3.39 | **Nonpriority creditor's name and mailing address**<br>GM Outdoor/Singapore<br>No. 1, Park Road<br>Wenshang Economic Development District<br>Jining, Shandong, China | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $70,789.52 |
|---|---|---|---|
| | Date(s) debt was incurred  12/30/22<br>Last 4 digits of account number __ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.40 | **Nonpriority creditor's name and mailing address**<br>GRI Leisure & Sport Equipment<br>Global Gateway<br>8 Rue de la Perle<br>Providence Mahe<br>Seychelles | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $455,265.00 |
|---|---|---|---|
| | Date(s) debt was incurred  4/7/22<br>Last 4 digits of account number __ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.41 | **Nonpriority creditor's name and mailing address**<br>GS1<br>Department 781271<br>P.O. Box 78000<br>Detroit, MI 48278 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $2,600.00 |
|---|---|---|---|
| | Date(s) debt was incurred  11/1/24<br>Last 4 digits of account number __ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.42 | **Nonpriority creditor's name and mailing address**<br>Heliconia Press Inc<br>1782 Beachburg Rd<br>Box 220 Beachburg<br>ON, K0J 1C0, CANADA | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $7,000.00 |
|---|---|---|---|
| | Date(s) debt was incurred  12/1/22<br>Last 4 digits of account number __ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.43 | **Nonpriority creditor's name and mailing address**<br>Hotwire (Fision) Communications<br>PO Box 57330<br>Philadelphia, PA 19111 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $333.25 |
|---|---|---|---|
| | Date(s) debt was incurred  10/9/24<br>Last 4 digits of account number __ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.44 | **Nonpriority creditor's name and mailing address**<br>Interlog USA<br>9380 Central Ave<br>Suite 350<br>Minneapolis, MN 55434 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $42,286.50 |
|---|---|---|---|
| | Date(s) debt was incurred  11/5/24<br>Last 4 digits of account number __ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

| 3.45 | **Nonpriority creditor's name and mailing address**<br>Intyllus Advisors LLC<br>6021 University Blvd.<br>Suite 290<br>Ellicott City, MD 21043 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $36,625.00 |
|---|---|---|---|
| | Date(s) debt was incurred  7/1/24<br>Last 4 digits of account number __ | Basis for the claim: _<br>Is the claim subject to offset? ☒ No ☐ Yes | |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Surf 9 LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,822.26 |
|---|---|---|---|

**3.46**

Nonpriority creditor's name and mailing address
Jetport Loop LLC
c/o James F Knott Property Management
One Texas Station Court
Lutherville Timonium, MD 21093

Date(s) debt was incurred  1/1/25

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$18,822.26

---

**3.47**

Nonpriority creditor's name and mailing address
KUER Cie Kings Ningbo Trading
Building 2 13-5
HENGYUAN BUSINESS PLAZA BAISHA RD
ST
CIXI CITY, ZHEJIANG PROVINCE

Date(s) debt was incurred  4/3/24

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$8,213.00

---

**3.48**

Nonpriority creditor's name and mailing address
Leewards Health and Sports Co., Ltd.
No.69 Taisheng Avenue
Jiashan, Zhejiang, China

Date(s) debt was incurred  12/12/23

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$2,114,240.56

---

**3.49**

Nonpriority creditor's name and mailing address
Leland Limited Inc
PO Box 466
South Plainfield, NJ 07080

Date(s) debt was incurred  7/23/24

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$5,432.00

---

**3.50**

Nonpriority creditor's name and mailing address
Liberty Mutual
PO Box 2125
New York, NY 10116

Date(s) debt was incurred  10/3/24

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$1,291.79

---

**3.51**

Nonpriority creditor's name and mailing address
Lionbridge Technologies LLC
PO Box 347579
Pittsburgh, PA 15251

Date(s) debt was incurred  10/30/24

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$42.72

---

**3.52**

Nonpriority creditor's name and mailing address
LNE-LP Asia Limited
10/F, Unit C, Hang Cheong Factory Building
1 Wing Ming St, Lai Chi Kok
HONG KONG SAR China

Date(s) debt was incurred  7/31/24

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☒ No  ☐ Yes

$6,654.00

Debtor    Surf 9 LLC
          _____          Case number (if known)  _____
          Name

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,200.00 |
|---|---|---|---|

Locally
P.O. Box 476
Midvale, UT 84047

Date(s) debt was incurred  8/15/22
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $31,129.68 |
|---|---|---|---|

Manpower
#240 734 7th Avenue SW
Calgary AB., Canada T2P 3P8

Date(s) debt was incurred  1/20/23
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,644.36 |
|---|---|---|---|

Maughan Himschoot and Associates Law Grp
15750 New Hampshire Court
Suite A
Fort Myers, FL 33908

Date(s) debt was incurred  6/1/24
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim:  Legal

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,959,860.08 |
|---|---|---|---|

Metro Global Corporation Limited
UNIT B12, 14/F
LEE CHUNG INDUSTRIAL BLDG.
11 PAT TAT ST
SAN PO KONG
KOWLOON, Hong Kong

Date(s) debt was incurred  12/14/22
Last 4 digits of account number _

- ☐ Contingent
- ☒ Unliquidated
- ☒ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $84,911.96 |
|---|---|---|---|

Network Logistics Inc
1140 Highland Ave
Suite 122
Manhattan Beach, CA 90266

Date(s) debt was incurred  4/1/24
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129,190.32 |
|---|---|---|---|

Ningbo Wavedream Outdoor Products
79 Weisan Road Beilun District
Ningbo, China 315800

Date(s) debt was incurred  5/9/24
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $184,514.36 |
|---|---|---|---|

Ninghai Xingda Leisure Products Co Ltd
Dushan Industrial Zone
Shenzhen Town, Ningbo
Zhejiang, China

Date(s) debt was incurred  2/1/23
Last 4 digits of account number _

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: _

Is the claim subject to offset?   ☒ No   ☐ Yes

---

Debtor ___Surf 9 LLC_____      Case number (if known) _____
       Name

| | | |
|---|---|---|
| **3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$61,227.00** |
| | One Tree Planted | ☐ Contingent |
| | 145 Pine Haven Shores Rd | ☐ Unliquidated |
| | Suite 1000D | ☐ Disputed |
| | Shelburne, VT 05482 | |
| | **Date(s) debt was incurred** _8/1/24_ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.61** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$216.33** |
| | OOMA | ☐ Contingent |
| | 4910 Communication Ave | ☐ Unliquidated |
| | Boca Raton, FL 33431 | ☐ Disputed |
| | **Date(s) debt was incurred** _8/1/24_ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.62** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$540.06** |
| | Open Text Inc | ☐ Contingent |
| | c/o JP Morgan Lockbox | ☐ Unliquidated |
| | 24685 Network Place | ☐ Disputed |
| | Chicago, IL 60673 | |
| | **Date(s) debt was incurred** _10/31/24_ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.63** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$4,386.00** |
| | Quanzhou Tianyee Xiamen X Bags Ltd | ☐ Contingent |
| | No. 412, Zengcuo Industrial Zone | ☐ Unliquidated |
| | Tuzhai Town, Quanzhou | ☐ Disputed |
| | Fujian, China | |
| | **Date(s) debt was incurred** _4/15/24_ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.64** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$48,624.42** |
| | Remco Forwarding Limited | ☐ Contingent |
| | 5101 Orbitor Drive | ☐ Unliquidated |
| | Mississauga, ON L4W 5R8, Canada | ☐ Disputed |
| | **Date(s) debt was incurred** _12/2/24_ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.65** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$2,153.12** |
| | RGE Truck Lines, Inc. | ☐ Contingent |
| | 14230 Dalewood Street | ☐ Unliquidated |
| | Baldwin Park, CA 91706 | ☐ Disputed |
| | **Date(s) debt was incurred** _5/31/24_ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

| | | |
|---|---|---|
| **3.66** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$6,145.95** |
| | Riverside Paper/Supply One | ☐ Contingent |
| | PO Box 748451 | ☐ Unliquidated |
| | Atlanta, GA 30374 | ☐ Disputed |
| | **Date(s) debt was incurred** _5/6/24_ | **Basis for the claim:** _ |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ☒ No ☐ Yes |

Debtor    __Surf 9 LLC_____    Case number (if known) _____
              Name

| 3.67 | **Nonpriority creditor's name and mailing address**<br>RTI Insurance Services<br>Attn: Kimberly Paisley<br>6901 Professional E<br>Suite 104<br>Sarasota, FL 34240 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $8,350.33 |
|---|---|---|---|

Date(s) debt was incurred _12/18/24_    Basis for the claim: _____
Last 4 digits of account number _    Is the claim subject to offset? ☒ No  ☐ Yes

| 3.68 | **Nonpriority creditor's name and mailing address**<br>Sandler, Travis and Rosenberg, PA<br>5835 Blue Lagoon Dr<br>Suite 200<br>Miami, FL 33126 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $27,810.00 |
|---|---|---|---|

Date(s) debt was incurred _7/21/22_    Basis for the claim: _Legal_
Last 4 digits of account number _    Is the claim subject to offset? ☒ No  ☐ Yes

| 3.69 | **Nonpriority creditor's name and mailing address**<br>SCI Logistics<br>180 Attwell Drive<br>Suite 600<br>Toronto, ON M9W 6A9 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $305.61 |
|---|---|---|---|

Date(s) debt was incurred _5/31/24_    Basis for the claim: _____
Last 4 digits of account number _    Is the claim subject to offset? ☒ No  ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address**<br>Scotlynn Commodities Inc<br>1150 Vittoria Rd<br>Vittoria, ON N0E 1W0, Canada | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,972.96 |
|---|---|---|---|

Date(s) debt was incurred _4/12/24_    Basis for the claim: _____
Last 4 digits of account number _    Is the claim subject to offset? ☒ No  ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address**<br>SearchX<br>838 Morrison Drive #2317<br>Charleston, SC 29403 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,900.00 |
|---|---|---|---|

Date(s) debt was incurred _8/15/24_    Basis for the claim: _____
Last 4 digits of account number _    Is the claim subject to offset? ☒ No  ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address**<br>Smart Cloud LLC<br>3732 W. 120th Street<br>Hawthorne, CA 90250 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $1,500.00 |
|---|---|---|---|

Date(s) debt was incurred _11/12/24_    Basis for the claim: _____
Last 4 digits of account number _    Is the claim subject to offset? ☒ No  ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address**<br>Smash My Trash<br>2517 Hawthorn Rd<br>Ann Arbor, MI 48104 | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $19,196.25 |
|---|---|---|---|

Date(s) debt was incurred _7/1/24_    Basis for the claim: _____
Last 4 digits of account number _    Is the claim subject to offset? ☒ No  ☐ Yes

| Debtor | Surf 9 LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.74** | **Nonpriority creditor's name and mailing address**
SPS Commerce
PO BOX 205782
Dallas, TX 75320

Date(s) debt was incurred  12/29/24
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

$7,253.22

---

**3.75** | **Nonpriority creditor's name and mailing address**
Stermay Industrial, Ltd
No. 2 Yanhe East Road
Xiabian Avenue
Chang'an Town
Dongguan, Guangdong, China

Date(s) debt was incurred  12/1/23
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

$1,915.69

---

**3.76** | **Nonpriority creditor's name and mailing address**
Syndigo LLC
141 W. Jackson Blvd.
Suite 1375
Chicago, IL 60604

Date(s) debt was incurred  12/31/24
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

$63,237.54

---

**3.77** | **Nonpriority creditor's name and mailing address**
T Customs Broker Inc
5777 West Century Blvd
Suite 965
Los Angeles, CA 90045

Date(s) debt was incurred  4/29/24
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

$3,300.00

---

**3.78** | **Nonpriority creditor's name and mailing address**
Takashina Life Preservers CO LTD
1-1-30, Kuboyoshi, Naniwa-ku
Osaka, 556-0028

Date(s) debt was incurred  6/12/24
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

$627,727.99

---

**3.79** | **Nonpriority creditor's name and mailing address**
Team Worldwide Corp. LTD
9F., No. 24, Songzhi Rd.
Xinyi District
Taipei City 110, Taiwan R.O.C

Date(s) debt was incurred  4/1/24
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

$2,279.25

---

**3.80** | **Nonpriority creditor's name and mailing address**
TeamLogic
1016 Collier Center Way
Suite 105
Naples, FL 34110

Date(s) debt was incurred  12/14/24
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  _

Is the claim subject to offset? ☒ No ☐ Yes

$1,383.60

---

Debtor  **Surf 9 LLC**
_____  Case number (if known)  _____
Name

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,940.00 |

3.81 | **Nonpriority creditor's name and mailing address**
Techlink International
PO Box 290444
Fort Lauderdale, FL 33329

Date(s) debt was incurred  _5/25/24_

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$2,940.00

---

3.82 | **Nonpriority creditor's name and mailing address**
Topland Logistics, Inc.
2727 WORKMAN MILL ROAD
Whittier, CA 90601

Date(s) debt was incurred  _6/16/23_

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,228,715.64

---

3.83 | **Nonpriority creditor's name and mailing address**
Topocean Consolidation Service Inc
2727 WORKMAN MILL ROAD
Industry, CA 90601

Date(s) debt was incurred  _6/1/23_

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$309,162.12

---

3.84 | **Nonpriority creditor's name and mailing address**
Trillum Custom Brokers
2780 Skymark Ave #2,
Mississauga, ON L4W 5A7, Canada

Date(s) debt was incurred  _9/19/23_

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$19,036.53

---

3.85 | **Nonpriority creditor's name and mailing address**
Uline
Attn: Accounts Payable
PO BOX 88741
Chicago, IL 60680

Date(s) debt was incurred  _9/16/24_

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$1,069.27

---

3.86 | **Nonpriority creditor's name and mailing address**
Unis LLC dba Unis Fulfillment
218 Machlin Court
Walnut, CA 91789

Date(s) debt was incurred  _9/1/24_

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$60,017.91

---

3.87 | **Nonpriority creditor's name and mailing address**
UPS
28013 Network Place
Chicago, IL 60673

Date(s) debt was incurred  _11/25/24_

Last 4 digits of account number  _____

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

$17,678.03

Debtor __Surf 9 LLC_____    Case number (if known) _____
        Name

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $420,310.48 |

**3.88** **Nonpriority creditor's name and mailing address**
UPS Canada
P.O. Box 4900 Station A
Toronto, ON M5W 0A7

Date(s) debt was incurred _9/3/22_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          $420,310.48
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.89** **Nonpriority creditor's name and mailing address**
Vision Industry Co., Ltd
FLAT C, 9/F, WINNING HOUSE
NO.72-74, WING LOK STREET
SHEUNG WAN, HONG KONG

Date(s) debt was incurred _4/22/24_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          $228,368.51
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.90** **Nonpriority creditor's name and mailing address**
Waste Pro Ft Myers
13110 Rickenbacker Parkway
Fort Myers, FL 33913

Date(s) debt was incurred _12/20/24_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          $287.95
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.91** **Nonpriority creditor's name and mailing address**
Weihai Blue Bay Outdoor Product Co., LTD
No. 58, Jiashan Road
Chucun Town
Weihai, Shandong, China

Date(s) debt was incurred _10/1/24_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          $549.48
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.92** **Nonpriority creditor's name and mailing address**
Wholescale/Calego
6265 C?te de Liesse
St-Laurent QC H4T 1C3

Date(s) debt was incurred _11/1/24_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          $5,659.14
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.93** **Nonpriority creditor's name and mailing address**
Winston Retail
22 W 38th St.
12th Floor
New York, NY 10018

Date(s) debt was incurred _2/28/24_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          $33,741.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

---

**3.94** **Nonpriority creditor's name and mailing address**
Wowl Inc
13191 Crossroads Pkwy N
Suite 510
La Puente, CA 91746

Date(s) debt was incurred _4/30/24_
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*          $8,173.05
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _
Is the claim subject to offset?   ☒ No   ☐ Yes

Debtor ___Surf 9 LLC_____     Case number (if known) _____
       Name

| 3.95 | **Nonpriority creditor's name and mailing address**<br>WPromote LLC<br>PO Box 741315<br>Los Angeles, CA 90074 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $10,948.08 |
|---|---|---|---|

**Date(s) debt was incurred** _7/1/22_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.96 | **Nonpriority creditor's name and mailing address**<br>Xiamen C&D Light Ind. Co<br>17F C&D International Building,<br>HuanDao East Road<br>Siming Area, Xiamen, China | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☐ Disputed | $2,979,220.60 |
|---|---|---|---|

**Date(s) debt was incurred** _1/4/23_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.97 | **Nonpriority creditor's name and mailing address**<br>Xin Yi Tong Surfboard Equipment<br>Building C4 Nanxing Industrial Area<br>Dongfeng Area, Xinxu Town, Huiyang Area<br>Huizhou City | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $350.00 |
|---|---|---|---|

**Date(s) debt was incurred** _3/30/23_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

| 3.98 | **Nonpriority creditor's name and mailing address**<br>XPOLogistics Freight Inc<br>29559 Network Place<br>Chicago, IL 60673 | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $25,152.59 |
|---|---|---|---|

**Date(s) debt was incurred** _4/1/24_

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ☒ No ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Gilbert M. Singer<br>5104 South Westshore Blvd.<br>Tampa, FL 33611 | Line _3.56_<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | Snell & Wilmer L.L.P.<br>Attn: Eric S. Pezold<br>600 Anton Blvd.<br>Suite 1400<br>Costa Mesa, CA 92626 | Line _3.82_<br><br>☐ Not listed. Explain ____ | _ |
| 4.3 | Snell & Wilmer L.L.P.<br>Attn: Eric S. Pezold<br>600 Anton Blvd.<br>Suite 1400<br>Costa Mesa, CA 92626 | Line _3.83_<br><br>☐ Not listed. Explain ____ | _ |

---

**Part 4:**   **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5. Add the amounts of priority and nonpriority unsecured claims.

**Total of claim amounts**

Debtor    Surf 9 LLC
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 529,611.88 |
| **5b. Total claims from Part 2** | 5b. + | $ 20,308,398.32 |
| | | |
| **5c. Total of Parts 1 and 2** | 5c. | $ 20,838,010.20 |
| Lines 5a + 5b = 5c. | | |

**Fill in this information to identify the case:**

Debtor name    Surf 9 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known)    25-40078

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☒ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | License to use the Airwalk trademark |
| | State the term remaining | |
| | List the contract number of any government contract | |

ABG Collective, LLC
c/o Authentic Brands Group, LLC
1411 Broadway, 21st Floor
New York, NY 10018

| | | |
|---|---|---|
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | Lease for empty warehouse space |
| | State the term remaining | To be rejected |
| | List the contract number of any government contract | |

Bells 51 Limited Partnership
3131 E Camelback Rd
Suite 310
Phoenix, AZ 85016

| | | |
|---|---|---|
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | Lease for office space at 24850 Old 41 Rd, Bonita Springs, FL 34135 (Suites 6, 10, 25, and 27) |
| | State the term remaining | |
| | List the contract number of any government contract | |

Bernwood LLC
24870 BURNT PINE DRIVE
Bonita Springs, FL 34134

| | | |
|---|---|---|
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | License to use Body Glove trademark |
| | State the term remaining | |
| | List the contract number of any government contract | |

Body Glove IP Holdings LP
330 West 34th Street, 15th Floor
New York, NY 10001

Debtor 1  Surf 9 LLC
_____
First Name      Middle Name      Last Name

Case number (*if known*) _____

**Additional Page if You Have More Contracts or Leases**

**2. List all contracts and unexpired leases**

State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease

| | | |
|---|---|---|
| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | License to use the Eddie Bauer trademark | |
| | State the term remaining | | Eddie Bauer Licensing Services LLC<br>c/o Authentic Brands Group, LLC<br>1411 Broadway, 21st Floor |
| | List the contract number of any government contract | _____ | New York, NY 10018 |

| | | |
|---|---|---|
| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | Lease for warehouse space at 14661 Jetport Loop, Fort Meyers, Florida | |
| | State the term remaining | | Jetport Loop LLC<br>c/o James F Knott Property Management<br>One Texas Station Ct<br>Suite 200 |
| | List the contract number of any government contract | _____ | Lutherville Timonium, MD 21093 |

| | | |
|---|---|---|
| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | License to use the Nautica trademark | |
| | State the term remaining | | Nautica Apparel, Inc.<br>c/o Authentic Brands Group, LLC<br>1411 Broadway, 4th Floor |
| | List the contract number of any government contract | _____ | New York, NY 10018 |

| | | |
|---|---|---|
| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | License to use the Spyder trademark | |
| | State the term remaining | | Spyder Active Sports, Inc.<br>c/o Authentic Brands Group, LLC<br>1411 Broadway, 4th Floor |
| | List the contract number of any government contract | _____ | New York, NY 10018 |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name    Surf 9 LLC

United States Bankruptcy Court for the:    EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☒ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | _____ | Street _____<br><br>_____<br>City    State    Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |