UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                                    Chapter 11

Surf 9 LLC,                                                                          Case No. 25-40078-JMM

                                                            Debtor.
-----------------------------------------------------------------x

### DECLARATION OF JOHN M. CHENCINER PURSUANT TO LOCAL BANKRUPTCY RULE 1007-4 AND IN SUPPORT OF DEBTOR'S MOTION FOR USE OF CASH COLLATERAL AND TO OBTAIN CERTAIN POSTPETITION FINANCING

John M. Chenciner declares the following under penalties of perjury pursuant to 28 U.S.C. §1746:

1.      I am the managing member of Surf 9 LLC (the "Debtor" or "Company"), and as such, I am fully familiar with the Debtor's financial and legal affairs, day-to-day operations, and business strategies.

2.      I respectfully submit this Declaration pursuant to Local Rule 1007-4 of the Local Bankruptcy Rules for the Eastern District of New York (the "Local Bankruptcy Rules"), in support of the Debtor's Chapter 11 filing and its forthcoming motion (the "Motion") for entry of an order authorizing the Debtor to use cash collateral and obtain additional total post-petition financing from Olden Group LLC ("Olden") on a revolving basis ranging from approximately $2,400,000 to $9,229,000[1] (net of projected collections of receivables) over a thirteen (13) week

---

[1] The amount of DIP financing depends on whether one of the major overseas factories (Leewards) defers receipt of payments until collections from Costco are received. This deferral is under discussion and will result in Leewards receiving a separate lien on its goods together with the proceeds thereof pursuant to an agreement with Olden.

period from January 9, 2025 through April 12, 2025, excluding certain prior protective advances.[2]

## Background

3.    I am the founder and chief executive of the Debtor which was organized in or about 2005.  I have a long history in the sporting goods business over the last fifty (50) years, selling a variety of products and footwear.

4.    The Debtor is a wholesale seller and distributor of watersports and winter product (primarily stand-up and seated paddleboards and kayaks) under various license agreements with well-recognized tradenames including Body Glove and, to a much lesser extent, Nautica and Spyder.  The Debtor currently employs fourteen (14) full-time employees, including officers.

5.    By far, the most prominent license held by the Debtor relates to Body Glove branded products pursuant to agreement (the "Body Glove License") dated September 1, 2009 as amended.  The current licensor is Body Glove IP Holdings, LP ("Body Glove") an affiliate of the Marquee Brands.

6.    Additionally, the Debtor also sells recreational performance footwear, snow shoes, outdoor and camping equipment, and owns rights to two additional trade names known as Denali Outdoors and Havasu Watersports.  The Debtor's major customer is Costco which accounts for approximately 80% of the Debtor's annual sales.  Thus, maintaining an ongoing positive relationship with both Body Glove, as licensor, and Costco, as the Debtor's prime customer, is absolutely essential to the Debtor's ongoing operations and return to profitability.

7.    For many years, the Debtor was extremely profitable, and enjoyed gross sales of $135 million in 2021, with an EBITDA of over $20 million.  Among other accolades, the Debtor

---

[2] Pending finalizing of DIP financing, Olden has made protective advances directly to factories and employees, anticipated to total approximately $2.4 million.

was cited by Inc. Magazine as part of its 5000 list of fastest growing companies in 2018, 2021, and 2022.  Unfortunately, the Debtor thereafter encountered a number of business reversals, all stemming from a $20 million plus recall of paddleboards sold to Costco, as discussed below, which thereafter led to payment defaults with lenders, factories and licensors.

8.      The Debtor commenced this Chapter 11 case to preserve the viability of the Body Glove License following a dispute concerning an audit conducted by Body Glove for the periods covering 2019–2021.  The dispute relates to whether 3% royalty payments owed to Body Glove should be calculated on a net basis, taking into account deductions for customer allowances made for marketing and promotions.  The Debtor believes the total outstanding royalties owed to Body Glove are approximately $1.1 million, including $480,0000 attached to the audit.

9.      Additionally, Body Glove has indicated it will audit royalty payments for the years after 2021.  The Debtor anticipates that the same issue as to whether royalties are calculated on a net basis will arise in connection with this subsequent audit.

10.     Without the continuation of the Body Glove License, the Debtor's ability to operate would be virtually eliminated.  Likewise, Body Glove is not an operator and will not sell directly to Costco without the Debtor.  Body Glove branded products account for about 90% of the Debtor's overall sales.  In 2024, the Debtor had total completed sales of approximately $49 million.  If fully restructured, the Debtor has the potential of growing its business to higher levels of at least $64 million by 2027.

11.     The Debtor imports substantially all of its goods and inventory from various overseas factories and suppliers in China.  Under current programs, the majority of goods are shipped to Costco, FOB China, meaning that Costco actually receives the goods overseas.  The Debtor's offices are located in Bonita Springs, Florida.  The Debtor also maintains a warehouse

in Fort Myers, Florida for drop shipping and customer service, plus third-party logistic warehouses billed on a per square footage basis.  The Debtor filed this Chapter 11 in the United States Bankruptcy Court for the Eastern District of New York based upon the location of its factoring creditors and the collections of receivables here.

12.      The factors collect all accounts receivable and remit available funds to the Debtor from collections received based upon an eligibility formula.  Express Trade Capital, Inc. ("Express Trade") factored the Debtor's business based on an 85% availability rate.  Factoring with Express Trade, however, ceased in August, prompting the Debtor to seek out alternative sources of interim financing through Flybar, Inc. ("Flybar") and Olden.  Ultimately, Olden acquired the PO Facility (as defined below) from Express Trade as of December 30, 2024, such that Olden is now the Debtor's lead secured creditor and the major financing source.

## History of the Debtor's Debt Structure

13.      Since 2014 and through August 2024, the Debtor financed day-to-day operations under a secured Factoring Agreement (the "AR Facility") and a Master Purchase Order Financing Agreement ("PO Facility") with Express Trade.  In 2023, the Debtor converted a part of the PO Facility into a two year term loan in the principal sum of $20 million (which has since been subordinated or potentially released as against the Debtor in connection with Olden's purchase of the remaining PO Facility and related intercreditor arrangements).

14.      On or about December 30, 2024, Express entered into a loan purchase agreement and related agreements whereby it assigned all of its claims, rights and remedies under the PO Facility, including related liens and security interests in all assets of the Debtor, first to an entity affiliated with Express Trade known as Garantia LLC ("Garantia").  Contemporaneously therewith, Garantia then assigned all of the claims, rights and remedies under the PO Facility,

4

including related liens and security interests in all assets of the Debtor, to Olden.  The PO Facility was amended and restated pursuant to that certain Amended and Restated Loan and Security Agreement, dated as of December 30, 2024, by and between the Debtor and Olden, pursuant to which Olden would advance the Debtor the costs of purchasing overseas goods on more favorable terms.  The AR Facility was simultaneously converted into a collection factoring facility pursuant to that certain First Amended and Restated Factoring Agreement, dated as of December 30, 2024, by and between Express Trade and the Debtor.

15.    The Debtor currently owes approximately $30 million to Olden under the PO Facility, including accrued interest, collateralized by a first lien and security interest covering, *inter alia*, all assets, including any accounts receivable and inventory, as further set forth in that certain Assignment and Intercreditor Agreement, dated as of December 30, 2024, among Express Trade, the Debtor, Garantia and Olden.  The current inventory and receivables aggregate $10.5 million as set forth in the accompanying schedules, subject to allowances owed to Costco. Under Olden's current arrangements, Express Trade continues to collect the receivables based upon an agreed collections fee.

**Litigation Involving the License**

16.    Prior to the purchase of the PO Facility by Olden, in connection with the Express Trade financing arrangements, Express and Body Glove entered into an Intercreditor, Subordination and Collateral Nondisturbance Agreement (the "Intercreditor Agreement"), providing, *inter alia*, Express with the right to cure defaults under the License, so as to preserve its collateral.  Express Trade's rights under the Intercreditor Agreement were assigned to Olden in connection with Olden's purchase of the PO Facility pursuant to the Assignment of Intercreditor Agreement, dated as of December 30, 2024, between Garantia and Olden.

17.     Litigation has since ensued under the Intercreditor Agreement between Olden, as assignee of Express, and Body Glove in the Eastern District of New York.  This litigation was first commenced in Supreme Court, Kings County, and subsequently removed to the federal court.  The commencement of the litigation involving Body Glove follows a series of recent third-party transactions between Express Trade and Olden.

## DIP  Financing

18.     The Debtor now intends to seek approval of a formal DIP loan to be made by Olden.  After the Chapter 11 filing Olden has made certain protective advances to the factories to keep production going.  The final amount of the DIP  Loan is contingent on finalizing a dual agreement with Leewards regarding deferred payment arrangements for Leewards' production until collections are received from Costco.  Leeward would retain a separate lien covering its own goods pending receipt of collections.  The DIP financing is absolutely necessary to avoid irreparable harm to the Debtor, and will be funded in conjunction with Olden's consent to the use of cash collateral.  The DIP loan will keep the Debtor operating so as to be in a position to generate net receivables projected to aggregate approximately $26 million based upon pending orders as set forth in the six month projection of sales annexed hereto as Exhibit "A".

19.     The proposed DIP financing will be on better terms than existed prepetition, with Express Trade.  Interest on the DIP Loan shall accrue at a reduced rate of five percent (5%).  Given the lack of equity in its collateral, the Debtor cannot possibly hope to match this financing in the marketplace.  Based upon the new DIP financing, the Debtor anticipates having a positive cash flow beginning in May or June.

20.     The Debtor has developed updated operating budgets, both for the short term (January 2025) and a longer period of time (10 weeks) from February 1, 2025 through mid-April

2025, copies of which are annexed hereto as <u>Exhibits</u> "B" and "C".  The budgets dovetail with the sales projections annexed hereto as <u>Exhibit</u> "A".  Ultimately, the Debtors hopes to promulgate a reorganization plan predicated upon Olden converting its debt to equity and funding distributions to other creditors.

21.    Besides the factoring debts, the Debtor is also obligated for certain merchant cash advances of approximately $4 million which are subject to a settlement and installment agreements, certain alternate financing for goods aggregating $9.0 million financed by three creditors (Fly Bar, Olden, and Ouiby, Inc.) since October 2024, and amounts owed to factories in the approximate amount of $8.8 million.

## The Recalls Leading to the Chapter 11 Proceedings

22.    The Debtor was dealt a potential death blow in 2022, when the Debtor was compelled to recall (the "<u>Recalls</u>") approximately $20 million worth of paddleboards from Costco due to certain potential quality control concerns.  While the Recalls were undertaken mainly as a precautionary measure, the episode severely eroded the Debtor's cash flow and triggered operating losses and deficits in 2023 and 2024.  By virtue of the Recalls, the Debtor disposed of all recalled inventory at a tremendous loss, plus incurred unanticipated warehousing costs of another $4.0 million (approximate) to have the recalled goods stored before disposal. Exacerbating matters, the Recalls coincided with a decline in the Debtor's overall sales volume, further intensifying the Debtor's cash and liquidity crisis.

23.    Cognizant of the prior losses, the Debtor has already initiated internal restructuring measures, including: (1) seeking less expensive financing; (2) severing ties with the manufacturers responsible for the Recalls; (3) reducing staff and downsizing office space; and (4) outsourcing various back-office services.

24.     While these measures have been helpful, the Debtor still requires a far more comprehensive restructuring under Chapter 11.  The first order of business, however, is to stabilize the situation with Body Glove and maintain relationships with Costco and overseas factories.

25.     As an immediate lead-up to the Chapter 11 filing, Olden commenced its own action against Body Glove in Supreme Court, Kings County, on December 10, 2024, seeking injunctive relief staying Body Glove's efforts to terminate the License.  Body Glove removed this action from the state court to the federal court, which ultimately vacated a TRO, noting that the issues raised between Olden and Body Glove under the Intercreditor Agreement involved money damages and did not warrant injunctive relief.

26.     The Debtor then sought Chapter 11 relief in its own right the next day on January 8, 2025.  Since the commencement of the Chapter 11 case, the Debtor has pursued negotiations to obtain much needed DIP financing from Olden.  The Debtor intends to file a formal DIP financing application very shortly, consistent with the budgets attached hereto.

### Local Rule 1007-4 Disclosures

27.     Pursuant to Local Rule 1007-4(a)(iv) and (v), no committee of creditors was formed prior to the filing of the Debtor's Chapter 11 petition on January 8, 2025.

28.     Pursuant to Local Rule 1007-4(a)(vi), a list of the Debtor's 20 largest creditors is filed as part of the schedules and statements.

29.     Pursuant to Local Rule 1007-4(a)(vii), a list of the Debtor's secured creditors is also filed as part of the schedules and statements.

30.     Pursuant to Local Rule 1007-4(a)(viii), a full set of bankruptcy schedules and statements are being filed herewith.

31.     Pursuant to Local Rule 1007-4(a)(ix), the equity interests in the Debtor are not publicly traded, but are held by me personally as the Debtor's 100% member.

32.     Pursuant to Local Rule 1007-4(a)(xi), pursuant to the Company's operations, the Debtor maintains offices at 24850 Old 41 Rd, Bonita Springs, FL 34135, pursuant to a lease dated April 4, 2022, which requires monthly payments of rent in the amount of $6,788.44 for Unit No. 10.   The Debtor also has other leased space in the immediate vicinity pursuant to addendums to the lease.   The Debtor no longer needs this additional space and intends to negotiate with its landlord (Bernwood LLC) about modifying the lease to vacate units and retain only Unit No. 10.   The Debtor's current warehouse lease is with JFK Family LLC at a monthly rent of $18,706.   This lease expires in March 2025 and the Debtor hopes to renew this lease, which is a more cost-efficient alternative than utilizing third-party logistic companies for local storage and warehousing.

33.     Pursuant to Local Rule 1007-4(a)(xiii), a list of pending lawsuits is filed herewith.

34.     Pursuant to Local Rule 1007-4(a)(xiv) the Debtor's management consists of the following individuals:

| Name | Position |
|------|----------|
| John M. Chenciner | Chief Executive Officer |
| Marshall Crosby | Chief Operating Officer |

35.     Pursuant to Local Rule 1007-4(a)(xviii), the Debtor maintains general liability, product liability and insurance for goods in transit.

36.    Pursuant to Local Rule 1007-4(a)(xix), the Debtor opened a debtor-in-possession

account with TD Bank.

Dated: Bonita Springs, FL
        January 24, 2025

_John Chenciner_

/s/ John M. Chenciner

# EXHIBIT A

**6 MONTH SALES PROJECTIONS**

| Month | Gross Sales | Cost of Goods | Operating Expense | Bankruptcy Expense | Total Expense | Net Receivables | Net Profit | CUM DIP | DIP w/Leewards Support |
|---|---|---|---|---|---|---|---|---|---|
| Jan | $ 8,100,834.90 | $ 5,016,346.43 | $ 727,063.84 | $ - | $ 5,743,410.27 | $ 280,868.38 | $ (5,462,541.89) | $ (4,707,576.61) | $ (3,745,402.21) |
| Feb | $ 6,434,637.00 | $ 3,099,173.92 | $ 590,963.23 | $ 140,000.00 | $ 3,830,137.15 | $ 1,168,006.00 | $ (2,662,131.15) | $ (7,229,707.76) | $ (4,737,653.36) |
| Mar | $ 8,041,677.20 | $ 4,062,626.65 | $ 1,011,008.44 | $ 175,000.00 | $ 5,248,635.09 | $ 3,341,967.20 | $ (1,906,667.89) | $ (8,961,375.65) | $ (5,623,819.01) |
| Apr | $ 3,719,355.74 | $ 2,297,168.67 | $ 405,506.49 | $ 35,000.00 | $ 2,737,675.16 | $ 8,368,224.70 | $ 5,630,549.54 | $ (3,295,826.11) | $ 568,526.69 |
| May | $ 2,023,704.00 | $ 1,584,303.16 | $ 383,302.25 | $ - | $ 1,967,605.41 | $ 6,642,098.20 | $ 4,674,492.79 | $ 1,378,666.68 | $ 5,694,052.92 |
| Jun | $ 2,345,202.43 | $ 695,483.74 | $ 1,150,798.96 | $ - | $ 1,846,282.70 | $ 6,308,443.40 | $ 4,462,160.70 | $ 5,840,827.38 | $ 10,345,448.82 |
| Jan - Jun | $ 30,665,411.27 | $ 16,755,102.57 | $ 4,268,643.21 | $ 350,000.00 | $ 21,373,745.78 | $ 26,109,607.88 | $ 4,735,862.10 | Net Profit - 18.1% | |

*\* Net Profit assumes 12% Dillution, which includes Promotions, Returns, and Chargebacks based on historical performance*

**13 WEEK SALES PROJECTIONS**

| BOW | Gross Sales | Cost of Goods | Operating Expense | Bankruptcy Expense | Total Expense | Net Receivables |
|---|---|---|---|---|---|---|
| 1/5/2025 | $ 788,576.66 | $ 694,472.45 | $ 94,104.21 | | $ 788,576.66 | $ 33,611.38 |
| 1/12/2025 | $ 504,616.54 | $ 504,616.54 | $ - | | $ 504,616.54 | $ 113,176.00 |
| 1/19/2025 | $ 3,400,662.70 | $ 2,945,384.87 | $ 455,277.83 | | $ 3,400,662.70 | $ 169,081.00 |
| 1/26/2025 | $ 1,049,554.37 | $ 871,872.57 | $ 177,681.80 | | $ 1,049,554.37 | $ (35,000.00) |
| Jan | $ 5,743,410.27 | $ 5,016,346.43 | $ 727,063.84 | | $ 5,743,410.27 | $ 280,868.38 |
| 2/2/2025 | $ 888,549.80 | $ 767,331.84 | $ 121,217.96 | $ 35,000.00 | $ 923,549.80 | $ 202,204.00 |
| 2/9/2025 | $ 1,265,993.31 | $ 1,086,228.52 | $ 179,764.79 | $ 35,000.00 | $ 1,300,993.31 | $ 83,404.00 |
| 2/16/2025 | $ 923,052.53 | $ 783,925.08 | $ 139,127.45 | $ 35,000.00 | $ 958,052.53 | $ 202,600.00 |
| 2/23/2025 | $ 612,541.51 | $ 461,688.48 | $ 150,853.03 | $ 35,000.00 | $ 647,541.51 | $ 679,798.00 |
| Feb | $ 3,690,137.15 | $ 3,099,173.92 | $ 590,963.23 | $ 140,000.00 | $ 3,830,137.15 | $ 1,168,006.00 |
| 3/2/2025 | $ 761,412.17 | $ 563,767.15 | $ 197,645.02 | $ 35,000.00 | $ 796,412.17 | $ 677,800.00 |
| 3/9/2025 | $ 944,080.51 | $ 823,048.32 | $ 121,032.19 | $ 35,000.00 | $ 979,080.51 | $ 574,372.00 |
| 3/16/2025 | $ 1,161,006.30 | $ 1,056,654.72 | $ 104,351.58 | $ 35,000.00 | $ 1,196,006.30 | $ 524,995.00 |
| 3/23/2025 | $ 1,342,718.45 | $ 1,185,921.90 | $ 156,796.55 | $ 35,000.00 | $ 1,377,718.45 | $ 320,608.00 |
| 3/30/2025 | $ 864,417.66 | $ 433,234.56 | $ 431,183.10 | $ 35,000.00 | $ 899,417.66 | $ 1,244,192.20 |
| Mar | $ 5,073,635.09 | $ 4,062,626.65 | $ 1,011,008.44 | $ 175,000.00 | $ 5,248,635.09 | $ 3,341,967.20 |
| 4/6/2025 | $ 884,292.77 | $ 731,091.26 | $ 153,201.51 | $ 35,000.00 | $ 919,292.77 | $ 2,154,382.00 |
| Jan - Apr 12th | $ 15,391,475.28 | $ 10,373,831.49 | $ 2,088,918.81 | $ 245,000.00 | $ 12,707,750.30 | $ 6,455,017.58 |

# EXHIBIT B

## OPERATIONAL BUDGET - 4 WEEKS

*Operational Assumptions:*

* Leewards is considering deferring its factory costs to reduce DIP loan
** Between January 8th and Jan 16th, Olden Equities, as secured creditor, made protective advances of $800k to the factories for new product
    which will be available to sell post petition.
*** On 1/21/24 and 1/22/24, Olden Equities made another $1.6m protective advances to the factory also for new product .
** Collections assumes payment 75 days from shipment

| | | | | **** COLLECTIONS | |
| --- | --- | --- | --- | --- | --- |
| **Net Receivables** | | | | $ (247,257.00) | |
| | January | January | January | January | |
| | 1/9-1/16 | 1/21-1/22 | 1/23-1/25 | 1/26-2/1 | 4 Wk Total |
| **Total Office Expense, including** | $ - | $ (100,523.98) | $ 231,056.75 | $ 92,337.00 | $ 222,869.77 |
| Payroll, inc. associated withholdings | | $ (100,523.98) | $ 162,391.08 | $ 54,130.36 | $ 115,997.46 |
| China Country Rep | | | $ 14,549.00 | $ 14,500.00 | $ 29,049.00 |
| Commissions | | | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Rent - Bernwood Ste 10 | | | $ 6,788.44 | | $ 6,788.44 |
| Rent - Warehouse | | | $ 18,822.26 | $ 18,706.64 | $ 37,528.90 |
| Utilities | | | $ 2,163.77 | | $ 2,163.77 |
| Insurance | | | $ 21,342.20 | | $ 21,342.20 |
| | | | | | |
| **Factory Purchases** | $ (804,551.55) | $ (1,547,759.90) | $ 3,030,184.37 | $ 915,388.82 | $ 2,397,813.29 |
| * Leewards Performer Factory | $ (190,432.70) | | $ 831,044.54 | $ 141,926.40 | $ 972,970.94 |
| Wavedream - Paddle Sports Factory | $ (390,289.76) | $ (1,095,738.56) | $ 1,521,938.88 | $ 589,174.08 | $ 1,015,374.40 |
| Takashina - PFD Factory | $ (78,408.00) | | | | $ - |
| Yunfeng / Number One - Footwear Factory | | $ (282,248.28) | $ 347,565.33 | | $ 65,317.05 |
| Hongrui - Footwear Factory | $ (145,421.09) | $ (148,678.69) | $ 229,208.25 | $ 140,772.09 | $ 221,301.65 |
| Berytos - Footwear Factory | | $ (15,627.87) | $ 15,627.87 | | $ - |
| Ningbo Guantong Textiles Industry & Trade | | $ (1,537.50) | $ 12,437.50 | $ 8,100.00 | $ 19,000.00 |
| Eurofins - testing (MTS Dunegen) | | | | $ 3,500.00 | $ 3,500.00 |
| LNE - heat testing | | | $ 2,145.00 | | $ 2,145.00 |
| Arche Advisors | | $ (1,328.00) | $ 1,328.00 | | $ - |
| Intertek / SGS - audit | | $ (2,601.00) | $ 2,601.00 | $ 1,305.00 | $ 1,305.00 |
| Costco Sustainability Initiative | | | $ 66,288.00 | $ 30,611.25 | $ 96,899.25 |
| | | | | | |
| **Operational Expenses** | $ - | $ - | $ 116,014.89 | $ 16,340.23 | $ 132,355.12 |
| 18 Wheels - warehouse and distribution | | | $ 14,500.00 | $ 500.00 | $ 15,000.00 |
| Remco - warehouse and distribution | | | $ 22,000.00 | $ 1,000.00 | $ 23,000.00 |
| Unis - warehouse and distribution | | | $ 12,000.00 | $ 500.00 | $ 12,500.00 |
| Network - warehouse and distribution | | | $ 3,100.00 | $ 100.00 | $ 3,200.00 |
| CANADA Trillium Customs | | | $ 4,000.00 | $ 4,000.00 | $ 8,000.00 |
| US T Customs | | | $ 3,300.00 | | $ 3,300.00 |
| DHL - dropship/customer service | | | $ 7,250.00 | | $ 7,250.00 |
| UPS - dropship/customer service | | | $ 3,500.00 | $ 1,750.00 | $ 5,250.00 |
| Uline | | | $ 2,995.62 | | $ 2,995.62 |
| RGE | | | $ 1,108.36 | $ 1,044.76 | $ 2,153.12 |
| Scotlynn | | | $ 1,972.96 | | $ 1,972.96 |
| Waste Pro | | | $ 287.95 | | $ 287.95 |
| UGL / Interlog - ocean freight | | | $ 40,000.00 | $ 5,000.00 | $ 45,000.00 |
| City Logistics | | | | $ 343.79 | $ 343.79 |
| Collection Fee | | | | $ 2,101.68 | $ 2,101.68 |
| | | | | | |
| **System Expenses:** | $ - | $ - | $ 23,406.69 | $ 25,465.00 | $ 48,871.69 |
| Big Commerce | | | $ 7,993.00 | | $ 7,993.00 |
| Wholescale | | | $ 5,656.64 | | $ 5,656.64 |
| Circana | | | | $ 25,465.00 | $ 25,465.00 |
| SPS Commerce - POs | | | $ 7,253.22 | | $ 7,253.22 |
| Microsoft 365 | | | $ 549.40 | | $ 549.40 |
| Adobe | | | $ 570.83 | | $ 570.83 |
| Team Logic | | | $ 1,383.60 | | $ 1,383.60 |
| | | | | | |
| **DIP Loan** | $ (804,551.55) | $ (1,648,283.88) | $ 3,400,662.70 | $ 1,049,531.05 | $ 2,801,909.87 |
| DIP Loan Minus Receivables | $ (804,551.55) | $ (1,648,283.88) | $ 3,400,662.70 | $ 802,274.05 | $ 2,554,652.87 |
| | | | | | |
| **DIP Loan w/Leewards** | $ (804,551.55) | $ (1,648,283.88) | $ 2,569,618.16 | $ 907,604.65 | $ 1,828,938.93 |
| DIP Loan Minus Receivables w/Leewards | $ (804,551.55) | $ (1,648,283.88) | $ 2,569,618.16 | $ 660,347.65 | $ 1,581,681.93 |

# EXHIBIT C

OPERATIONAL BUDGET - 10 WEEKS

*Operational Assumptions:*
* Leewards is considering deferring its factory costs to reduce DIP loan
** Collections assumes payment 75 days from shipment

| | | | | | ** COLLECTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Net Receivables** | $ (202,204.00) | $ (83,404.00) | $ (202,600.00) | $ (679,798.00) | $ (677,800.00) | $ (574,372.00) | $ (524,995.00) | $ (320,608.00) | $ (1,244,192.00) | $ (2,154,382.00) | $ (6,664,355.20) |
| | February 2/2-2/8 | February 2/9-2/15 | February 2/16-2/22 | February 2/23-3/1 | March 3/2-3/8 | March 3/9-3/15 | March 3/16-3/22 | March 3/23-3/29 | April 3/30-4/5 | April 4/6-4/12 | 10 Wk Total |
| **Office Expenses, including:** | $ 89,757.90 | $ 100,327.61 | $ 66,265.32 | $ 86,856.38 | $ 100,238.52 | $ 79,620.97 | $ 66,265.32 | $ 84,856.38 | $ 319,622.67 | $ 79,620.97 | $ 1,073,432.04 |
| Payroll, inc. associated withholdings | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 541,303.60 |
| China Country Rep | | $ 14,500.00 | | $ 14,500.00 | | $ 12,500.00 | | $ 12,500.00 | | $ 12,500.00 | $ 66,500.00 |
| Misc. | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 50,000.00 |
| Commissions | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | $ 25,000.00 |
| Marquee Royalty | | | | | | | | | $ 219,384.15 | | $ 219,384.15 |
| Rent - Bernwood Ste 10 | $ 6,788.44 | | | | $ 6,788.44 | | | | $ 6,788.44 | | $ 20,365.32 |
| Rent - Warehouse | | $ 18,706.64 | | | $ 18,706.64 | | | | $ 18,706.64 | | $ 56,119.92 |
| Utilities | $ 3,613.08 | | | | $ 3,613.08 | | | | $ 3,613.08 | | $ 10,839.24 |
| Insurance | $ 8,226.02 | $ 2,990.61 | $ 7,134.96 | $ 8,226.02 | | $ 2,990.61 | $ 7,134.96 | $ 8,226.02 | | $ 2,990.61 | $ 47,919.81 |
| Intyllus Advisors LLC | $ 5,000.00 | | | | $ 5,000.00 | | | | $ 5,000.00 | | $ 15,000.00 |
| Maughan Himschoot and Adams Law | $ 5,000.00 | | | | $ 5,000.00 | | | | $ 5,000.00 | | $ 15,000.00 |
| CR Miles PC | $ 2,000.00 | | | | $ 2,000.00 | | | | $ 2,000.00 | | $ 6,000.00 |
| | | | | | | | | | | | |
| **Product Purchases, including:** | $ 767,331.84 | $ 1,113,373.52 | $ 787,425.08 | $ 461,688.48 | $ 590,197.15 | $ 826,548.32 | $ 1,056,654.72 | $ 1,185,921.90 | $ 461,734.56 | $ 732,521.26 | $ 7,983,396.83 |
| * Leewards Performer Factory | $ 548,850.72 | $ 454,233.12 | $ 356,415.84 | $ 170,380.32 | $ 50,508.48 | $ 290,252.16 | $ 287,052.48 | $ 75,762.72 | $ 141,926.40 | $ 217,689.12 | $ 2,593,071.36 |
| Wavedream - Paddle Sports Factory | $ 218,481.12 | $ 440,241.12 | $ 364,135.20 | $ 291,308.16 | $ 291,308.16 | $ 513,068.16 | $ 436,962.24 | $ 652,407.82 | $ 291,308.16 | $ 218,481.12 | $ 3,717,701.26 |
| Takashina - PFD Factory | | | | | | | $ 332,640.00 | $ 332,640.00 | | $ 249,480.00 | $ 914,760.00 |
| Yunfeng / Number One - Footwear Factory | | | $ 59,535.00 | | $ 92,874.60 | | | | | | $ 152,409.60 |
| Hongrui - Footwear Factory | | $ 191,754.28 | | | $ 129,075.91 | | | $ 125,111.36 | | $ 45,441.02 | $ 491,382.57 |
| Berytos - Footwear Factory | | $ 3,839.04 | | | | $ 19,728.00 | | | | | $ 23,567.04 |
| Eurofins - testing (MTS Dunegen) | | $ 3,500.00 | | | | $ 3,500.00 | | | $ 3,500.00 | | $ 10,500.00 |
| LNE - heat testing | | $ 2,145.00 | | | $ 1,430.00 | | | | | $ 1,430.00 | $ 5,005.00 |
| Costco Sustainability Initiative | | $ 25,000.00 | | | $ 25,000.00 | | | | $ 25,000.00 | | $ 75,000.00 |
| | | | | | | | | | | | |
| **Operational Expenses, including:** | $ 26,968.72 | $ 40,058.93 | $ 66,972.10 | $ 38,528.28 | $ 71,511.30 | $ 29,732.16 | $ 37,712.46 | $ 46,475.17 | $ 81,575.63 | $ 56,812.25 | $ 496,347.02 |
| 18 Wheels - warehouse and distribution | $ 14,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 14,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 14,000.00 | $ 1,000.00 | $ 49,000.00 |
| Remco - warehouse and distribution | $ 1,000.00 | $ 21,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 21,000.00 | $ 2,000.00 | $ 2,000.00 | $ 21,000.00 | $ 15,500.00 | $ 87,500.00 |
| Unis - warehouse and distribution | $ 500.00 | $ 11,500.00 | $ 500.00 | $ 500.00 | $ 500.00 | $ 11,500.00 | $ 1,000.00 | $ 1,000.00 | $ 11,500.00 | $ 1,000.00 | $ 40,000.00 |
| Network - warehouse and distribution | $ 3,000.00 | $ 100.00 | $ 36,000.00 | $ 4,500.00 | $ 7,500.00 | $ 100.00 | $ 22,500.00 | $ 18,000.00 | $ 12,000.00 | $ 13,500.00 | $ 117,200.00 |
| CANADA Trilium Customs | | $ 4,000.00 | | $ 4,000.00 | | $ 4,000.00 | | | | | $ 12,000.00 |
| UPS - dropship/customer service | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 2,500.00 | $ 2,500.00 | $ 19,000.00 |
| UGL / Interlog - ocean freight | $ 5,000.00 | | $ 25,000.00 | $ 20,000.00 | $ 10,000.00 | $ 15,000.00 | $ 5,000.00 | $ 20,000.00 | $ 10,000.00 | $ 5,000.00 | $ 115,000.00 |
| Collections Fee | $ 1,718.73 | $ 708.93 | $ 1,722.10 | $ 5,778.28 | $ 5,761.30 | $ 4,882.16 | $ 4,462.46 | $ 2,725.17 | $ 10,575.63 | $ 18,312.25 | $ 56,647.02 |
| | | | | | | | | | | | |
| **System Expenses, including:** | $ 3,484.89 | $ 11,223.45 | $ 1,383.60 | $ 25,465.00 | $ 475.00 | $ 11,223.45 | $ 1,383.60 | $ 25,465.00 | $ 475.00 | $ 16,366.45 | $ 96,945.44 |
| Big Commerce | | $ 2,850.00 | | | | $ 2,850.00 | | | | $ 7,993.00 | $ 13,693.02 |
| Circana | | | | $ 25,465.00 | | | | $ 25,465.00 | | | $ 50,930.00 |
| Commerce Hub | $ 295.00 | | | | $ 295.00 | | | | $ 295.00 | | $ 885.00 |
| GSI | $ 2,600.00 | | | | | | | | | | $ 2,600.00 |
| Lionsbridge | $ 49.83 | | | | | | | | | | $ 49.83 |
| Open Text | $ 540.06 | | | | $ 180.00 | | | | $ 180.00 | | $ 900.06 |
| SPS Commerce - POs | | $ 7,253.22 | | | | $ 7,253.22 | | | | $ 7,253.22 | $ 21,759.66 |
| Microsoft 365 | | $ 549.40 | | | | $ 549.40 | | | | $ 549.40 | $ 1,648.20 |
| Adobe | | $ 570.83 | | | | $ 570.83 | | | | $ 570.83 | $ 1,712.49 |
| Team Logic | | | $ 1,383.60 | | | | $ 1,383.60 | | | | $ 2,767.20 |
| | | | | | | | | | | | |
| **Bankruptcy Related Obligations:** | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 350,000.00 |
| Professional Fees (Debtor Lender) | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 200,000.00 |
| Accounting / Financial Advisor Support | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 50,000.00 |
| US Trustee Fees | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 100,000.00 |
| | | | | | | | | | | | |
| **DIP Loan** | $ 922,543.36 | $ 1,299,983.51 | $ 957,046.10 | $ 647,538.14 | $ 797,421.97 | $ 982,124.90 | $ 1,197,016.10 | $ 1,377,718.45 | $ 898,407.86 | $ 920,320.93 | $ 10,000,121.33 |
| DIP Loan Minus Receivables | $ 720,339.36 | $ 1,216,579.51 | $ 754,446.10 | $ (32,259.86) | $ 119,621.97 | $ 407,752.90 | $ 672,021.10 | $ 1,057,110.45 | $ (345,784.34) | $ (1,234,061.07) | $ 3,335,766.13 |
| | | | | | | | | | | | |
| **DIP Loan w/Leewards** | $ 373,692.64 | $ 845,750.39 | $ 600,630.26 | $ 477,157.82 | $ 746,913.49 | $ 691,872.74 | $ 909,963.62 | $ 1,301,955.73 | $ 756,481.46 | $ 702,631.81 | $ 7,407,049.97 |
| DIP Loan Minus Receivables w/Leewards | $ 171,488.64 | $ 762,346.39 | $ 398,030.26 | $ (202,640.18) | $ 69,113.49 | $ 117,500.74 | $ 384,968.62 | $ 981,347.73 | $ (487,710.74) | $ (1,451,750.19) | $ 742,694.77 |