UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                          Chapter 11

Surf 9 LLC,                                     Case No. 25-40078-JMM

                              Debtor.
-------------------------------------------------------------x

## LIST OF EQUITY HOLDERS

        John Chenciner:    100%

Dated: Bonita Springs, Florida
       January 24, 2025

                              Surf 9 LLC

                              By: /s/ John Chenciner
                              Name: John Chenciner
                              Title:  Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
In re:                                                                    Chapter 11

Surf 9 LLC,                                                           Case No. 25-40078-JMM

                             Debtor.
-----------------------------------------------------------------x

## LIST OF LAWSUITS

1. Metro Global Corporation Limited v. Surf 9, LLC
   Circuit Court, Twentieth Judicial Circuit, Lee County, Florida
   Breach of Contract
   Index No. 24-CA-005380

   Plaintiff's Attorney:   Gilbert Singer, Esq.
                                         Marcadis Singer, P.A.
                                         5104 South Westshore Blvd.
                                         Tampa, FL 33611

2. American Express National Bank v. Surf 9 LLC, et al.
   Circuit Court, Twentieth Judicial Circuit, Lee County, Florida
   Breach of Contract
   Docket No. 24-CA-008151

   Plaintiff's Attorney:   Joshua J. Knurr
                                         American Express National Bank
                                         9950 Regency Square Blvd.
                                         Suite 410
                                         Jacksonville, FL 32225

3. Zannoni, et al. v. Surf 9 LLC
   Circuit Court, Twentieth Judicial Circuit, Lee County, Florida
   Breach of Contract/Wages
   Docket No. 24-CA-008080

   Plaintiff's Attorney:   Florin Gray
                                         Wolfgang M. Florin
                                         Christopher D. Gray
                                         16524 Pointe Village Drive, Suite 100
                                         Lutz, FL 33558

4. TopOcean Consolidation Service, Inc. v. Surf 9, LLC, et al.
   Superior Court, Los Angeles, Pomona Courthouse
   Breach of Contract
   Docket No. 24PSCV04450

   Plaintiff's Attorney:  Eric S. Pezold, P.C.
                          Snell & Wilmer L.L.P.
                          City National 2CAL
                          350 South Grand Avenue
                          Suite 3100
                          Los Angeles, CA 90071

Dated: Bonita Springs, Florida
       January 24, 2025

                                Surf 9 LLC

                                By:  /s/ John Chenciner
                                     Name: John Chenciner
                                     Title: Managing Member

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:                                                                         Chapter 11

Surf 9 LLC,                                                                   Case No. 25-40078-JMM

                                   Debtor.
-------------------------------------------------------------x

### LOCAL RULE 1073-3 CORPORATE OWNERSHIP STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 1073-3, Surf 9 LLC certifies that it is a private non-governmental party, and has no corporate parent, affiliates and/or subsidiaries which are publicly held.

Dated: Bonita Springs, Florida
        January 24, 2025

                                                       Surf 9 LLC

                                         By: /s/ John Chenciner
                                              Name: John Chenciner
                                              Title:   Managing Member

| Fill in this information to identify the case: |
|---|
| Debtor name: Surf 9 LLC |
| United States Bankruptcy Court for the: EASTERN DISTRICT OF NEW YORK, BROOKLYN DIVISION |
| Case number (if known): 25-40078 |

☐ Check if this is an amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| American Express P.O. Box 981535 El Paso, TX 79998 | | Credit card purchases | | | | $913,625.34 |
| Authentic Brands Group 1411 Broadway, 21st Floor New York, NY 10018 | | | | | | $470,391.21 |
| Body Glove IP Holdings LP c/o Marquee Brands LLC 330 West 34th Street, 15th Floor New York, NY 10001 | | | Contingent Unliquidated Disputed | $1,078,832.79 | $0.00 | $1,078,832.79 |
| Capital One P.O. Box 30285 Salt Lake City, UT 84130 | | Credit card purchases | | | | $300,000.00 |
| 18 Wheels Logistics Ltd 7185 11th Ave Burnaby, BC V3N 0J7 Canada | | Trade debt | | | | $245,076364 |
| FedEx PO Box 660481 Dallas, TX 75266 | | | | | | $295,918.39 |
| Flybar, Inc. 220 Centennial Ave Piscataway, NJ 08854 | | | | | | $5,311,578.33 |
| Funtastic Holdings Limited Moshe Rubinstein Law Firm, P.A. 6100 Hollywood Blvd, Suite 305 Hollywood, FL 33024 | | Trade debt | | | | $656,397.26 |

Debtor  Surf 9 LLC  
       Name

Case number (if known)

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| GRI Leisure & Sport Equipment Global Gateway 8 Rue de la Perle Providence Mahe Seychelles | | | | | | $455,265.00 |
| Leewards Health and Sports Co., Ltd. No.69 Taisheng Avenue Jiashan, Zhejiang, China | | | | | | $2,114,240.56 |
| William Hopkins c/o Wolfgang M. Florin Christopher D. Gray 16524 Pointe Village Drive Suite 100 Lutz, Florida 33558 | | | Unliquidted Disputed | | | $258,685.29 |
| Metro Global Corporation Limited UNIT B12, 14/F LEE CHUNG INDUSTRIAL BLDG. 11 PAT TAT ST SAN PO KONG KOWLOON, Hong Kong | | | Unliquidated Disputed | | | $1,959,860.08 |
| Olden Group LLC 4203 13th Avenue, Suite 102 Brooklyn, NY 11219 | | | | $30,197,641.00 | $0.00 | $30,197,641.00 |
| Ouiby, Inc. d/b/a Kickfurther PO Box 201584 Boulder, CO 80308 | | Interim financing on specific goods | | $685,000.00 | $0.00 | $685,000.00 |
| Samson MCA LLC 17 State Street, Suite 630 New York, NY 10004 | | Cash advances | | $4,000,000.00 | $0.00 | $4,000,000.00 |
| Takashina Life Preservers CO LTD 1-1-30, Kuboyoshi, Naniwa-ku Osaka, 556-0028 | | | | | | $627,727.99 |
| Topland Logistics, Inc. 2727 WORKMAN MILL ROAD Whittier, CA 90601 | | | Unliquidated Disputed | | | $1,228,715.64 |

Debtor  Surf 9 LLC
        Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Topocean Consolidation Service Inc<br>2727 WORKMAN MILL ROAD<br>Industry, CA 90601 | | | Unliquidated<br>Disputed | | | $309,162.12 |
| UPS Canada<br>P.O. Box 4900<br>Station A<br>Toronto, ON M5W 0A7 | | | | | | $420,310.48 |
| Xiamen C&D Light Ind. Co<br>17F C&D International Building,<br>HuanDao East Road<br>Siming Area, Xiamen, China | | | Unliquidated<br>Contingent | | | $2,979,220.60 |