## OPERATIONAL BUDGET - 4 WEEKS

*Operational Assumptions:*

* Leewards is considering deferring its factory costs to reduce DIP loan
** Between January 8th and Jan 16th, Olden Equities, as secured creditor, made protective advances of $800k to the factories for new product which will be available to sell post petition.
*** On 1/21/24 and 1/22/24, Olden Equities made another $1.6m protective advances to the factory also for new product .
**** Collections assumes payment 75 days from shipment

| | | | | **** COLLECTIONS | |
|---|---|---|---|---|---|
| **Net Receivables** | | | | $ (247,257.00) | |
| | January ** 1/9-1/16 | January *** 1/21-1/22 | January 1/23-1/25 | January 1/26-2/1 | 4 Wk Total |
| **Total Office Expense, including** | $ - | $ (100,523.98) | $ 231,056.75 | $ 92,337.00 | $ 222,869.77 |
| Payroll, inc. associated withholdings | | $ (100,523.98) | $ 162,391.08 | $ 54,130.36 | $ 115,997.46 |
| China Country Rep | | | $ 14,549.00 | $ 14,500.00 | $ 29,049.00 |
| Commissions | | | $ 5,000.00 | $ 5,000.00 | $ 10,000.00 |
| Rent - Bernwood Ste 10 | | | $ 6,788.44 | | $ 6,788.44 |
| Rent - Warehouse | | | $ 18,822.26 | $ 18,706.64 | $ 37,528.90 |
| Utilities | | | $ 2,163.77 | | $ 2,163.77 |
| Insurance | | | $ 21,342.20 | | $ 21,342.20 |
| | | | | | |
| **Factory Purchases** | $ (804,551.55) | $ (1,547,759.90) | $ 3,030,184.37 | $ 916,693.82 | $ 2,399,118.29 |
| * Leewards Performer Factory | $ (190,432.70) | | $ 831,044.54 | $ 141,926.40 | $ 972,970.94 |
| Wavedream - Paddle Sports Factory | $ (390,289.76) | $ (1,095,738.56) | $ 1,521,938.88 | $ 589,174.08 | $ 1,015,374.40 |
| Takashina - PFD Factory | $ (78,408.00) | | | | $ - |
| Yunfeng / Number One - Footwear Factory | | $ (282,248.28) | $ 347,565.33 | | $ 65,317.05 |
| Hongrui - Footwear Factory | $ (145,421.09) | $ (148,678.69) | $ 229,208.25 | $ 140,772.09 | $ 221,301.65 |
| Berytos - Footwear Factory | | $ (15,627.87) | $ 15,627.87 | | $ - |
| Ningbo Guantong Textiles Industry & Trade | | $ (1,537.50) | $ 12,437.50 | $ 8,100.00 | $ 19,000.00 |
| Eurofins - testing (MTS Dunegen) | | | | $ 3,500.00 | $ 3,500.00 |
| LNE - heat testing | | | $ 2,145.00 | | $ 2,145.00 |
| Arche Advisors | | $ (1,328.00) | $ 1,328.00 | | $ - |
| Intertek / LQRA - audit | | $ (2,601.00) | $ 2,601.00 | $ 2,610.00 | $ 2,610.00 |
| Costco Sustainability Initiative | | | $ 66,288.00 | $ 30,611.25 | $ 96,899.25 |
| | | | | | |
| **Operational Expenses** | $ - | $ - | $ 116,014.89 | $ 16,340.23 | $ 132,355.12 |
| 18 Wheels - warehouse and distribution | | | $ 14,500.00 | $ 500.00 | $ 15,000.00 |
| Remco - warehouse and distribution | | | $ 22,000.00 | $ 1,000.00 | $ 23,000.00 |
| Unis - warehouse and distribution | | | $ 12,000.00 | $ 500.00 | $ 12,500.00 |
| Network - warehouse and distribution | | | $ 3,100.00 | $ 100.00 | $ 3,200.00 |
| CANADA Trillium Customs | | | $ 4,000.00 | $ 4,000.00 | $ 8,000.00 |
| US T Customs | | | $ 3,300.00 | | $ 3,300.00 |
| DHL - dropship/customer service | | | $ 7,250.00 | | $ 7,250.00 |
| UPS - dropship/customer service | | | $ 3,500.00 | $ 1,750.00 | $ 5,250.00 |
| Uline | | | $ 2,995.62 | | $ 2,995.62 |
| RGE | | | $ 1,108.36 | $ 1,044.76 | $ 2,153.12 |
| Scotlynn | | | $ 1,972.96 | | $ 1,972.96 |
| Waste Pro | | | $ 287.95 | | $ 287.95 |
| UGL / Interlog - ocean freight | | | $ 40,000.00 | $ 5,000.00 | $ 45,000.00 |
| City Logistics | | | | $ 343.79 | $ 343.79 |
| Collection Fee | | | | $ 2,101.68 | $ 2,101.68 |
| | | | | | |
| **System Expenses:** | $ - | $ - | $ 23,406.69 | $ 25,465.00 | $ 48,871.69 |
| Big Commerce | | | $ 7,993.00 | | $ 7,993.00 |
| Wholescale | | | $ 5,656.64 | | $ 5,656.64 |
| Circana | | | | $ 25,465.00 | $ 25,465.00 |
| SPS Commerce - POs | | | $ 7,253.22 | | $ 7,253.22 |
| Microsoft 365 | | | $ 549.40 | | $ 549.40 |
| Adobe | | | $ 570.83 | | $ 570.83 |
| Team Logic | | | $ 1,383.60 | | $ 1,383.60 |
| | | | | | |
| **DIP Loan** | $ (804,551.55) | $ (1,648,283.88) | $ 3,400,662.70 | $ 1,050,836.05 | $ 2,803,214.87 |
| **DIP Loan Net Collections** | $ (804,551.55) | $ (1,648,283.88) | $ 3,400,662.70 | $ 803,579.05 | $ 2,555,957.87 |
| **DIP Loan Net Collections with Leewards Deferral** | $ (804,551.55) | $ (1,648,283.88) | $ 2,569,618.16 | $ 908,909.65 | $ 1,830,243.93 |

**OPERATIONAL BUDGET - 10 WEEKS**

*Operational Assumptions:*

* Leewards is considering deferring its factory costs to reduce DIP loan

** Collections assumes payment 75 days from shipment

| | | | | | ** COLLECTIONS | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Net Receivables | $ (202,204.00) | $ (83,404.00) | $ (202,600.00) | $ (679,798.00) | $ (677,800.00) | $ (574,372.00) | $ (524,995.00) | $ (320,608.00) | $ (1,244,192.20) | $ (2,154,382.00) | $ (6,664,355.20) |
| | February | February | February | February | March | March | March | March | April | April | |
| | 2/2-2/8 | 2/9-2/15 | 2/16-2/22 | 2/23/3/1 | 3/2-3/8 | 3/9-3/15 | 3/16-3/22 | 3/23-3/29 | 3/30-4/5 | 4/6-4/12 | 10 Wk Total |
| **Office Expenses, including:** | $ 89,757.90 | $ 100,327.61 | $ 66,265.32 | $ 86,856.38 | $ 100,238.52 | $ 79,620.97 | $ 66,265.32 | $ 84,856.38 | $ 319,622.67 | $ 79,620.97 | $ 1,073,432.04 |
| Payroll, inc. associated withholdings | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 54,130.36 | $ 541,303.60 |
| China Country Rep | | $ 14,500.00 | | $ 14,500.00 | | $ 12,500.00 | | $ 12,500.00 | | $ 12,500.00 | $ 66,500.00 |
| Misc. | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 50,000.00 |
| Commissions | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | | $ 5,000.00 | $ 25,000.00 |
| Marquee Royalty | | | | | | | | | $ 219,384.15 | | $ 219,384.15 |
| Rent - Bernwood Ste 10 | $ 6,788.44 | | | | $ 6,788.44 | | | | $ 6,788.44 | | $ 20,365.32 |
| Rent - Warehouse | | $ 18,706.64 | | | $ 18,706.64 | | | | $ 18,706.64 | | $ 56,119.92 |
| Utilities | $ 3,613.08 | | | | $ 3,613.08 | | | | $ 3,613.08 | | $ 10,839.24 |
| Insurance | $ 8,226.02 | $ 2,990.61 | $ 7,134.96 | $ 8,226.02 | | $ 2,990.61 | $ 7,134.96 | $ 8,226.02 | | $ 2,990.61 | $ 47,919.81 |
| Intyllus Advisors LLC | $ 5,000.00 | | | | $ 5,000.00 | | | | $ 5,000.00 | | $ 15,000.00 |
| Maughan Himschoot and Adams Law | $ 5,000.00 | | | | $ 5,000.00 | | | | $ 5,000.00 | | $ 15,000.00 |
| CR Miles PC | $ 2,000.00 | | | | $ 2,000.00 | | | | $ 2,000.00 | | $ 6,000.00 |
| | | | | | | | | | | | |
| **Product Purchases, including:** | $ 767,331.84 | $ 1,113,373.52 | $ 787,425.08 | $ 461,688.48 | $ 590,197.15 | $ 826,548.32 | $ 1,056,654.72 | $ 1,185,921.90 | $ 461,734.56 | $ 732,521.26 | $ 7,983,396.83 |
| * Leewards Performer Factory | $ 548,850.72 | $ 454,233.12 | $ 356,415.84 | $ 170,380.32 | $ 50,508.48 | $ 290,252.16 | $ 287,052.48 | $ 75,762.72 | $ 141,926.40 | $ 217,689.12 | $ 2,593,071.36 |
| Wavedream - Paddle Sports Factory | $ 218,481.12 | $ 440,241.12 | $ 364,135.20 | $ 291,308.16 | $ 291,308.16 | $ 513,068.16 | $ 436,962.24 | $ 652,407.82 | $ 291,308.16 | $ 218,481.12 | $ 3,717,701.26 |
| Takashina - PFD Factory | | | | | | | $ 332,640.00 | $ 332,640.00 | | $ 249,480.00 | $ 914,760.00 |
| Yunfeng / Number One - Footwear Factory | | | $ 59,535.00 | | $ 92,874.60 | | | | | | $ 152,409.60 |
| Hongrui - Footwear Factory | | $ 191,754.28 | | | $ 129,075.91 | | | $ 125,111.36 | | $ 45,441.02 | $ 491,382.57 |
| Berytos - Footwear Factory | | | $ 3,839.04 | | | $ 19,728.00 | | | | | $ 23,567.04 |
| Eurofins - testing (MTS Dunegen) | | | $ 3,500.00 | | | $ 3,500.00 | | | $ 3,500.00 | | $ 10,500.00 |
| LNE - heat testing | | $ 2,145.00 | | | $ 1,430.00 | | | | | $ 1,430.00 | $ 5,005.00 |
| Costco Sustainability Initiative | | $ 25,000.00 | | | $ 25,000.00 | | | | $ 25,000.00 | | $ 75,000.00 |
| | | | | | | | | | | | |
| **Operational Expenses, including:** | $ 26,968.73 | $ 40,058.93 | $ 66,972.10 | $ 38,528.28 | $ 71,511.30 | $ 29,732.16 | $ 37,712.46 | $ 46,475.17 | $ 81,575.63 | $ 56,812.25 | $ 496,347.02 |
| 18 Wheels - warehouse and distribution | $ 14,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 14,000.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 14,000.00 | $ 1,000.00 | $ 49,000.00 |
| Remco - warehouse and distribution | $ 1,000.00 | $ 21,000.00 | $ 1,000.00 | $ 1,000.00 | $ 21,000.00 | $ 2,000.00 | $ 2,000.00 | $ 2,000.00 | $ 21,000.00 | $ 15,500.00 | $ 87,500.00 |
| Unis - warehouse and distribution | $ 500.00 | $ 11,500.00 | $ 500.00 | $ 500.00 | $ 11,500.00 | $ 1,000.00 | $ 1,000.00 | $ 1,000.00 | $ 11,500.00 | $ 1,000.00 | $ 40,000.00 |
| Network - warehouse and distribution | $ 3,000.00 | $ 100.00 | $ 36,000.00 | $ 4,500.00 | $ 7,500.00 | $ 100.00 | $ 22,500.00 | $ 18,000.00 | $ 12,000.00 | $ 13,500.00 | $ 117,200.00 |
| CANADA Trillium Customs | | $ 4,000.00 | | $ 4,000.00 | | $ 4,000.00 | | | | | $ 12,000.00 |
| UPS - dropship/customer service | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 1,750.00 | $ 2,500.00 | $ 2,500.00 | $ 19,000.00 |
| UGL / Interlog - ocean freight | $ 5,000.00 | | $ 25,000.00 | $ 20,000.00 | $ 10,000.00 | $ 15,000.00 | $ 5,000.00 | $ 20,000.00 | $ 10,000.00 | $ 5,000.00 | $ 115,000.00 |
| Collections Fee | $ 1,718.73 | $ 708.93 | $ 1,722.10 | $ 5,778.28 | $ 5,761.30 | $ 4,882.16 | $ 4,462.46 | $ 2,725.17 | $ 10,575.63 | $ 18,312.25 | $ 56,647.02 |
| | | | | | | | | | | | |
| **System Expenses, including:** | $ 3,484.89 | $ 11,223.45 | $ 1,383.60 | $ 25,465.00 | $ 475.00 | $ 11,223.45 | $ 1,383.60 | $ 25,465.00 | $ 475.00 | $ 16,366.45 | $ 96,945.44 |
| Big Commerce | | $ 2,850.00 | | | | $ 2,850.00 | | | | $ 7,993.00 | $ 13,693.00 |
| Circana | | | | $ 25,465.00 | | | | $ 25,465.00 | | | $ 50,930.00 |
| Commerce Hub | $ 295.00 | | | | $ 295.00 | | | | $ 295.00 | | $ 885.00 |
| GSI | $ 2,600.00 | | | | | | | | | | $ 2,600.00 |
| Lionsbridge | $ 49.83 | | | | | | | | | | $ 49.83 |
| Open Text | $ 540.06 | | | | $ 180.00 | | | | $ 180.00 | | $ 900.06 |
| SPS Commerce - POs | | $ 7,253.22 | | | | $ 7,253.22 | | | | $ 7,253.22 | $ 21,759.66 |
| Microsoft 365 | | $ 549.40 | | | | $ 549.40 | | | | $ 549.40 | $ 1,648.20 |
| Adobe | | $ 570.83 | | | | $ 570.83 | | | | $ 570.83 | $ 1,712.49 |
| Team Logic | | | $ 1,383.60 | | | | $ 1,383.60 | | | | $ 2,767.20 |
| | | | | | | | | | | | |
| **Bankruptcy Related Obligations:** | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 35,000.00 | $ 350,000.00 |
| Professional Fees (Debtor Lender) | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 20,000.00 | $ 200,000.00 |
| Accounting / Financial Advisor Support | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 5,000.00 | $ 50,000.00 |
| US Trustee Fees | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 10,000.00 | $ 100,000.00 |
| | | | | | | | | | | | |
| **DIP Loan** | $ 922,543.36 | $ 1,299,983.51 | $ 957,046.10 | $ 647,538.14 | $ 797,421.97 | $ 982,124.90 | $ 1,197,016.10 | $ 1,377,718.45 | $ 898,407.86 | $ 920,320.93 | $ 10,000,121.33 |
| **DIP Loan Net Collections** | $ 720,339.36 | $ 1,216,579.51 | $ 754,446.10 | $ (32,259.86) | $ 119,621.97 | $ 407,752.90 | $ 672,021.10 | $ 1,057,110.45 | $ (345,784.34) | $ (1,234,061.07) | $ 3,335,766.13 |
| **DIP Loan Net Collections with Leewards Deferral** | $ 171,488.64 | $ 762,346.39 | $ 398,030.26 | $ (202,640.18) | $ 69,113.49 | $ 117,500.74 | $ 384,968.62 | $ 981,347.73 | $ (487,710.74) | $ (1,451,750.19) | $ 742,694.77 |