# ASSIGNMENT OF INTERCREDITOR AGREEMENT

This Assignment of Intercreditor Agreement (the "**Agreement**") is made and entered into as of December 30, 2024, by and between Garantia LLC, a New York limited liability company ("**Assignor**") and Olden Group LLC, a New York limited liability company ("**Assignee**").

WHEREAS, Assignor, by assignment from Express Trade Capital, Inc. ("**ETC**"), is party to that certain Master Purchase Order Financing Agreement, dated as of August 22, 2014 (the "**Credit Agreement**"), by and between Surf 9, LLC (the "**Company**") and Assignor; and

WEHREAS, Assignor, by assignment from ETC, is party to that certain Intercreditor, Subordination and Collateral Nondisturbance Agreement, dated as of November 30, 2023 (the "**Intercreditor Agreement**"), by and between Assignor and Body Glove IP Holdings, LP ("**Licensor**"), setting forth the relative rights and priorities of Assignor and Licensor in the assets of the Company pursuant to the Credit Agreement and that certain License Agreement, dated as of September 1, 2009, between Licensor and the Company (the "**License Agreement**");

WHEREAS, in connection with a sale of all of Assignor's rights, title and interest in and to the Credit Agreement and all liens and security interests in assets of the Company thereunder and all documents executed in connection therewith, the parties hereto desire to enter into this Agreement to confirm the transfer to Assignee of all rights, title and interest of Assignor in and to the Intercreditor Agreement.

NOW, THEREFORE, for good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, the parties hereto agree as follows:

1. **ASSIGNMENT OF TRANSFERRED ASSETS.** Assignor hereby sells, assigns, transfers, and conveys to Assignee all of Assignor's right, title, and interest in and to the Intercreditor Agreement and any documents executed or delivered in connection therewith (the "**Transferred Assets**").

2. **REPRESENTATIONS AND WARRANTIES**

   a. **Assignor's Representations**. Assignor represents and warrants that:

      i. It is the sole owner of the Transferred Assets, free and clear of all liens, security interests, setoffs, encumbrances, and claims.

      ii. It has full power and authority to enter into this Agreement and to assign the Transferred Assets.

      iii. The assignment of the Transferred Assets does not violate any agreement to which Assignor is a party.

   b. **Assignee's Representations**. Assignee represents and warrants that:

      i. It has full power and authority to enter into this Agreement and to accept the assignment of the Transferred Assets.

3. **MISCELLANEOUS**

   a. This Agreement shall be governed by and construed in accordance with the laws of the State of New York, without giving effect to any choice of law or conflict of law provisions.

Docusign Envelope ID: 7F8702A3-51C0-4D26-A3CD-45AC847A8B60

The parties consent to the exclusive jurisdiction of the courts of the State of New York for any action arising out of or relating to this Agreement.

b. This Agreement shall inure to the benefit of the parties and their successors and assigns.

[signature page follows]

Docusign Envelope ID: 7F8702A3-51C0-4D26-A3CD-45AC847A8B60

IN WITNESS WHEREOF, the parties have executed this Assignment Agreement as of the date first above written.

**ASSIGNOR:**
Garantia LLC

By: *PETER STERN* (DocuSigned)
Name: Peter Stern
Title: President

**ASSIGNEE:**
Olden Group, LLC

By: *Yehiel S. Sprei* (Signed)
Name: Sam Sprei
Title: President

ACKNOWLEDGED AND AGREED:

SURF 9, LLC

By: *John Chenciner* (DocuSigned)
Name: John Chenciner
Title: President