**EXHIBIT C**

# Statement

Bernwood, LLC

Bonita Springs, FL  34134

| Date |
|------|
| 2/17/2025 |

| To: |
|-----|
| Surf 9, LLC |
| 681 Fairway Terrace |
| Naples, FL  34103 |

| | Amount Due | Amount Enc. |
|---|---|---|
| | $43,561.47 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 12/31/2023 | Balance forward | | 6,684.69 |
| | DC1 24850:#10 - Surf 9, LLC- | | |
| 01/10/2024 | INV #BTC-  10LF3. Due 01/10/2024. | 354.28 | 7,038.97 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -354.28 | 6,684.69 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -6,684.69 | 0.00 |
| 01/25/2024 | INV #DC1 S9 0224. Due 02/01/2024. | 6,684.69 | 6,684.69 |
| 02/06/2024 | INV #BTC-  10LF4. Due 02/06/2024. | 350.94 | 7,035.63 |
| 02/16/2024 | INV #DC S910 423. Due 02/21/2024. | 6,832.27 | 13,867.90 |
| 02/16/2024 | INV #DC1 SF10 Q4. Due 02/21/2024. | 201.02 | 14,068.92 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -201.02 | 13,867.90 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -6,684.69 | 7,183.21 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -350.94 | 6,832.27 |
| 03/22/2024 | INV #BTC-  10LF5. Due 03/22/2024. | 358.69 | 7,190.96 |
| 03/22/2024 | INV #DC1 S9 424. Due 04/01/2024. | 6,954.01 | 14,144.97 |
| 04/24/2024 | INV #DC1 S9 524. Due 05/01/2024. | 10,037.62 | 24,182.59 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -6,832.27 | 17,350.32 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -358.69 | 16,991.63 |
| 05/16/2024 | INV #BTC-  10LF. Due 05/16/2024. | 365.09 | 17,356.72 |
| 05/21/2024 | INV #DC1 S9 624. Due 06/01/2024. | 6,788.44 | 24,145.16 |
| 05/21/2024 | INV #DC1 SF10 Q1. Due 05/26/2024. | 197.52 | 24,342.68 |
| 06/14/2024 | INV #BTC-  11LF. Due 06/14/2024. | 356.39 | 24,699.07 |
| 06/18/2024 | INV #DC1 S9 724. Due 07/01/2024. | 6,788.44 | 31,487.51 |
| 06/24/2024 | PMT #RECON_EINVOICE. | -6,954.01 | 24,533.50 |
| 07/15/2024 | INV #DC 1 082408. Due 08/01/2024. | 6,788.44 | 31,321.94 |
| 07/19/2024 | PMT #RECON_EINVOICE. | -365.09 | 30,956.85 |
| 07/19/2024 | PMT #RECON_EINVOICE. | -10,037.62 | 20,919.23 |
| 08/27/2024 | INV #DC 1 092408. Due 09/01/2024. | 6,788.44 | 27,707.67 |
| 08/27/2024 | INV #DC1 SF10 Q2. Due 09/01/2024. | 188.02 | 27,895.69 |
| 09/25/2024 | INV #DC 1 102408. Due 10/01/2024. | 6,788.44 | 34,684.13 |
| 10/08/2024 | INV #BTC-  12LF. Due 10/08/2024. | 356.39 | 35,040.52 |
| 10/24/2024 | INV #DC 1 112408. Due 11/01/2024. | 6,788.44 | 41,828.96 |
| 10/24/2024 | INV #DC1 SF10 Q3. Due 10/29/2024. | 146.12 | 41,975.08 |
| 11/05/2024 | PMT #RECON_EINVOICE. | -6,788.44 | 35,186.64 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|-----------------------|------------|
| 0.00 | 7,305.66 | 7,144.83 | 7,144.83 | 21,966.15 | $43,561.47 |

# Statement

Bernwood, LLC

Bonita Springs, FL  34134

| Date |
| --- |
| 2/17/2025 |

| To: |
| --- |
| Surf 9, LLC<br>681 Fairway Terrace<br>Naples, FL  34103 |

| Amount Due | Amount Enc. |
| --- | --- |
| $43,561.47 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 11/08/2024 | INV #BTC-  12LF. Due 11/08/2024. | 356.39 | 35,543.03 |
| 11/25/2024 | INV #DC 1 122408. Due 12/01/2024. | 6,788.44 | 42,331.47 |
| 12/06/2024 | INV #BTC-  12LF1. Due 12/06/2024. | 356.39 | 42,687.86 |
| 12/09/2024 | PMT #RECON_EINVOICE. | -6,788.44 | 35,899.42 |
| 12/20/2024 | PMT #RECON_EINVOICE. | -6,788.44 | 29,110.98 |
| 12/26/2024 | INV #DC  012508. Due 01/01/2025. | 6,788.44 | 35,899.42 |
| 01/06/2025 | INV #BTC-  12LF2. Due 01/06/2025. | 356.39 | 36,255.81 |
| 01/24/2025 | INV #DC  022513. Due 02/01/2025. | 6,788.44 | 43,044.25 |
| 01/24/2025 | INV #DC  022514. Due 01/29/2025. | 160.83 | 43,205.08 |
| 02/07/2025 | INV #BTC-  12LF3. Due 02/07/2025. | 356.39 | 43,561.47 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 7,305.66 | 7,144.83 | 7,144.83 | 21,966.15 | $43,561.47 |