**EXHIBIT D**

Bernwood, LLC
Bonita Springs, FL 34134

# Statement

| Date |
| --- |
| 2/17/2025 |

| To: |
| --- |
| Surf 9, LLC |

| Amount Due | Amount Enc. |
| --- | --- |
| $37,940.52 | |

| Date | Transaction | Amount | Balance |
| --- | --- | --- | --- |
| 12/31/2023 | Balance forward | | 3,543.45 |
| | DC1 24850:#25 - Surf 9, LLC- | | |
| 01/10/2024 | INV #BTC- 25 LF2. Due 01/10/2024. | 187.80 | 3,731.25 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -187.80 | 3,543.45 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -3,543.45 | 0.00 |
| 01/25/2024 | INV #DC1 SF 0224. Due 02/01/2024. | 3,543.45 | 3,543.45 |
| 02/06/2024 | INV #BTC- 25 LF3. Due 02/06/2024. | 186.03 | 3,729.48 |
| 02/16/2024 | INV #DC1 SF 0324. Due 03/01/2024. | 3,543.45 | 7,272.93 |
| 02/16/2024 | INV #DC1 SF Q4. Due 02/21/2024. | 106.21 | 7,379.14 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -106.21 | 7,272.93 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -3,543.45 | 3,729.48 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -186.03 | 3,543.45 |
| 03/22/2024 | INV #BTC- 25 LF4. Due 03/22/2024. | 186.03 | 3,729.48 |
| 03/22/2024 | INV #DC1 SF 0424. Due 04/01/2024. | 3,543.45 | 7,272.93 |
| 04/24/2024 | INV #DC1 SF 0524. Due 05/01/2024. | 5,172.64 | 12,445.57 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -186.03 | 12,259.54 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -3,543.45 | 8,716.09 |
| 05/16/2024 | INV #BTC- 25 LF5. Due 05/16/2024. | 186.03 | 8,902.12 |
| 05/21/2024 | INV #DC1 25 Q1. Due 06/01/2024. | 106.10 | 9,008.22 |
| 05/21/2024 | INV #DC1 SF 0624. Due 06/01/2024. | 3,459.08 | 12,467.30 |
| 06/14/2024 | INV #BTC- 25 LF6. Due 06/14/2024. | 181.60 | 12,648.90 |
| 06/18/2024 | INV #DC1 SF 0724. Due 07/01/2024. | 3,459.08 | 16,107.98 |
| 06/24/2024 | PMT #RECON_EINVOICE. | -3,543.45 | 12,564.53 |
| 07/15/2024 | INV #DC 1 082419. Due 08/01/2024. | 3,459.08 | 16,023.61 |
| 07/19/2024 | PMT #RECON_EINVOICE. | -186.03 | 15,837.58 |
| 08/27/2024 | INV #DC 1 092419. Due 09/01/2024. | 3,459.08 | 19,296.66 |
| 08/27/2024 | INV #DC1 25 Q2. Due 09/01/2024. | 96.69 | 19,393.35 |
| 09/25/2024 | INV #DC 1 102419. Due 10/01/2024. | 3,459.08 | 22,852.43 |
| 10/10/2024 | INV #BTC- 25 LF7. Due 10/10/2024. | 181.60 | 23,034.03 |
| 10/10/2024 | INV #BTC- 25 LF8. Due 10/10/2024. | 181.60 | 23,215.63 |
| 10/24/2024 | INV #DC 1 112419. Due 11/01/2024. | 3,459.08 | 26,674.71 |
| 10/24/2024 | INV #DC1 25 Q3. Due 11/01/2024. | 77.20 | 26,751.91 |
| 11/06/2024 | INV #BTC- 25LF11. Due 11/06/2024. | 181.60 | 26,933.51 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
| --- | --- | --- | --- | --- | --- |
| 0.00 | 3,725.65 | 3,640.68 | 3,640.68 | 26,933.51 | $37,940.52 |

# Statement

Bernwood, LLC
Bonita Springs, FL 34134

| Date |
|---|
| 2/17/2025 |

| To: |
|---|
| Surf 9, LLC |

| Amount Due | Amount Enc. |
|---|---|
| $37,940.52 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/25/2024 | INV #DC 1 122419. Due 12/01/2024. | 3,459.08 | 30,392.59 |
| 12/06/2024 | INV #BTC- 25LF12. Due 12/06/2024. | 181.60 | 30,574.19 |
| 12/26/2024 | INV #DC 012519. Due 01/01/2025. | 3,459.08 | 34,033.27 |
| 01/06/2025 | INV #BTC- 25LF13. Due 01/06/2025. | 181.60 | 34,214.87 |
| 01/24/2025 | INV #DC 022534. Due 02/01/2025. | 3,459.08 | 37,673.95 |
| 01/24/2025 | INV #DC 022535. Due 02/01/2025. | 84.97 | 37,758.92 |
| 02/07/2025 | INV #BTC- 25LF14. Due 02/07/2025. | 181.60 | 37,940.52 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 3,725.65 | 3,640.68 | 3,640.68 | 26,933.51 | $37,940.52 |