**EXHIBIT E**

# Statement

Bernwood, LLC

Bonita Springs, FL  34134

| Date |
|------|
| 1/8/2025 |

| To: |
|-----|
| Surf 9 LLC |

| Amount Due | Amount Enc. |
|------------|-------------|
| $62,506.28 | |

| Date | Transaction | Amount | Balance |
|------|-------------|--------|---------|
| 12/31/2023 | Balance forward | | 7,386.02 |
| | DC1 24850:#06,27 Surf 9 LLC- | | |
| 01/10/2024 | INV #BTC-  LF2. Due 01/10/2024. | 391.46 | 7,777.48 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -391.46 | 7,386.02 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -7,386.02 | 0.00 |
| 01/25/2024 | INV #DC S90224. Due 02/01/2024. | 7,386.02 | 7,386.02 |
| 02/06/2024 | INV #BTC-  LF3. Due 02/06/2024. | 391.46 | 7,777.48 |
| 02/16/2024 | INV #DC S93324. Due 03/01/2024. | 7,546.93 | 15,324.41 |
| 02/16/2024 | INV #DC S9Q4. Due 02/21/2024. | 215.57 | 15,539.98 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -7,386.02 | 8,153.96 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -391.46 | 7,762.50 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -215.57 | 7,546.93 |
| 03/22/2024 | INV #BTC-  LF4. Due 03/22/2024. | 396.22 | 7,943.15 |
| 03/22/2024 | INV #DC S9424. Due 04/01/2024. | 7,679.55 | 15,622.70 |
| 04/24/2024 | INV #DC S9524. Due 05/01/2024. | 10,986.21 | 26,608.91 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -7,546.93 | 19,061.98 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -396.22 | 18,665.76 |
| 05/16/2024 | INV #BTC-  LF5S. Due 05/16/2024. | 403.17 | 19,068.93 |
| 05/21/2024 | INV #DC S9624. Due 06/01/2024. | 7,496.71 | 26,565.64 |
| 05/21/2024 | INV #DC S9Q1. Due 05/26/2024. | 211.80 | 26,777.44 |
| 06/14/2024 | INV #BTC-  LF6S. Due 06/14/2024. | 393.57 | 27,171.01 |
| 06/18/2024 | INV #DC S9724. Due 07/01/2024. | 7,496.71 | 34,667.72 |
| 06/24/2024 | PMT #RECON_EINVOICE. | -7,679.55 | 26,988.17 |
| 07/15/2024 | INV #DC 1 082405. Due 08/01/2024. | 7,496.71 | 34,484.88 |
| 07/19/2024 | PMT #RECON_EINVOICE. | -403.17 | 34,081.71 |
| 07/19/2024 | PMT #RECON_EINVOICE. | -10,986.21 | 23,095.50 |
| 08/27/2024 | INV #DC 1 092405. Due 09/01/2024. | 7,496.71 | 30,592.21 |
| 08/27/2024 | INV #DC S9Q216. Due 09/01/2024. | 196.25 | 30,788.46 |
| 09/25/2024 | INV #DC 1 102405. Due 10/01/2024. | 7,496.71 | 38,285.17 |
| 10/24/2024 | INV #DC 1 112405. Due 11/01/2024. | 7,496.71 | 45,781.88 |
| 10/24/2024 | INV #DC S9Q316. Due 10/29/2024. | 156.70 | 45,938.58 |
| 11/08/2024 | INV #BTC-  LF7S. Due 11/08/2024. | 393.57 | 46,332.15 |
| 11/08/2024 | INV #BTC-  LF8S. Due 11/08/2024. | 393.57 | 46,725.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---------|--------------------|--------------------|--------------------|----------------------|------------|
| 0.00 | 7,890.28 | 7,890.28 | 8,440.55 | 38,285.17 | $62,506.28 |

# Statement

Bernwood, LLC

Bonita Springs, FL  34134

| Date |
|---|
| 1/8/2025 |

| To: |
|---|
| Surf 9 LLC |

| Amount Due | Amount Enc. |
|---|---|
| $62,506.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/25/2024 | INV #DC 1 122405. Due 12/01/2024. | 7,496.71 | 54,222.43 |
| 12/06/2024 | INV #BTC-  LF8S1. Due 12/06/2024. | 393.57 | 54,616.00 |
| 12/26/2024 | INV #DC  012505. Due 01/01/2025. | 7,496.71 | 62,112.71 |
| 01/06/2025 | INV #BTC-  LF8S2. Due 01/06/2025. | 393.57 | 62,506.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 7,890.28 | 7,890.28 | 8,440.55 | 38,285.17 | $62,506.28 |

# Statement

Bernwood, LLC

Bonita Springs, FL  34134

| Date |
|---|
| 1/8/2025 |

| To: |
|---|
| Surf 9 LLC |

| Amount Due | Amount Enc. |
|---|---|
| $62,506.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 12/31/2023 | Balance forward | | 7,386.02 |
| | DC1 24850:#06,27 Surf 9 LLC- | | |
| 01/10/2024 | INV #BTC-  LF2. Due 01/10/2024. | 391.46 | 7,777.48 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -391.46 | 7,386.02 |
| 01/22/2024 | PMT #RECON_EINVOICE. | -7,386.02 | 0.00 |
| 01/25/2024 | INV #DC S90224. Due 02/01/2024. | 7,386.02 | 7,386.02 |
| 02/06/2024 | INV #BTC-  LF3. Due 02/06/2024. | 391.46 | 7,777.48 |
| 02/16/2024 | INV #DC S93324. Due 03/01/2024. | 7,546.93 | 15,324.41 |
| 02/16/2024 | INV #DC S9Q4. Due 02/21/2024. | 215.57 | 15,539.98 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -7,386.02 | 8,153.96 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -391.46 | 7,762.50 |
| 03/01/2024 | PMT #RECON_EINVOICE. | -215.57 | 7,546.93 |
| 03/22/2024 | INV #BTC-  LF4. Due 03/22/2024. | 396.22 | 7,943.15 |
| 03/22/2024 | INV #DC S9424. Due 04/01/2024. | 7,679.55 | 15,622.70 |
| 04/24/2024 | INV #DC S9524. Due 05/01/2024. | 10,986.21 | 26,608.91 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -7,546.93 | 19,061.98 |
| 04/29/2024 | PMT #RECON_EINVOICE. | -396.22 | 18,665.76 |
| 05/16/2024 | INV #BTC-  LF5S. Due 05/16/2024. | 403.17 | 19,068.93 |
| 05/21/2024 | INV #DC S9624. Due 06/01/2024. | 7,496.71 | 26,565.64 |
| 05/21/2024 | INV #DC S9Q1. Due 05/26/2024. | 211.80 | 26,777.44 |
| 06/14/2024 | INV #BTC-  LF6S. Due 06/14/2024. | 393.57 | 27,171.01 |
| 06/18/2024 | INV #DC S9724. Due 07/01/2024. | 7,496.71 | 34,667.72 |
| 06/24/2024 | PMT #RECON_EINVOICE. | -7,679.55 | 26,988.17 |
| 07/15/2024 | INV #DC 1 082405. Due 08/01/2024. | 7,496.71 | 34,484.88 |
| 07/19/2024 | PMT #RECON_EINVOICE. | -403.17 | 34,081.71 |
| 07/19/2024 | PMT #RECON_EINVOICE. | -10,986.21 | 23,095.50 |
| 08/27/2024 | INV #DC 1 092405. Due 09/01/2024. | 7,496.71 | 30,592.21 |
| 08/27/2024 | INV #DC S9Q216. Due 09/01/2024. | 196.25 | 30,788.46 |
| 09/25/2024 | INV #DC 1 102405. Due 10/01/2024. | 7,496.71 | 38,285.17 |
| 10/24/2024 | INV #DC 1 112405. Due 11/01/2024. | 7,496.71 | 45,781.88 |
| 10/24/2024 | INV #DC S9Q316. Due 10/29/2024. | 156.70 | 45,938.58 |
| 11/08/2024 | INV #BTC-  LF7S. Due 11/08/2024. | 393.57 | 46,332.15 |
| 11/08/2024 | INV #BTC-  LF8S. Due 11/08/2024. | 393.57 | 46,725.72 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 7,890.28 | 7,890.28 | 8,440.55 | 38,285.17 | $62,506.28 |

# Statement

Bernwood, LLC

Bonita Springs, FL  34134

| Date |
|---|
| 1/8/2025 |

| To: |
|---|
| Surf 9 LLC |

| Amount Due | Amount Enc. |
|---|---|
| $62,506.28 | |

| Date | Transaction | Amount | Balance |
|---|---|---|---|
| 11/25/2024 | INV #DC 1 122405. Due 12/01/2024. | 7,496.71 | 54,222.43 |
| 12/06/2024 | INV #BTC-  LF8S1. Due 12/06/2024. | 393.57 | 54,616.00 |
| 12/26/2024 | INV #DC  012505. Due 01/01/2025. | 7,496.71 | 62,112.71 |
| 01/06/2025 | INV #BTC-  LF8S2. Due 01/06/2025. | 393.57 | 62,506.28 |

| CURRENT | 1-30 DAYS PAST DUE | 31-60 DAYS PAST DUE | 61-90 DAYS PAST DUE | OVER 90 DAYS PAST DUE | Amount Due |
|---|---|---|---|---|---|
| 0.00 | 7,890.28 | 7,890.28 | 8,440.55 | 38,285.17 | $62,506.28 |