**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
In re:

SURF 9 LLC,

                    Debtor.
-------------------------------------------------------------x

Chapter 11

Case No. 25-40078 (JMM)

## AGREED ORDER GRANTING IN PART THE AMENDED
## MOTION FOR RELIEF FROM THE AUTOMATIC STAY

On March 12, 2025, the Amended Motion [ECF No. 48] (the "Motion") of Bernwood, LLC (the "Movant" or "Landlord"), dated February 20, 2025 came before the Court, for relief from the automatic stay with respect to the non-residential commercial lease in Lee County at 24850 Old 41 Road, Suites 6, 10, 25, 27, Bonita Springs, FL 34135 (the "Lease" or "Leasehold Interest"). Proper notice of the hearing has been provided and counsel for the Movant and Debtor announced on the record, an agreement to provide adequate protection and stay relief consistent with the Agreed Order. This Court, having considered the record, the representation of counsel, and arguments presented at the hearing, is hereby

ORDERED, that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby ~~terminated~~ **modified (JMM)** pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) to enforce all in rem rights with respect to Suites 6, 10, 25, and 27 of the Lease as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns, or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Leasehold Interest; it is further

ORDERED, that the Debtor shall vacate Suites 6, 25, and 27 no later than March 14, 2025 and shall deliver possession to Movant in a clean, broom-swept condition. Movant and Debtor have agreed that although the stay is terminated as to Suite 10, the Debtor will be authorized to

remain in possession of Suite 10 provided the Debtor complies with the terms of this Agreed Order; it is further

ORDERED, that the Debtor shall surrender to Movant all deposits currently held by Movant for Suites 6, 25, and 27 and the Debtor will receive a credit against the outstanding pre-petition balance; it is further

ORDERED, that Movant and Debtor have agreed that Debtor will file a Motion to Authorize Fifth Lease Addendum ("Motion to Authorize Fifth Addendum"), by and between Bernwood, LLC as Landlord and Surf 9, LLC as Tenant, with regard to Suite 10 to extend the Lease term for an additional year commencing March 15, 2025 and terminating on March 14, 2026 with a modified gross rent of $7,200.00 per month ("New Lease Term"). The Motion to Authorize Fifth Addendum shall be filed by the Debtor within seven (7) calendar days from this Agreed Order; it is further

ORDERED, that in connection with its post-petition rent and Movant's agreement to enter into a Fifth Lease Addendum and occupancy of Suite 10, Debtor or its principal shall pay Movant the sum of $39,924.44 on or before March 14, 2025; it is further

ORDERED, that the personal guarantor of the Lease (John Chencincer), the Debtor and Movant shall work diligently to resolve the pre-petition outstanding rent due to Movant within ninety (90) days from March 15, 2025, unless said timeframe is mutually extended; it is further.

ORDERED, that upon any default in the timely payment of the monthly rent or performance, and/or any cure amounts, and the failure to cure said default within twenty-four (24) hours of notice being provided to Debtor by email to Debtor's counsel, J. Ted Donovan (Tdonovan@gwfglaw.com) and Kevin J. Nash (knash@gwfglaw.com), Movant may file an

affidavit of default, and the Court will grant immediate relief from stay without further hearing; it is further

ORDERED, that the continued hearing scheduled for April 16, 2025 at 11:30 A.M. is hereby cancelled.



Dated: March 31, 2025
Brooklyn, New York

Jil Mazer-Marino
United States Bankruptcy Judge