```
 1                    UNITED STATES BANKRUPTCY COURT
                      EASTERN DISTRICT OF NEW YORK
 2                                      .
                                        .      Brooklyn, New York
 3   In re:                             .
                                        .      April 16, 2025
 4   SURF 9 LLC                         .
                                        .      11:30 AM Calendar Time
 5                                      .
                                        .      1-25-40078-jmm
 6   . . . . . . . . . . . . . . . . . .
```

                          1-25-40078-jmm
                            SURF 9 LLC

[42] FINAL HEARING TO CONSIDER ENTRY OF THE FINAL ORDER AND FINAL
   APPROVAL OF THE DIP FACILITY. (RE: RELATED DOCUMENT(S) [17])
[33] APPLICATION TO EMPLOY GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP
  AS COUNSEL FOR THE DEBTOR FILED BY KEVIN J NASH ON BEHALF OF
SURF 9 LLC [3] ORDER SCHEDULING INITIAL CASE MANAGEMENT CONFERENCE
 [74] MOTION TO VACATE ORDER AUTHORIZING RULE 2004 EXAMINATION,
IN ADDITION TO MOTION TO QUASH FLYBAR, INC SUBPOENA FILED BY KEVIN
J NASH ON BEHALF OF SURF 9 LLC [48] MOTION FOR RELIEF FROM STAY
CERTAIN REAL PROPERTY LOCATED IN LEE COUNTY, 24850 OLD 41 ROAD,
    SUITES 6, 10, 25, 27, BONITA SPRINGS, FL 34135 FILED BY
          ALBERTO F. GOMEZ JR ON BEHALF OF BERNWOOD, LLC


                  BEFORE HONORABLE JIL MAZER-MARINO


Attorney for the Debtor,        KEVIN NASH
Surf 9 LLC:                     Goldberg Weprin Finkel Goldstein LLP
                                125 Park Avenue, 12th Floor
                                New York, NY 10017

Attorneys for the Debtor,       IAN WINTERS
Olden Group, LLC:               STEPHANIE SWEENEY
                                Klestadt Winters Jureller Southard
                                & Stevens, LLP
                                200 West 41st Street, 17th Floor
                                New York, NY 10036

Attorney for the Creditor,      DOUGLAS PICK
Flybar Inc.:                    Pick & Zabicki LLP
                                369 Lexington Avenue, 12th Floor
                                New York, NY 10017

```
 1  Attorneys for the Creditor,    ANERIO ALTMAN
    Leewards Health and Sports     JEFFREY GOLDEN
 2  Co. Ltd.:                      Golden Goodrich, LLP
                                   3070 Bristol Street, Suite 640
 3                                 Costa Mesa, CA 92626

 4                                 FREDERICK SCHMIDT
                                   Cozen O'Connor
 5                                 277 Park Avenue
                                   New York, NY 10172

 6
    Attorney for the Creditor,     IRA HERMAN
 7  Body Glove IP Holdings, LP:    EVAN ZUCKER
                                   Blank Rome LLP
 8                                 1271 Avenue of the Americas
                                   New York, NY 10020

 9
    Attorney for the Creditor,     SHERYL GIUGLIANO
10  Express Trade Capital:         Ruskin Moscou Faltischek, P.C.
                                   1425 Rexcorp Plaza
11                                 Glenn Curtiss Boulevard
                                   Uniondale, NY 11556

12
    Attorney for the Creditor,     MICHAEL MOSKOWITZ
13  Takashina USA, Inc.:           Falcon Rappaport & Berkman LLP
                                   265 Sunrise Highway, Suite 50
14                                 Rockville Centre, NY 11570

15  Attorney for the Creditor,     ALEX KRESS
    BMO Bank, N.A.                 Chapman and Cutler LLP
16                                 1270 Ave. of the Americas, 30th Floor
                                   New York, NY 10020

17
    Creditor:                      GREG LOMEN
18                                 12350 West Gilia Way
                                   Peoria, AZ 85383

19
    Attorney for the United        SHANNON SCOTT
20  States Trustee:                Office of the United States Trustee
                                   Alexander Hamilton Custom House
21                                 One Bowling Green, Room 510
                                   New York, NY 10004

22
    Court Transcriber:             E-SCRIBE
23                                 2376 Cleveland Street
                                   Bellmore, NY 11710

24
    Proceedings recorded by electronic sound recording.
25  Transcript produced by transcription service.
```

1        THE COURT: Alright. Calling calendars 44, 45, 46, and 47.

2  Surf 9 LLC. Case number 25-40078. Appearances please.

3        KEVIN NASH: Yes, Your Honor. Kevin Nash for the debtor.

4        DOUGLAS PICK: Good afternoon, Your Honor. Douglas Pick

5  (INAUDIBLE).

6        THE COURT: I'm sorry. Who is that?

7        DOUGLAS PICK: Douglas Pick, Pick & Zabicki, counsel to

8  Flybar Inc. Along with me on the phone (INAUDIBLE).

9        THE COURT: I'm - I'm so sorry. I'm having - I hear you.

10 I mean, your volume is fine. Is it just me that's having trouble

11 understanding? Or is -

12        THE CLERK: No, he is- the sound quality.

13        THE COURT: Yeah, yeah. I'm having a little trouble. It

14 sounds like you're underwater and you're breaking up, but would it

15 be possible for you to switch to a different device? You can stay

16 on the video, but you could maybe transfer the sound to your phone?

17        DOUGLAS PICK: I - I - I could transfer to a phone. Does

18 this sound better or does it sound bad?

19        THE CLERK: Bad.

20        THE COURT: Bad. Better and still bad.

21        DOUGLAS PICK:  Bad.

22        THE COURT: Maybe that's it.

23        DOUGLAS PICK:  I can - I can switch over to a phone, Your

24 Honor if you like?

25        THE COURT: That - that would be - let's just try it. It'll

1  just take a minute if you don't mind. I think actually there's an

2  option for you to have Webex call you so that you don't have to

3  disconnect it. You can just transfer the - the sound.

4        DOUGLAS PICK:  I think I'll call them. Let me try.

5        THE COURT: Thank you.

6        DOUGLAS PICK: Your Honor, let me try to reconnect. Let

7  me disconnect and connect again.  Is that possible?

8        THE COURT: That's just fine. Thank you.

9        DOUGLAS PICK:  Thank you.

10        THE COURT: Okay.

11        IAN WINTERS: Good afternoon, Your Honor, Ian Winters. Also

12  here with me is my partner, Stephanie Sweeney on behalf of Olden

13  Financial, secured creditor.

14        ANERIO ALTMAN: Good afternoon, Your Honor. Anerio Altman

15  representing Leewards, secured creditor. Also on the line is Jeffrey

16  Golden who is having some audio difficulties, but he may speak instead

17  of me.

18        THE COURT: Okay.

19        IRA HERMAN: Good afternoon, Your Honor. Ira Herman from

20  Blank Rome. We're here for Body Glove IP Holdings, LP that the debtor

21  uses.

22        SHERYL GIUGLIANO: Good afternoon, Your Honor. Sheryl

23  Giuliano, Ruskin Moscou Faltischek on behalf of Express Trade

24  Capital.

25        DOUGLAS PICK:  Your Honor, is this better?

1       THE COURT: Yeah. Let's just give it a shot.

2       DOUGLAS PICK:  If not, I'll - I'll put it on the phone.

3       THE COURT: Let's just see how you do. Go ahead. If you

4  can give your appearance again, that would be great.

5       DOUGLAS PICK:  Douglas Pick on behalf of Flybar Inc.

6       THE COURT: I - I - I can't even understand your name. I'm

7  so sorry. And I can't find you on my screen, so I can't even read.

8       DOUGLAS PICK: Oh, hold on a second.

9       THE COURT: Sure. So are you Greg Lomen? Is that - is that

10  what I'm hearing? No. Alright. So I really can't understand you.

11  I'm so sorry.

12      DOUGLAS PICK:  Alright, I'll use the phone.

13      THE COURT: Thank you. I appreciate that. In the meantime,

14  other appearances?

15      MICHAEL MOSKOWITZ: Yes, Your Honor. Michael Moskowitz,

16  Falcon Rappaport & Berkman, counsel to Takashina USA Inc.

17      GREG LOMEN: Greg Lomen representing myself.

18      ALEX KRESS: Good afternoon, Your Honor. Alex Kress,

19  Chapman and Cutler, LLC - LLP on behalf of BMO Bank, N.A.

20      FREDERICK SCHMIDT: Good afternoon, Your Honor. Frederick

21  Schmidt, Cozen O'Connor, counsel for Leewards Health and Sports

22  Company.

23      THE COURT: Alright. And that's- so that's this - isn't

24  Mr. Altman and Mr. Golden also appearing for Leewards?

25      FREDERICK SCHMIDT: Yes. They are, Your Honor.

1          THE COURT: Okay. Good. Fantastic. I love it when I'm not

2   losing my mind. Alright. I think we're just waiting for one more.

3          JEFFREY GOLDEN: Your Honor? This is Jeff Golden. I patched

4   in with my phone. Am I echoing now?

5          THE COURT: No. Now you sound great. That - that works out

6   just fine.

7          JEFFREY GOLDEN: Alright. Alright. Sorry about the

8   inconvenience, Your Honor.

9          THE COURT: No problem. Happy to have you. And I think we're

10   just waiting for one more. Well Mr. Pick, I think we need your

11   appearance. Yes?

12          DOUGLAS PICK: Douglas Pick on behalf of Flybar. Are you

13   able to hear me?

14          THE COURT: Yes. And we're just waiting for one more person.

15   Mr. Nash, what - what was the name of the person who was having-

16   that I was giving such a hard time about their sound?

17          KEVIN NASH: Doug Pick. He's back.

18          THE COURT: Oh, okay. So that's it. It was just Mr. Pick?

19          KEVIN NASH: Yes.

20          THE COURT: Oh, alright. Alright. Thank you. Okay. So, on

21   today's calendar, we have debtor in possession financing, the

22   retention application for debtor's counsel, the status conference,

23   and the motion to vacate the 2004 order. Mr. Nash, why don't you

24   get us started? Let me know where we're at in general and if you

25   want to preview any of these motions that's- that's just fine with

1 me too.

2        KEVIN NASH: Yes, Your Honor. We have a big group assembled.

3 Last time we were before the court that was pre-tariff and obviously

4 in the last couple of weeks, the tariff issue with China has impacted

5 the debtor. I don't think it's a fatal issue with the debtor for

6 a number of reasons. I think it's significant because everybody's

7 interested in how this has impacted their ability to do business.

8 It just –

9        (CROSSTALK)

10        THE COURT: Mr. Nash, I'm going to stop you for a second.

11 I'm going to ask you – I know it's hard, but I need you to stop moving

12 and stay in front of your mic.

13        KEVIN NASH: Okay.

14        THE COURTL Your sound quality - your - your volume isn't

15 so high. I mean you're clear, but- so yes, educate us on the impact

16 of the tariffs on this case. Go ahead.

17        KEVIN NASH: Well, it- it's funny because I don't know where

18 the mic is. So I will hopefully stay put right in the middle. So

19 hopefully I'll be able to capture some of the mic.

20        THE COURT: That's perfect. Go ahead.

21        KEVIN NASH: The last time we were before the court Judge,

22 we were, I guess, operating under the second interim order. I think

23 Your Honor signed the second interim order on March 12th. The tariff

24 issue came into play after the interim order and essentially if you

25 put some- some numbers on it, the debtor usually sells its

1  paddleboards for about $299 to the low $300 range. With the increase

2  of the tariffs, the price of those paddleboards will go up

3  significantly to over $500. That could impact demand on the

4  paddleboards. Costco obviously is sensitive to you know the demand

5  at a higher price and certain orders that were in place by the debtor

6  have been stopped by Costco. So when we budgeted on our interim order,

7  I think we budgeted through the end of June of collecting about

8  $25,000,000 in receivables from Costco, but we are reducing that

9  projection to around $20 million to $21 million. So there is somewhat

10  of a loss. I think it's interesting about 35% to 40% of the debtor's

11  business is Costco Canada, which is sales of merchandise in the

12  Canadian Costco stores. Those – those purchases are not subject to

13  tariffs. There is no tariff as I understand between Canada and China.

14  So the tariffs, which is depending on the newspapers I guess,

15  fluctuates well over 100% at this point. Obviously, it is an impacting

16  circumstance. I don't think it's going to kill the business. We're

17  doing a lot of work internally to pre-project sales to deal with

18  Costco and meet their demand for not taking certain orders and to

19  hopefully stem the tide on the tariff issue. When we are operating

20  under the interim order, I think we are under the second order, the

21  consensus was to continue to adjourn the interim order. You will

22  hear from the various lenders, the DIP lender, Express Trade, which

23  we call ETC and Leewards to carry that motion as we develop the budget.

24  I think we have enough availability as I am informed under the second

25  order that we don't need any further borrowing. We are starting to

1  get collections in which we use to maintain operations. In terms

2  of the operations itself, we made a deal with the landlord in Florida.

3  We saw a space there. I'm working on a deal with the warehouses in

4  Florida to reduce space there. Everything we're doing now is to try

5  to operate and streamline operations to the least cost possible.

6  We're also looking at alternate sources of factories in – in Asia,

7  Cambodia and Vietnam who – as – as a backup or maybe not even a backup

8  anymore as- as a potential alternate source of supply and so we –

9  we have our eyes on that as well. So from an operating point of view,

10  all good plans would dash with the tariffs. We're not alone. The

11  tariffs have obviously taken over the national world news and they

12  do affect businesses and they do affect this business because of

13  the increase in costs and so forth. What I'd ask the court to do

14  is you'll hear from the – the lenders, but I think the consensus

15  is that we are going to ask for an adjournment on the DIP order.

16  I – I made a proposal and we're having discussions with Body Glove

17  as to the terms and the assumption there is money that have been

18  budgeted for an assumption. We are not there yet. Obviously, we have

19  to see what the business is going to do going forward, but there

20  have been ongoing discussions with Body Glove and proposals have

21  been exchanged. Leewards is a – was part of the DIP order. In recent

22  weeks, I think they might want to be dropping out of the DIP order

23  in a sense. I don't know if it's official, but we had a long

24  conversation about ten – ten days ago where I think they would –

25  they would prefer at this point to operate on a CLP basis. So we'll

1  have to restyle our budget with that. I – I'd take the deal. I don't

2  think they have proper grounds to drop out on the DIP order with

3  some payment suspension as part of it, but I think in – in the next

4  exchange, whatever money that is owed to Leewards will be repaid

5  under the next tranche of the funds and I understand about this week

6  alone $341,000 give or take will be wired to Leewards and there will

7  also be about $278,000 next month. So with all of those things in

8  the hopper, I think it's correct to adjourn the matter. Obviously,

9  we had to update the court as to where we are within the case. In

10  terms of my own retention application, I did submit a large affidavit

11  which was requested by the U. S. Trustee. Mr. Pick and I exchanged-

12  we both filed papers on – on the 2004 order that I guess we'll –

13  we'll argue as well. But I think the general consensus is to update

14  the court and I think the message should be so loud that we think

15  we can stem the tide on the tariffs. Obviously, we'll have to

16  restructure our – our orders this year and pass into next year, but

17  we do think we will be able to prevail in the end and – and we do

18  have every intention of continuing the business. So you will see

19  on the docket hopefully later today or – or tomorrow a proposed

20  settlement with the – with the warehousing people in terms of moving

21  goods out to another location with a repayment plan. And ultimately,

22  the goal is, there has always been a goal, is to make a deal with

23  Body Glove that you know puts the company's future in – in – in good

24  stead with a clear – with a clear franchise agreement going forward.

25  So that's where we are in the case. I filed, I believe, the January

1  and February reports. I think there is a March report due next week

2  on or about April 20th. We've given access to a lot of creditors.

3  All – all– I am not going to say all, but a big part of our – our

4  business comes through Costco. They have a portal that shows how

5  each order is paid in various cycles in the system. We have given

6  access of that to – to various creditors. We filed our reports. We

7  are still operating under what we call factoring agreement where

8  Milberg is the supplying factor. It collects the money, it then gives

9  the money to ETC, the pre-petition factor and post-petition

10  collection agent. Then those funds are approved by the DIP lender

11  and – and the debtor has monies available based upon the budget.

12  We do have to redo the budget based upon certain decreased sales

13  and hopefully some reduced expenses. And I have the debtor's

14  principal and accounting people on – on Zoom with me and they are

15  working on this tirelessly day in and day out. Obviously, it's- it's

16  been a hectic time for the company with the tariffs and they have

17  to pay attention to alternate sources, the factories, dealing with

18  the current factories, dealing with Costco. I think it bodes well

19  long-term if we are able to survive this, then we will have a good

20  future. I always thought fundamentally the relationship between the

21  debtor and Costco was good. We survived the recall and I think we'll

22  survive the tariffs. So that's the long and short of it and I'm sure

23  you'll hear from a lot of other people, but from the debtor's point

24  of view, we're - we're pushing forward.

25          THE COURT: Alright. Thank you, Mr. Nash. Let me hear from

1   the U.S. Trustee first.

2           SHANNON SCOTT: Yes, Shannon Scott from the U.S. Trustee.

3   The debtor is current on the monthly operating reports. We have proof

4   of DIP and insurance. The 341 meeting was conducted. I do note there

5   is $47,161 in U.S. Trustee fees. And I have nothing further. Thank

6   you.

7           THE COURT: Alright. Thank you. Okay. So let's start with

8   DIP. So if memory serves, and I haven't looked at it in a while,

9   I think the parties to the DIP are Olden, Express, and Leewards.

10  So let's just start there and then let other people weigh in. Mr.

11  Winters or Ms. Sweeney, do you want to weigh in on – on - on DIP?

12          STEPHANIE SWEENEY: Good afternoon Your Honor, Stephanie

13  Sweeney, Klestadt Winters Jureller Southard and Stevens for Olden

14  Group LLC, which is the DIP lender. I agree with Mr. Nash. Just to

15  add on, we did circulate a third interim order among the parties

16  and we're working on finalizing it. But because we do the debtor

17  does not need additional availability other than what was granted

18  in the second interim order, we do not need that order entered as

19  of yet. So I would suggest, unless any of the other parties disagree,

20  that we continue to finalize that order and submit it after this

21  hearing once it's an agreed form. If any additional, not

22  availability, but terms are – are needed by the parties and by that

23  I am specifically referring to Takashina's proposed arrangement

24  where they had agreed to provide terms similar to the Leewards terms

25  and those were included in the third interim order. So if they require

1 those terms to be entered by Your Honor, then we would submit an

2 order after this hearing.  If they do not, then unless any of the

3 other parties would like the order entered, we can rely on the second

4 interim order that you have already entered.

5          THE COURT: Alright. That's helpful. Okay. Mr. Altman or

6 Mr. Goldberg - Golden or Mr. Schmidt, I think Leewards is in on this.

7 May I hear from you?

8          JEFFREY GOLDEN: Yes, Your Honor. Can you hear me okay?

9 Jeff Golden-

10          THE COURT: I can. Thank you.

11          JEFFREY GOLDEN: - of Golden Goodrich for Leewards.

12          THE COURT: Thank you. I can.

13          JEFFREY GOLDEN: Thank you, Your Honor. So - so Leewards

14 is - is supportive of working out a continued use of cash collateral

15 order with the parties. There are additional provisions we would

16 want in it. We do have concerns, Your Honor. We - they are in default

17 to Leewards. They've been in default to Leewards. They have been

18 paying late to us and we are not sure we understand why payments

19 have been paid late since the payments are supposed to come to us.

20 They have their seven days from when Costco pays, but we're not sure

21 why it's taking longer than that at times to- to pay us or where

22 those monies are and we're not getting paid timely. So we - we do

23 need to understand that. We need to have more information regarding,

24 as Mr. Nash- I heard what Mr. Nash said and that's great, but we

25 need to understand, you know, what these, you know, financial

1   projections look like. And, you know, in light of some of the issues

2   that have happened and occurred and so there is information that

3   we need as well. And - and I think that we - we do have a lien on

4   all of those proceeds and - and we need to ensure that that is

5   continuing to occur. Mr. Nash is also correct that there have been

6   some discussions about changing the relationship with Leewards as

7   well. That's in discussion, but regardless of whether that happens

8   or not, and I appreciate those discussions, we need to figure out

9   what's going on with respect to the current transactions to make

10  sure that things happen accordingly according to the understanding

11  of the parties and also to add some additional provisions to make

12  sure that we are getting the information and the transparency that

13  we have- we have not received. But - but again, at this point, Your

14  Honor, we certainly don't want to, you know - you know, do anything

15  to disrupt the process because we do want the debtor to continue

16  to operate and we do want to be supportive. And we do support an

17  adjournment as indicated. I would ask the court to limit the - to

18  make it a relatively short period of time as we sort of assess to

19  see what happens in terms of the continuant. But what that - whatever

20  that interval is obviously with the parties and of course comments,

21  but - but - but not considerably long because we do have concerns

22  and hopefully the concerns can be addressed, but they have not been

23  addressed to date, Your Honor.

24          THE COURT: Alright. Thank you for that. Okay. I'll hear

25  from Express Trade. Ms. Giugliano?

1      SHERYL GIUGLIANO: Sheryl Giugliano, Ruskin Moscou

2  Faltischek for Express Trade Capital. Thank you, Your Honor. At this

3  point, as long as the current interim order continues to remain in

4  effect, regardless of the fact that there's no further borrowing

5  that's needed if the debtors continuing to use cash collateral. We

6  just want to be careful that the order - I - I'm not - I would have

7  to double check that order to see if there were any deadlines or

8  anything like that in terms of how long it remains or if it just

9  - if it just carries into the next interim order. And if it's the

10  latter, then Express Trade is fine with that.

11      THE COURT: Alright. Thank you.

12      SHERYL GIUGLIANO: Thank you.

13      THE COURT: Let me hear from Body Glove. So Mr. Herman or

14  Mr. Zuckerman, I think you're part of this order. Right? Because

15  you have royalties and stuff. Maybe I'm wrong.

16      IRA HERMAN: Yes, Your Honor. I think I'd like to reset

17  the conversation a little bit with your permission, Your Honor. Body

18  Glove licenses its name to the debtor and other parties. The license

19  is a nonexclusive IP license. The debtor has been in default since

20  before the filing and continues to be in default since the filing.

21  You've heard, and I think you can piece it together, you've heard

22  that the debtor has been financially challenged and can't make its

23  DIP payments timely. And - and, you know, I'm just listening to what

24  counsel for Leewards would have to say and others. The debtor is

25  struggling and was struggling before the tariffs hit. I'm very

1  interested to hear what Mr. Nash means and has in mind about

2  reorganizing the business to survive the tariffs. But I don't think

3  that the case can keep going the way it is. Mr. Nash is correct that

4  – that proposals were exchanged, but we've made it very clear on

5  behalf of Body Glove, Judge, that it will be a new license on terms.

6  There is no consent unless Body Glove agrees. Right now, Body Glove

7  is very troubled by this debtor's financial instability. Body Glove

8  is under the understanding that Surf 9 has damaged the Costco

9  relationship and its financial instability continues to damage that

10 relationship and that damages the value of Body Glove's IP. I could

11 read from the DIP order what financial information the debtor has

12 – has been required to provide to Body Glove since the filing of

13 the case. Needless to say, none of it has been provided, Judge. It

14 is a total black box case. They don't have counsel retained. I know

15 Mr. Nash is a zealous advocate and I love working with him, as you

16 know, but they don't have a financial advisor. They don't have

17 accounting. You know, if the thing doesn't make any business sense,

18 and it's making less and less business sense for Body Glove to decide

19 to continue working with Surf 9. Body Glove has bent over backwards

20 to allow Surf 9 to try to reorganize in the bankruptcy. Body Glove

21 would prefer that there not be a disruption. However, based on the

22 debtor's financial performance and its behaviors, it is unlikely

23 at this point or it is becoming increasingly unlikely, I should be

24 fair and say it that way, it's becoming increasingly unlikely that

25 Body Glove will consent to any new license with Surf 9. For what

1  - for- just by way of example, Surf 9 has not shared 2020 design

2  - 2026 design information with Body Glove that Body Glove has to

3  approve. Apparently, it has provided that information to Leewards.

4  They're playing hide the ball, Judge, and that doesn't work in Chapter

5  11 where they're supposed to show what their abilities are and what

6  are not. By doing what they're doing, they're putting Body Glove

7  in the position of not approving the 2026 designs and Costco's buyers

8  believe - may come to believe that for that reason and the financial

9  instability that Body Glove can't perform for 2026 and Costco will

10 not take orders from Body Glove or make- place orders with Body Glove.

11 We are very concerned about the damage to the brand. I don't have

12 the full order in front of me, Judge. I have the excerpt. Maybe Mr.

13 Zucker can tell you where it is on - on the order. But it says in

14 the order, Judge, and I want to put this on the record, the debtor

15 shall provide to the pre-petition lender with copies to counsel to

16 any committees, counsel to Express Trade, counsel to Body Glove,

17 the United States Trustee- sorry, and the United States Trustee so

18 as to actually be received within three business days following the

19 end of every other week, biweekly line by line variance reports for

20 the preceding biweekly period, and on a cumulative basis for the

21 period from the petition date to the report date, comparing actual

22 specified cash receipts and specified disbursements to lumped

23 amounts projected in the budget. Absent the written consent of the

24 pre-petition lenders, lender rather, the debtor cannot exceed the

25 permitted weekly variance etcetera. Judge, we have gotten no

1  financial reporting. Any licensor will tell you that's a flashing

2  red light of a licensee that can't perform. The language I read to

3  you, Your Honor, is paragraph 11A of the excerpt DIP order. Judge,

4  the case is a black box. We have no idea what's really going on.

5  The one concern we have is this daisy chain of lenders who are handling

6  the cash coming in from Costco and whatever they're taking out of

7  it, again, we have no visibility into that and neither does the court.

8  And my concern is that the lenders are taking the money and the money

9  is not going to pay the factories, but I don't know because, Your

10  Honor, it is a black box. So, Your Honor, after saying all of that

11  and chewing the scenery quite a bit, Your Honor, Body Glove would

12  request a hearing date in the last week of May for a motion to lift

13  the stay and allow Body Glove, among other things, and I'm not

14  restricting it, I believe, but allow Body Glove to go find another

15  partner if the debtor can't perform by then. Your Honor, that gives

16  the debtor a good five and a half or six weeks get its act together,

17  but we want that motion returnable before the end of May so that

18  Body Glove, if it needs to go find another partner to replace Surf

19  9, has the time to do that before it loses out on the ability to

20  work with Costco. So we're creating optionality, Judge, but we're

21  also being fair to Body Glove, which has been hurt badly by this

22  bankruptcy in terms of both non-payment of royalties and damage to

23  the brand.

24          (CROSSTALK)

25          KEVIN NASH: Your Honor, I would like to respond very

1  quickly.

2       THE COURT: Yeah, but just let him finish.

3       IRA HERMAN: No, I think, Your Honor, I - I was asking if

4  you had any question.

5       THE COURT: Alright. I'll - I'm going to put a pin in your

6  request for a hearing date. At the end of the hearing, we'll chat

7  about when we're coming back on the different things. Alright? So,

8  give me one second. Go ahead, Mr. Nash.

9       KEVIN NASH: Yes. The interim order has three payments.

10 One is due April 2021, the other two were made of about $145,000

11 each. They were all made to Body Glove and there's a true-up that

12 comes due this week and Body Glove has received the reconciliation

13 by the debtors as -as to the true-up payments. In fact, we owe Body

14 Glove about $85,000. Body Glove has full access to the portal. They

15 know everything that is purchased and - and - by Costco and how those

16 payments are made. Body Glove is kidding themselves if they think

17 they have a relationship with Costco. They don't. The debtor has

18 the relationship with Costco. The debtor is the one that can sell

19 the goods to Costco. Body Glove has no - no ability to do that. We

20 can litigate over a forced assumption of - of the license agreement.

21 That's a possibility. One of the things that came out is that Marquee

22 Brands, the Body Glove parent is perhaps looking for a new licensee.

23 It is one of the reasons that the debtor, I think, quite prudently

24 is not so anxious to give our designs for next year so a new licensee

25 can have the benefit of that. I discussed with Mr. Herman, we are

1 going to need a very tight confidentiality agreement on – on – on

2 the licensing and what the designs look like, but they can be made

3 available under the right safeguards. In terms of the reporting,

4 everybody gets operating reports and we have a whole reconciliation

5 as to the licensee. So the fact that Body Glove wants to play a little

6 bit of hard ball at this point in time, I don't think it helps Body

7 Glove, and the debtor is still committed to working out a deal on

8 an assumption of the license. And I think a lot of this is somewhat

9 posturing, but at the end of the day there's rights that the debtor

10 has the licensing in bankruptcy and there's rights that Body Glove

11 has, and we will address those if we can't resolve them. But we are

12 not behind post-petition in any way with the payments under the DIP

13 orders. Pre-petition, there was before. We don't – we don't hide

14 from that. But post-petition, we are current and post-petition,

15 there is- and I think at the end of the day, before we set into motion

16 a schedule on motion, I think we should have a (INAUDIBLE) period

17 to see where we really are. The tariffs did hurt everybody including

18 the Marquee Brands and it's a relationship that they worry about.

19 It's really the debtor's relationship and we're the - we're - we're

20 the ones that can - can maintain that relationship, do maintain it,

21 and there's no - there's no harm to the brand, and there's no harm

22 to the relationship. We're all on the same boat and we're trying

23 to survive something that was completely unexpected.

24          THE COURT: Thank you.

25          KEVIN NASH: Maybe it wasn't so unexpected if you read the

1  headlines from the 1980s, but for the people that are operating,

2  it is unexpected.

3       IAN WINTERS: Your Honor, it's Ian Winters. May I speak

4  briefly to respond to Mr. Herman's point concerning the financing?

5       THE COURT: Not just yet. Give me a second, please.

6  Alright. I just want to complete the circle. Mr. - Mr. Moskowitz,

7  I just want to touch base. I think that Ms. Sweeney mentioned that

8  Takashina wants terms incorporated into this DIP agreement - into

9  the - sorry not - into the next DIP order. I - I wasn't sure if that

10  was the case. You may not even know if that's the case, but did you

11  want to weigh in?

12       MICHAEL MOSKOWITZ: Thank you, Your Honor. Again, Michael

13  Moskowitz, Falcon Rappaport & Berkman, counsel to Takashina USA,

14  Inc. Ms. Sweeney is correct, Your Honor. There was a revised - not

15  revised, but there were negotiations on a third interim cash

16  collateral order where our client Takashina was added in to receive

17  similar terms as Leewards. We can certainly discuss that after the

18  hearing.

19       THE COURT: Okay.

20       MICHAEL MOSKOWITZ: I don't think there's any need to -

21  to delay anything today. We can discuss it afterwards.

22       THE COURT: Alright. Thank you so much. Mr. Herman, you

23  - you switched gears, but you actually didn't circle around and answer

24  what I was asking about initially, which is a nuts-and-bolts question

25  about what to do with the DIP order. I hear your concerns and I'll

1  let Mr. Winters address them in a minute, but what we have here today

2  is a question and I understand it's a little bit complex as to what

3  do we do to permit the debtor to operate until all of this can be

4  hammered out and one suggestion is that everybody just sign on and

5  agree to extend the existing agreement and I just wasn't sure where

6  you came out on that?

7         IRA HERMAN: Judge, earlier today, we sent the parties a

8  note saying we have no objection to extending the order, but we wanted

9  to go forward with the status conference today for all the reasons

10  you heard.

11         THE COURT: Umm-

12         IRA HERMAN: May I just add one thing or you want me to

13  wait my turn until later?

14         THE COURT: Why don't you add your one thing, that way Mr.

15  Winters can respond to both things.

16         IRA HERMAN: Judge, just so that the record is - is complete

17  and - and Mr. Nash is a terrific advocate for his client. The debtor

18  was late on the first payment. The funds came from the party we didn't

19  recognize. There was some problem making that payment. We don't know

20  what it was and that just raised the level of anxiety with the

21  licensor, with Body Glove.

22         THE COURT: Fair.

23         IRA HERMAN: Well, and then it's important that the court

24  understand that the company is barely functioning, barely able to

25  pay its bills when they became due despite everything. And the failure

1  to comply with the DIP order with the reporting required by the DIP

2  order is not nothing, Judge. That was bargained for. Body Glove wants

3  to know that this company can repair itself and move forward. That

4  is why Body Glove has not been aggressive and- and we haven't moved

5  fully from the stay even though Body Glove takes the position that

6  there's nothing here to be assumed because it's a intellectual

7  property license for a trademark. It's not an exclusive license,

8  Judge. Limited to territories, limited to products. The debtor can't

9  assume this without consent.

10          THE COURT: Alright.

11          IRA HERMAN: And we've told - we've told Mr. Nash that

12  repeatedly and we've given him the opportunity and the proposed date

13  I gave you, Judge, was to put a stake down to force the debtor either

14  to do what it's supposed to do and make a proposal that can be accepted

15  by Body Glove. We're giving them more time, Judge. My client is not

16  happy about it, but what we're doing, Judge, is we are doing it

17  mindfully, so that we're timing the return date of the hearing, so

18  that Your Honor can decide the issue before the 2026 orders will

19  be damaged or the ability to provide product or the assurance that

20  product will be delivered to Costco will be damaged. And that's why,

21  Your Honor, we're advocating for that date and there's enough time

22  that if the debtor truly is going to make a proposal that's different

23  than the proposal they have been making since before the filing of

24  the case and its financial backers are going to back it, by all means,

25  Judge, it needs to be forthcoming, but we've been going around in

1  circles.

2       THE COURT:  Alright. Okay.

3       (CROSSTALK)

4       THE COURT: Okay. Alright. Thank you. Thank you.

5       (LAUGHTER)

6       THE COURT: Mr. Winters, what was your response?

7       IAN WINTERS: Yes, Your Honor. I just didn't want Mr.

8  Herman's comment about the daisy chain financing, what he believes

9  to be daisy chain financing, that the debtors put together I'm going

10  to go and respond to. The financing, Your Honor, quite frankly is

11  – is well thought out and there are a number of players that have

12  a number of different roles in the financing, each of which play

13  an important part. The Leewards component was designed to assist

14  the debtor with trade support and access to credit on purchases that

15  the debtor needed to fulfill orders from its customers. That

16  financing, if you will, in the form of trade support runs hand-in-hand

17  with the DIP financing that my client is providing to provide for

18  payment of various other operating expenses, other additional

19  purchases, etcetera. In addition to all of that, the debtor has a

20  factoring facility with ETC and what that provides for is credit

21  protection for receivable and collection of accounts receivable.

22  ETC happens in connection with the way it runs its business to

23  refactor with Milberg and that's why the monies go to Milberg for

24  the benefit of ETC. It takes a bit of time and there's a number of

25  components, but that's the way it all works. There's nothing

1 nefarious. There's nothing sinister. It's not suggestive inherently

2 of an inability to finance a business operation. It's just that there

3 are multiple pieces to this puzzle, each of which has an important

4 part and I wanted that to be clear because I thought Mr. Herman's

5 comments were suggesting something perhaps that they're not and I

6 didn't want to have that go unresponded to.

7　　　　THE COURT: Thank you so much. And - and again, at the end

8 when we do scheduling, we'll - we'll talk about a return date.

9 Paragraph 27.

10　　　　(COUGHING)

11　　　　THE COURT: You okay, Ms. Leonard?

12　　　　THE CLERK: (INAUDIBLE)

13　　　　THE COURT: Alright. Alright. So, I - I think I have the

14 lay of the land with respect to the - to the DIP. I'll circle back

15 to this when we also talk about scheduling. I - I don't see a

16 termination date, but admittedly I'm not looking closely at it. I'll

17 just leave it to you to - to work out whatever extensions need to

18 be included in this - in the next proposal that- that you're going

19 to upload and I - I - I hear how difficult this is. There's a lot

20 of different constituents and all of you have reasonable

21 expectations and all of you should be afraid, very afraid as to what's

22 going to happen with this company considering the tariffs. So,

23 alright. So, I think at the end, what I'll just do is I'll adjourn

24 this hearing on - on the DIP to whatever hearing date we hear at

25 the end, but - but it sounds, give or take, you're all on board with

1   not sinking this debtor today, which is - which is good to hear.

2   Alright. The next matter on the calendar is retention application.

3   So, the Lar Dan was filed not too long ago. Ms. - Ms. Scott does

4   the U.S. Trustee have any objections to the retention application?

5   And if you haven't had enough time, I understand that.

6         SHANNON SCOTT: Your Honor, it's - I believe our office

7   has provided comments. So, we have no objection of the retention

8   application. Thank you.

9         THE COURT: Alright. Does any - does anybody else wish to

10   be heard on the retention application? Alright. So the application

11   is granted. Submit order. Alright. So now we have - have the 2004

12   motion. So, I previously entered an ex parte order. There was no

13   notice to anybody. No opportunity to object, but I did enter an order

14   authorizing Flybar to issue a subpoena to the debtor to get some

15   documents and the debtor has - has made a motion to - to vacate that

16   order, which I'm going to interpret as a motion to quash the subpoena,

17   although it's probably six of one half dozen of the other. So, I

18   read the - I kind of reviewed the application again, the original

19   application. I've - I reviewed the debtor's objection. I reviewed

20   Express Trade's objection. I have, I guess, a few initial

21   observations and a few initial questions. So, just generally

22   speaking, and maybe it doesn't apply to this one, but generally

23   speaking, I think that there are certain protections that are

24   afforded to third party witnesses and parties to litigations that

25   are attendant to discovery taken under the Federal Rules of Civil

1  Procedure that aren't necessarily present when a- an examination

2  is taken under Rule 2004. And for me, the big ones are the scope

3  of the examination and if you have a deposition who's able to attend

4  the deposition in question and cross examine and also who gets copies

5  of - of the documents that are produced in production. So, I - I

6  do think it's meaningful whether something happens in a 2004 or under

7  the regular discovery rules. There's lots of times where we - I have

8  an adversary proceeding that's pending before me in the bankruptcy

9  case, so I feel like I have better control over both processes and

10 I'm better able to prevent an abuse of the process whether it's

11 discovery under the Federal Rules of Civil Procedure or under 2004.

12 In this case, the litigation between Flybar and the defendant is-

13 is not before me and because of that, I am a little reticent about

14 stepping on the toes of another Judge and somehow impairing that

15 Judge's ability to manage their own litigation. But - but otherwise,

16 I think that the protections afforded under the civil rules of -

17 the Rules of Civil Procedure, like, I can tweak the 2004 order to

18 make sure that nobody's rights are trampled on and so sometimes it's

19 just what practical order should I enter. So that's - that's one

20 observation or I guess one explanation of where I come from - where

21 I'm coming from in these types of disputes. The other thing I just

22 want to bring up is in this case, Flybar is taking- issued the subpoena

23 and Mr. Pick, you- you were very candid in disclosing the litigation

24 and describing why you wanted information and when I read the

25 application, I- I think a lot of the - when I read the application

1  and when I read the exhibits of the subpoena, I think of a lot -

2  many of the areas of inquiry and many of the documents requested

3  are right in the crosshairs of the litigation. I also note that you

4  say it's curious that the debtor scheduled Flybar's claim as $5

5  million. It's listed as contingent on - it's not listed as contingent

6  or - or unliquidated or disputed. So, I don't think there's any

7  discovery that needs to be taken with respect to your claim and -

8  and your- Flybar's claim will be treated under a plan just the way

9  every other creditor's claim is treated under a plan, but there were

10 two things that I think were identified in the application that -

11 that I think is fair game for 2004, although I'm - I'm not sure if

12 I understand the issues completely. So, one issue was money that

13 the debtor was supposed to hold in escrow. I'm- I'm going to need

14 you to explain that. I - I honestly just don't understand what that

15 issue is there. And the next issue is the relationship between -

16 the Sam Spree relationship to Olden and the debtor and Express Trade.

17 Everything else, I kind of think is clearly issues for - for the

18 litigation, but - but those two issues, I think, you know, I - I

19 understand why that - that should come up here and - and maybe should

20 not come up in discovery related to the litigation. So, let's just

21 talk about the money. I think it was like a million dollars that's

22 supposed to be held in escrow. Could you tell me what that's about,

23 please?

24          DOUGLAS PICK: Now can you hear me? Okay. Now I'm unmuted.

25 I think you can hear me.

1          THE COURT: I can.

2          DOUGLAS PICK: Your Honor, there is a - there is an agreement

3   that we discovered by which the debtor or an entity is supposed to

4   escrow certain monies for the benefit of the client. We followed

5   up with those monies- we followed up with respect to the status of

6   those monies. We've been advised by Express Trade that those monies

7   are not there. We've been advised by Express Trade that they don't

8   know where the money is. From our perspective, the money could have

9   been paid over to the debtor or the debtor could have taken the money.

10  We don't know. We are going to need that examination. With respect

11  to the claim, Your Honor -

12          THE COURT: Wait.

13          (CROSSTALK)

14          THE COURT: Stop there. Just stop there one sec-

15          (CROSSTALK)

16          THE COURT: Just - just stop there because I still didn't

17  understand. So you said, we discovered an agreement. So what's the

18  agreement and who are the parties to the agreement?

19          DOUGLAS PICK: There was an express- apparently an escrow

20  agreement by which monies were supposed to be held by Express Trade

21  for the benefit of Flybar at the time that Express Trade sold-

22          (CROSSTALK)

23          THE COURT: Stop one second.

24          (CROSSTALK)

25          THE COURT: Stop one second. Stop one second. I'm sorry

1 I'm being so thick. I apologize. So there's an escrow agreement.

2 Escrow agreement usually has the parties who are agreeing to the

3 escrow agreement plus the escrow agent. So who are the parties to

4 the escrow agreement?

5     DOUGLAS PICK: We don't know. We don't have it.

6     THE COURT: So you said you discovered an escrow agreement,

7 but you didn't discover an escrow agreement. You think there might

8 be an escrow agreement?

9     DOUGLAS PICK: There's an email. In an email dated February

10 18th, 2025 from Mr. Seidman who represents Express Capital Inc. to

11 me, as a matter of fact, it references a loan purchase agreement.

12 And in that loan purchase agreement, there is supposed to be monies

13 held aside of not less than $1,340,813. That money being held aside

14 is pursuant to an escrow account or an escrow agreement. At least

15 it's referenced in the - in the email. We need to see that agreement.

16     THE COURT: Alright. I think it's fair. I mean seeing that

17 agreement if it is this. Alright. So, alright. Okay. So, was -

18     FEMALE VOICE:  Your Honor -

19     THE COURT: Not yet.

20     (LAUGHTER)

21     FEMALE VOICE:  Okay, thank you.

22     THE COURT: Thank you. Alright. Okay. So, the next thing

23 that we want to talk about was the Sam Spree relationship to Olden,

24 the debtor and Express Trade. So, I - I can see how that impacts

25 this case because if there is an individual who is exercising control

1  over the debtor, but may be acting in the interest of a secured

2  creditor or some other - may have some other agenda, that - that's

3  fair. Alright. So - so Mr. - Mr. Pick, you - you wanted to tell me

4  something about that and I rudely interrupted you. Go ahead.

5        DOUGLAS PICK: When you say what- I'm - I'm sorry, I didn't

6  hear exactly what you said, that I wanted to tell you about?

7        THE COURT: The relationship between, I think, Sam Spray

8  or Spree?

9        DOUGLAS PICK: The relationship, I think Your - Your Honor

10  is referring to, and I apologize it's not coming across clear over

11  the phone, the relationship among the parties is Flybar had worked

12  out an arrangement with the debtor and with Express Trade with respect

13  to the acquisition of the secured accounts receivable and - and to

14  finance the operations. Unfortunately, while those negotiations

15  were ongoing and - and after we had invested monies in the operations

16  of the debtor by buying the receivables of the debtor - the debtor

17  turned around- I'm sorry, Express Trade turned around and sold all

18  of its receivables to Olden Corp, which is run by an individual named

19  Sam Spry. Sam Spry is also involved with Surf 9, the debtor. He

20  contributed the fees that were paid to the debtor's lawyer.  We

21  believe there is a serious overlap among the related entities that

22  we'd like to conduct an investigation into. We'd like to learn more

23  with respect to the sale of those receivables. We'd like to learn

24  more with respect to the operations of - of the debtor and we'd like

25  to learn more about why we're scheduled as a claimant when we don't

1  believe the debtor owes us the monies owed to us by Express Trade

2  Capital. We have a number of questions and issues that relate to

3  the assets and liabilities and financial affairs of the debtor. With

4  respect to your earlier comment, Your Honor, that the debtor didn't

5  have notice, you remember that as part of the order, it required

6  us to serve a copy of the order on the debtor, the debtor's attorney,

7  and the U.S. Trustee's office, which we did and then we filed an

8  affidavit of service to the court.

9           THE COURT: It was after the fact.

10          DOUGLAS PICK: It was after we served the –

11          (CROSSTALK)

12          THE COURT: That - that's after the fact. That was after-

13          DOUGLAS PICK: Yes.

14          THE COURT: - I entered the order. And I designed these

15  orders for exactly this purpose is because I know that there's always

16  concerns about the order itself, and then you issue the subpoena

17  and come right back with a motion to quash. So actually that's why

18  I did it this way.

19          DOUGLAS PICK: But-

20          THE COURT: So I - I - I - let me hear what you have to

21  say. I don't mean to be short with you. Go ahead. Make your argument.

22  I'm sorry.

23          DOUGLAS PICK: No. No, you're never short. I appreciate

24  that.

25          THE COURT: I'm five two. I'm always short.

1          (LAUGHTER)

2          THE COURT: Go ahead.

3          DOUGLAS PICK: You always have to look at the bigger picture

4 if it's just a small, you know, issue here and an issue there. If

5 Your Honor will remember, if you look at the bigger, Your Honor signed

6 the order on March 3rd. On March 6th, we - we provided notice to the

7 debtor. We served the subpoena. Documents were - were to be produced

8 by April 1. On March 31st, 18 days later, the day before documents

9 are due, they filed this motion to vacate Your Honor's order. Now,

10 I know you - you want to- decided to treat it as a motion to quash

11 a subpoena, but they haven't objected anything in the subpoena, and

12 they haven't even, you know, provided us with any letter challenging

13 any of the subpoena documents. It's time to do so. It has expired.

14          THE COURT: Yeah. I - I disagree.

15          (CROSSTALK)

16          DOUGLAS PICK: Well from our vantage point, Your Honor.

17          THE COURT: I disagree. I disagree. So - so, I guess your

18 choice - so I want to give you some choices and I - I know Ms. -

19 Ms. Giugliano, I need to hear from you. I think I've already

20 articulated that- and I - I can identify the specific items on the

21 subpoena. The document you requested, I think, clearly relate to

22 the lawsuit. I can do that now. I can give you folks an opportunity

23 to figure out whether there is discovery that - that is related solely

24 to the bankruptcy case and that needs to be fleshed out. I can give

25 you some time to come up with an agreed upon list and maybe that

1 makes sense. I - I would expect the time to respond to the subpoena

2 would be extended to accommodate some time for you guys to work it

3 out. But again, one of the first things I articulated is I am concerned

4 about stepping on the - the Judge's toes and I think there are -

5 honestly, I look at this list, there isn't one document in the

6 debtor's files that I wouldn't think would be responsive to the

7 subpoena. So, I – I - I do – Mr. Pick, I've identified two areas

8 where I think that you have legit concerns and I think that discovery

9 makes sense. There - there may be more. I – so Mr. Pick, even though

10 this motion to vacate is not your motion, I just wanted to hear from

11 – from you. So my three choice - your three choices are I can rule

12 today or you can take a little bit of - or you can take a little

13 bit of time to see if you can work out something consensual with

14 the debtor.

15          DOUGLAS PICK: Your Honor, the problem and to just address

16 the problem and then we'll see if we can find a resolution of the

17 problem. The issue before Your Honor is a motion to vacate the order

18 and - and that with all due respect, I don't believe is properly

19 before Your Honor because he didn't make a motion pursuant to Federal

20 Rules of Civil Procedures 60, which requires him to show a mistake

21 or inadvertent surprise, excusable neglect, none of which has been

22 presented and the entirety of the arguments that were presented by

23 the debtor were presented by Express Trade already. There - none

24 of it is new. So for all intents and purposes, the motion itself,

25 in our opinion, must be denied.  Then we come to how Your Honor

1  reclassifies the motion as a motion to quash the subpoena, but you

2  don't have anything in front of you with respect to what concerns

3  the debtor has with respect to any of our discovery demands. What

4  I suggest is that the debtor, and I'm fine with giving them an

5  opportunity to respond to each of the requests and then we'll respond

6  in kind and then Your Honor can rule or if Your Honor would like

7  go through the - the exhibits and - and see what Your Honor is okay

8  with and what you're not okay with.

9      THE COURT: Yeah, I - I think the 60(b) is the surprise because

10  it's an ex parte motion. So that's - that's a choice by the movant

11  and I know that there was some delay in responding. They waited to

12  get the subpoena and motion to quash is- is a proportionality concern

13  from my perspective. I'm not making the debtor's arguments, just

14  listening to what I'm hearing today. I'm going to stop. Let me hear

15  from Ms. Giugliano, then I'll hear from Mr. Nash, and we'll take

16  it from there.

17      SHERYL GIUGLIANO: Thank you, Your Honor. Sheryl

18  Giugliano, Ruskin Moscou Faltischek for Express Trade Capital. The

19  debtor can respond on its own motion, Mr. Nash and - and perhaps

20  Mr. Winters wants to resolve now that Altman is named as a - a third

21  party defendant in the action in the SDNY action. I should say that

22  for the sake of the record and to be clear a lot of the information

23  Mr. Pick has articulated sounds not only inaccurate, but also

24  inappropriate for the Chapter 11 case and its 2004 motion. Express

25  Trade did file a limited objection, I think, a couple of hours before

1 the order was entered on its application expressing concerns about

2 the information that would be sought from Flybar in what would be

3 the forthcoming subpoena, and I think Express' concerns came to light

4 when the subpoena was issued. I – I don't – I don't think from Express

5 Trade's perspective that the 2004 subpoena is appropriate or

6 necessarily can be properly tailored. There – there will be discovery

7 in the SDNY action as the court pointed out early on and the District

8 Court Judge is overseeing that action and that's the way that Flybar

9 elected to pursue its rights. Just- I'd like to remind everybody

10 here that it was Flybar who commenced the action. So I think that's

11 where Flybar is limited to pursuing. And it will get, I'm sure, the

12 discovery that it's seeking, but just because – I also – I'm not

13 on the correspondence, just before I forget for the record, between

14 Mr. Seidman and Mr. Pick, but to the extent it was settlement

15 discussion purposes, it was probably inappropriate to raise it

16 before the court and to the extent that it wasn't, I don't know if

17 Mr. Pick requested any documents from Mr. Seidman or they're engaging

18 in informal disc – discovery, but I again think it's inappropriate

19 to have raised this year before this court and to have proceeded

20 in this way asking for the relief without sharing really the full

21 story or procedural posture. I don't think there's any documents

22 that are hidden or secretive. Everything's been articulated and

23 spelled out in the pleading before the court in connection with DIP

24 and cash collateral. So, it – it just doesn't – it – it doesn't seem

25 appropriate or necessary to have prosecuted the 2004 application

1  in this way. Thank you, Your Honor.

2          THE COURT: Thank you. I mean –

3          FEMALE VOICE: If I may-

4          THE COURT: Just –

5          FEMALE VOICE: - be heard briefly, Your Honor.

6          THE COURT: Just one second. So everybody has a different

7  paradigm as to what is appropriate, what is necessary, what's the

8  right place and I appreciate that. And the answer as to what is

9  appropriate, I mean can't be known by this court and - and won't

10 be known - can't be known to the District Court. It's just a function

11 of what the documents produced in discovery will show. I need to

12 be mindful that we have a debtor here that's just informed me that

13 – well I guess everybody in the call here has informed me that the

14 debtor is kind of in a pickle right now and may not survive and so

15 I- I want to make sure that to the extent the debtor needs to respond

16 to a subpoena, it's a - it's something that needs to be responded

17 to now and it doesn't require the debtor to - to blow its - its budget,

18 making its - its records available to Flybar right now. I'm not saying

19 what Flybar is requesting. I'm not saying that it's appropriate,

20 inappropriate. It's inappropriate to the extent that it's a topic

21 of the litigation, but I - I think if there's information that Flybar

22 needs to assess the - the claim, I think that's fair game. There's

23 information Flybar needs to assess whether somebody is holding money

24 that's earmarked for Flybar. I think that's appropriate. With

25 respect to the - the relationship of Mr. Spray to the different

1  entities. I guess that's fair ground. We don't have a committee here.

2  Generally, I like to be careful about who is leading the charge on

3  these kind of, you know, issues with respect to debtor's management

4  because then you just have creditor after creditor spending time

5  and money and winning just because a debtor can't respond to

6  everything. So - but that's just an observation. Ms. Sweeney, go

7  ahead.

8        STEPHANIE SWEENEY: Thank you, Your Honor. We did not file

9  any papers directly responding to the subpoena issue, but just to

10  the extent there's been an implication that any documents are - are

11  hidden, I just wanted to make known to the court that we did file

12  a declaration in - in support of the original DIP motion and that

13  feeds a bit to the relationship we disclosed in the declaration that's

14  signed by Mr. Spree with Olden Group that he didn't have any

15  relationship. He's not an- an insider or affiliate of the debtor,

16  has no equity or membership interest in the debtor, and that prior

17  to the documentation of Olden's purchase of the indebtedness, it

18  had - Olden had no financial dealings with or connections with the

19  debtor or its officers. And attached to the declaration were certain

20  documents including the loan purchase agreement, which Mr. Pick said

21  that he came across. So that is on the public docket. Thank you,

22  Your Honor.

23        THE COURT: Thank you. Mr. Nash, do you want to respond

24  to- to Mr. Pick's concerns?

25        KEVIN NASH: Yes. Yes. Yes, just briefly, Judge. I - I

1  listened to everybody. I think you highlighted two areas that are

2  fair game under 2004. I think it's- it would save a lot of anguish

3  for a lot of people if we just narrowed those areas and I'll work

4  with the debtor to provide documents before we have the depositions

5  at least in those two areas and I would - I would supply them to

6  everybody. I don't - I'm not aware of this escrow agreement per se.

7  I'm sure the debtor wouldn't be an escrow holder in any - in any

8  event, but the relationship between the debtor and- and Olden is

9  a debtor-creditor relationship. We can get documents on that. And

10  on this escrow agreement, we could look for documents on that as

11  well. If Flybar doesn't think they're a creditor of the debtor and

12  they're only a creditor of Express Trade, from the debtor point of

13  view, that - that's kind of welcome news, but I think they are looking

14  for a deeper pocked. But I - I rescheduled them because we borrow

15  money from Flybar and I thought they should have been a creditor,

16  but, you know, if they want to tell me they're not, I'm not going

17  to - I'm not going to- to fight them on that, but I will - I will

18  produce targeted documentation as to those two areas Your Honor

19  highlighted and I think that will, you know, deal with these issues

20  in a practical way that saves a lot of additional motion practice

21  and so forth.

22        THE COURT: Mr. Pick, last words.

23        DOUGLAS PICK: Your Honor, we lost you. When you were

24  speaking, we got disconnected from the court. We don't know what

25  happened. So I didn't hear a word of anything you said. Now I'm going

1  to have to request the transcript. So I apologize. I missed

2  everything.

3         THE COURT: Do you remember the last thing that you heard?

4         DOUGLAS PICK: Well before you started making up your

5  presentation, it disconnected. We heard a click. It seemed as if,

6  you know, somebody disconnected us from some source.

7         THE COURT: Nobody disconnected you.

8         (CROSSTALK)

9         (LAUGHTER)

10        DOUGLAS PICK: I don't mean that.

11        THE COURT: Hold on a second. Let's be clear.

12        DOUGLAS PICK: The telephone company.

13        (CROSSTALK)

14        DOUGLAS PICK: We got disconnected and no, we missed

15  everything.

16        THE COURT: Alright. So I'm just going to summarize what

17  you missed. Did you hear Ms. Giugliano – Ms. Giugliano's

18  presentation?

19        DOUGLAS PICK: I heard her briefly and- and the

20  representation she made was wrong. The referenced emails in our

21  papers had nothing to do with settlement discussions. So knee jerk

22  response is just inaccurate on that basis, but not much more. After

23  she was done talking, essentially the sound cut off.

24        THE COURT: Alright. So, yeah you should order the

25  transcript. Then after her, Ms. Sweeney made some comments.

1   Actually, I made some comments and - and just talked about just

2   everybody has a different way of looking at it. So that's where we-

3   that's where - that's one thing that I said. Ms. Sweeney made a

4   presentation and discussed the disclosure of the relationships

5   between Mr. Spry and the parties and- and referred the court to the

6   docket. Mr. Nash said that he has - he thinks that- if he needs to

7   produce documents with respect to any escrow agreement and the

8   relationship of Mr. Spry to the different parties, he thinks that's,

9   you know, that's something that they can live with and that if you

10   think that your client doesn't have a claim against the debtor, that's

11   welcome news to the debtor.  So that's - that's what we got.

12         DOUGLAS PICK: What do we do - what are we doing with respect

13   to the requested documents?

14         THE COURT: Yeah.

15         DOUGLAS PICK: Is Mr. Nash going to provide us with a

16   response?

17         THE COURT: Yeah.

18         DOUGLAS PICK: How do we proceed with respect to that? So

19   I know what he's going to provide and what he's not going to provide.

20         THE COURT: Well, he - I think he needs to figure that out,

21   but I - I think what I would do is I would set a deadline for the

22   debtor to produce documents. So that's something that we would need-

23         DOUGLAS PICK: That would be fine with us.

24         THE COURT: - to hash out. Yeah. And we can talk about that

25   deadline in just a bit. So, the motion to vacate is granted in part.

1  The debtor shall produce documents responsive to - let me just see

2  if I can find it. Mr. Pick, did you- in your Schedule A, do any of

3  your numbered requests mention the escrow agreement? Or- or- the-

4  because I'm not sure that I see it and that's fine, I'll just wing

5  it. Alright. So, the debtor shall produce documents responsive to

6  Flybar's request for all documents and communications related to

7  any escrow agreement by which the debtor or third party is holding

8  funds that Flybar - that Flybar - that Flybar alleges are - are being

9  held for its benefit. And the debtor shall produce documents related

10 to Flybar's request for documents and information relating to - to

11 Mr. Spry's relationship to the debtor, Olden and Express Trade. Those

12 documents shall be produced by- a 1, 2, 3, 4, 5. Mr. Nash, June 6th?

13        KEVIN NASH: June 6th? Yes, that'd be fine.

14        THE COURT: Alright.

15        KEVIN NASH: I have a few things before that, but that's

16 fine.

17        THE COURT: This order is without prejudice to Flybar to-

18 to make any additional motions for examinations pursuant to 2004.

19        DOUGLAS PICK: Are you limiting the document production

20 only to documents related to the escrow agreement with respect to

21 Spry's relationship to Olden and the like? Did I hear that correctly?

22        THE COURT: Yes.

23        DOUGLAS PICK: I just want –

24        THE COURT: Those are the two areas that I identified after

25 looking at your document - after reading your motion that don't relate

1  to the lawsuit. So when I - when I look at your document request,

2  all of them, well not all of them, most of them are either extremely

3  general requests for documents in - for documents. For example,

4  number 7. All applications, financial statements, and/or other

5  documents prepared by the debtor in support of any loan, credit

6  financing, refinancing events or the like from January 2020 to the

7  present. That's - yes that does relate to the debtor's financial

8  position, but it doesn't relate to any concern that you've

9  identified. On the flip side are documents related to the lawsuit.

10 For example, hold on, number 12. Copies of all documents and all

11 drafts thereof together with all communications relating to the

12 negotiations that resulted in the sale of Express Trade Capital Inc's

13 senior secured trade debt to the Olden Group, LLC, which is the

14 subject of the litigation. So I've gone through them. Granted, some

15 of them are a little gray, but you - you are in a lawsuit and there

16 are other defendants to the lawsuit. If you take a 2004 exam and

17 get these documents, the other parties to your lawsuit aren't going

18 to be able to weigh in and deal with your discovery request. I -

19 I don't think that's fair. And I think I'm taking that out of the

20 bailiwick of the District Court Judge that's managing that

21 litigation. I think I'm overstepping. So, start with these two-

22         DOUGLAS PICK: Well, Your Honor, there's always-

23         (CROSSTALK)

24         THE COURT: Go ahead, sir.

25         DOUGLAS PICK: I'm sorry. I thought you were done. I

1  apologize.

2          THE COURT: No problem.

3          DOUGLAS PICK: There's always overlap. There's always

4  overlap when there's a litigation and – and a 2004 and - and that

5  can't be prevented and - and - and I think notwithstanding that

6  overlap as the documents are going to be provided anyway, there's

7  no foul in – in providing the documents in this case. All you're

8  saying to us is ask for the documents in the adversary proceeding-

9          THE COURT: Yeah.

10         DOUGLAS PICK: - what you're asking in the bankruptcy

11 court, but it's - it's duplicative of the same effort.

12         THE COURT: It's not duplicative because-

13         DOUGLAS PICK: The other question I have-

14         (CROSSTALK)

15         THE COURT: - you're not getting it here.

16         (LAUGHTER)

17         THE COURT: So do it there. Do it there and - and I-

18         DOUGLAS PICK: The- the-

19         THE COURT: I have rules.

20         (CROSSTALK)

21         THE COURT:  I- I- I'm done.

22         DOUGLAS PICK: I don't- I'm not fighting with you or arguing

23 with you.

24         (CROSSTALK)

25         THE COURT: You are-

1          (LAUGHTER)

2          DOUGLAS PICK: It does come across that way.

3          THE COURT: It does.

4          DOUGLAS PICK: I understand. The other question I have,

5  a simpler question. If you're limiting - limiting what they're

6  providing us to two set areas, why are we extending the time out

7  to June 6th as opposed to a much earlier date to provide the

8  information? That is a far way - far period of time, almost

9  unnecessary. They could provide that information-

10          THE COURT: It's-

11          DOUGLAS PICK: - immediately.

12          THE COURT: Mr. Nash, you want an earlier – do you want

13  to give an earlier date? It's -

14          KEVIN NASH: I'll give them an earlier date. We'll - we'll

15  - we'll provide them information within 21 – 21 days.

16          THE COURT: Alright. Within 21 days. Alright. So 7th, 14th.

17  So that's May 14th. Okay?

18          DOUGLAS PICK: I appreciate that. Thank you, Judge.

19          THE COURT: No problem. No problem.

20          DOUGLAS PICK: I appreciate that. Thank you, Mr. Nash.

21          THE COURT: Alright. So I need somebody to submit an order.

22  Mr. Nash, it's your motion, so submit an order.

23          KEVIN NASH: I will do that. I will do.

24          THE COURT: Alright. Okay. So now let's circle back to-

25  let's circle back to some scheduling. So we need to come back. Mr.

1  Herman wants also a date to come back for a motion for relief from

2  stay. I need to ask you a question. Mr. Herman, when I look at the

3  order, the DIP order, and I'm probably mixing apples and oranges.

4  I - I - I think it already says, "On or before July 1st the debtor

5  shall file any motion seeking to assume or reject the license

6  agreement." And - and you wanted a motion for relief from stay

7  returnable by June 30th. So I'm - I'm not - do - so - if we're going

8  to give maybe a few weeks, and the debtor has to make its motion

9  anyway to - to fish or cut bait. Do - do we still need a date? Do

10 you still need a date? Oh, did we lose Mr. Herman or Mr. Zucker?

11         IRA HERMAN: I was muted, Judge. Sorry about that.

12         THE COURT: Oh, no problem.

13         IRA HERMAN: What I was saying, Judge, is I believe

14 elsewhere in the order there is language that says that we can move

15 sooner if we need to and based on the circumstances and very, very

16 slow pace of the discussions and you know the debtor's view that

17 there's something to assume what we believe there is nothing to assume

18 without consent or enter into a new agreement. We think we need

19 something at the end of May because, again, that would allow us to

20 pivot, you know, we've learned more since the case began that will

21 allow Body Glove to pivot if - if it needs to, to another vendor.

22 And Mr. Nash was incorrect when he said that- I think he at least

23 tried to tell the court that Body Glove's out there looking for a

24 replacement. No, Body Glove's been approached by various potential

25 replacements.

1    THE COURT: Alright. Okay. I'm just. I'm sorry. I'm sorry.

2  I'm losing patients with all of you. This will all come out in your

3  discussions with each other and in your motions. I - I hear the

4  frustration in your voice, Mr. Herman. I understand where you're

5  coming from, but all- all we're talking about is scheduling. Make

6  your motion, I'll read your motion. And I know you want to come back

7  by May 30th. So - so we're talking about 30 days, which in real time

8  when you need to deal with production, I understand that. I'm - I'm

9  telling you, unfortunately, I - I don't think I can get you back

10  in May. I can get you back in June. No problem. Well, a little bit

11  of a problem, but May is - May is kind of a done deal for me. So

12  - but Ms. Leonard, can we squeeze them in on - on June 11th, I guess,

13  or - or - or June 18th? Because I - I am concerned that - I mean I

14  guess - I guess we could do -

15    THE CLERK: (INAUDIBLE)

16    THE COURT: Alright. So, we'll do that. Alright. So Mr.

17  Herman, you can make your motion returnable for - for June 11th at

18  1 o'clock. Okay?

19    IRA HERMAN: Your Honor, I lost you.

20    THE COURT: I said you can make your motion returnable for

21  - for June 11th at 1 o'clock. May is - May is pretty tough for me.

22    IRA HERMAN: I just heard from Mr. Zucker that he's on a

23  plane on June 11th so you could go a little further back in- in June

24  if you need to.

25    THE COURT: Thank you. June 18th?

1    IRA HERMAN: I haven't heard any complaints from Mr.

2  Zucker, so June 18th it is. And Your Honor, we are hopeful that a

3  deal can be struck, but now there's a deadline and we want everyone

4  to understand that and it makes all the sense in the world, but thank

5  you for your patience. I heard you're getting impatient, but thank

6  you for- for listening to us.

7    THE COURT: Alright. Oh, it's my pleasure. So - so just

8  to make sure I heard. We're - we're back on for June 11th, is that

9  what we're doing?

10    IRA HERMAN: No, June 18th.

11    THE COURT: Oh, June 18th.

12    IRA HERMAN: June 18th.

13    THE COURT: Okay. Cool. Thank you. Alright. Alright.

14    IRA HERMAN: Judge, at what time? I'm sorry, Ms. Leonard?

15    THE COURT: At 1 o'clock. We'll do it at 1 o'clock.

16    IRA HERMAN: Thank you, Judge.

17    THE COURT: Alright. And why don't we - we'll just adjourn

18  the status conference to that same date and time, and I think we're

19  done for today. Yes?

20    MALE VOICE: Yes.

21    THE COURT: Everybody -

22    MALE VOICE: Judge, I had a quick question. I apologize.

23    THE COURT: Oh, no problem. Go ahead.

24    GREG LOMEN: This is Greg Lomen, representing myself. Mr.-

25  the - the debtor's attorney had represented earlier that certain

1  creditors were given visibility to the Costco accounting portal to

2  understand when invoices are submitted, when invoices are paid, and

3  how that's happened. Is that only available to secured creditors

4  or other creditors could get access to that information?

5           THE COURT: Mr. Nash, can you answer Mr. – Mr. Lomen's

6  question, please?

7           KEVIN NASH: Yes, it is. It's available to – to secured

8  creditor and – and the factories. I don't think it's publicly

9  available to everybody. I – if Mr. Lomen has any specific information,

10 the operating reports are filed, and he can communicate with me,

11 and I'll try to answer his questions.

12          THE COURT: Mr. Lomen, is – is – is – do you have a followup

13 question?

14          GREG LOMEN: No. I – I'll follow up with Mr. Nash afterwards.

15 Having worked with Costco since 1998, having been responsible for

16 their account previously as an employee within this company, and

17 with all of the tariff issues that Mr. Nash brought up and all of

18 those situations, I understand how Costco operates and how they would

19 be putting holds and restricting the amount of payments outside of

20 to open invoices and so the money flowing from Costco to Surf 9 is

21 going to be very constricted and restricted, and that's going to

22 make it very difficult for them to make it through this.

23          THE COURT: That's – that's helpful to know. Thank you.

24 You sound like you know what you're talking about, so I appreciate

25 that.

1    IRA HERMAN: Your Honor, to that point, I mentioned and

2 unfortunately I read into the record the provisions - the reporting

3 provisions from the cash collateral order. I think we need another

4 order, but I don't want to have to make a motion if we - if there's

5 not compliance with that. I'm not sure if it's appropriate, but can

6 you instruct the debtor to comply with that provision of the order,

7 so that everybody has the information that they need?

8        THE COURT: Mr. Nash?

9        KEVIN NASH: Your Honor, we don't need instructions. If

10 there's - if there's a compliance issue, I'll discuss it with Mr.

11 Herman and - and we'll make production. He's already gotten or his

12 client got directly the full reconciliation so I will have my people

13 do that.

14        THE COURT: Alright. I - I - I know that it is a fashion

15 right now to - to disregard court orders and it - this may not last

16 too long or maybe it will, I don't know, but at - at least for now,

17 it would - it would be great if people could actually follow the

18 orders issued by this court. Alright. Thank you all so much and I'll

19 see you in June.

20        MALE VOICE: Thank you, Your Honor.

21        MALE VOICE: Thank you, Judge.

22    ***********************************************************

23

24

25

# C E R T I F I C A T I O N

I, Michelle Kuttler, certify that the foregoing transcript is a true

and accurate record of the proceedings.

Michelle Kuttler
E-Scribe
2376 Cleveland Street
Bellmore, NY 11710
April 25, 2025

SURF 9 LLC                                    1-25-40078-JMM                                    APRIL 16, 2025

## A

**Abilities** - 17:5
**Ability** - 7:7, 18:19, 19:19, 23:19, 27:15
**Able** - 6:13, 7:19, 10:17, 11:19, 22:24, 27:3, 27:10, 43:18
**About** - 6:7, 6:16, 8:1, 8:7, 8:10, 9:24, 10:5, 10:7, 11:2, 14:6, 16:1, 17:11, 19:7, 19:10, 19:14, 20:18, 21:24, 21:25, 23:16, 24:8, 25:8, 25:15, 27:13, 28:21, 28:22, 30:23, 31:4, 31:6, 31:25, 32:16, 34:4, 36:1, 38:2, 41:1, 41:24, 46:11, 47:5, 47:7, 49:24
**Absent** - 17:23
**Abuse** - 27:10
**Accepted** - 23:14
**Access** - 11:2, 11:6, 19:14, 24:14, 49:4
**Accommodate** - 34:2
**According** - 14:10
**Accordingly** - 14:10
**Account** - 30:14, 49:16
**Accounting** - 11:14, 16:17, 49:1
**Accounts** - 24:21, 31:13
**Accurate** - 51:3
**Acquisition** - 31:13
**Across** - 31:10, 38:21, 45:2
**Act** - 18:16
**Acting** - 31:1
**Action** - 35:21, 36:7, 36:8, 36:10
**Actual** - 17:21
**Actually** - 4:1, 17:18, 21:23, 32:17, 41:1, 50:17
**Add** - 12:15, 14:11, 22:12, 22:14
**Added** - 21:16
**ADDITION** - 1:21, 24:19
**Additional** - 12:17, 12:21, 13:15, 14:11, 24:18, 39:20, 42:18
**Address** - 20:11, 22:1, 34:15
**Addressed** - 14:22, 14:23
**Adjourn** - 8:21, 10:8, 25:23, 48:17
**Adjournment** - 9:15, 14:17

**Admittedly** - 25:16
**Adversary** - 27:8, 44:8
**Advised** - 29:6, 29:7
**Advisor** - 16:16
**Advocate** - 16:15, 22:17
**Advocating** - 23:21
**Affairs** - 32:3
**Affect** - 9:12
**Affidavit** - 10:10, 32:8
**Affiliate** - 38:15
**Afforded** - 26:24, 27:16
**Afraid** - 25:21
**After** - 7:24, 12:20, 13:2, 18:10, 21:17, 31:15, 32:9, 32:10, 32:12, 38:4, 40:22, 40:25, 42:24, 42:25
**Afternoon** - 3:4, 4:11, 4:14, 4:19, 4:22, 5:18, 5:20, 12:12
**Afterwards** - 21:21, 49:14
**Again** - 4:7, 5:4, 14:13, 18:7, 21:12, 25:7, 26:18, 34:3, 36:18, 46:19
**Against** - 41:10
**Agenda** - 31:2
**Agent** - 11:10, 30:3
**Aggressive** - 23:4
**Ago** - 9:24, 26:3
**Agree** - 12:14, 22:5
**Agreed** - 12:21, 12:24, 33:25
**Agreeing** - 30:2
**Agreement** - 10:24, 11:7, 19:20, 20:1, 21:8, 22:5, 29:2, 29:17, 29:18, 29:20, 30:1, 30:2, 30:3, 30:4, 30:6, 30:7, 30:8, 30:11, 30:12, 30:14, 30:15, 30:17, 38:20, 39:6, 39:10, 41:7, 42:3, 42:7, 42:20, 46:6, 46:18
**Agrees** - 16:6
**Ahead** - 5:3, 7:16, 7:20, 19:8, 31:4, 32:21, 33:2, 38:7, 43:24, 48:23
**ALBERTO** - 1:25
**ALEX** - 2:28, 5:18
**Alexander** - 2:39
**All** - 9:10, 10:7, 11:3, 14:4, 18:10, 19:11, 20:22, 22:3, 22:9, 23:24, 24:19, 24:25, 25:20, 25:21, 25:25, 31:17, 34:18, 34:24, 42:6, 43:2, 43:4, 43:10, 43:11,

44:7, 47:2, 47:5, 48:4, 49:17, 50:18
**Alleges** - 42:8
**Allow** - 16:20, 18:13, 18:14, 46:19, 46:21
**Almost** - 45:8
**Alone** - 9:10, 10:6
**Along** - 3:8
**Already** - 13:4, 33:19, 34:23, 46:4, 50:11
**Alright** - 3:1, 5:10, 5:12, 5:23, 6:2, 6:7, 6:20, 11:25, 12:7, 13:5, 14:24, 15:11, 19:5, 19:7, 21:6, 21:22, 23:10, 24:2, 24:4, 25:13, 25:23, 26:2, 26:9, 26:10, 26:11, 30:16, 30:17, 30:22, 31:3, 40:16, 40:24, 42:5, 42:14, 45:16, 45:21, 45:24, 47:1, 47:16, 48:7, 48:13, 48:17, 50:14, 50:18
**Also** - 4:11, 4:15, 5:24, 9:6, 10:7, 14:5, 14:11, 18:21, 25:15, 27:4, 28:3, 31:19, 35:23, 36:12, 46:1
**Alternate** - 9:6, 9:8, 11:17
**Although** - 26:17, 28:11
**ALTMAN** - 2:2, 4:14, 5:24, 13:5, 35:20
**Always** - 10:22, 11:20, 32:15, 32:25, 33:3, 43:22, 44:3
**AM** - 1:8, 6:4, 8:24, 11:3, 12:23, 27:13, 34:3, 47:13
**Americas** - 2:15, 2:30
**Among** - 12:15, 18:13, 31:11, 31:21
**Amount** - 49:19
**Amounts** - 17:23
**An** - 4:1, 8:15, 9:9, 9:15, 9:18, 12:21, 13:1, 14:16, 20:8, 23:7, 24:13, 25:2, 25:3, 26:12, 26:13, 27:1, 27:8, 27:10, 29:2, 29:3, 29:17, 29:19, 30:1, 30:6, 30:7, 30:8, 30:9, 30:14, 30:25, 31:12, 31:18, 31:22, 32:7, 33:4, 33:22, 33:25, 35:4, 35:10, 38:6, 38:10, 38:15, 39:7, 45:12, 45:13, 45:14, 45:21, 45:22, 49:16
**And/Or** - 43:4
**ANERIO** - 2:1, 4:14

**Anguish** - 39:2
**Another** - 10:21, 18:14, 18:18, 27:14, 46:21, 50:3
**Answer** - 21:23, 37:8, 49:5, 49:11
**Anxiety** - 22:20
**Anxious** - 19:24
**Any** - 6:25, 8:25, 12:19, 12:21, 13:2, 15:7, 16:17, 16:25, 17:16, 18:1, 19:4, 20:12, 21:20, 26:4, 26:9, 28:6, 33:12, 33:13, 35:3, 36:17, 36:21, 38:9, 38:10, 38:14, 39:7, 41:7, 42:2, 42:7, 42:18, 43:5, 43:8, 46:5, 48:1, 49:9
**Anybody** - 26:9, 26:13
**Anymore** - 9:8
**Anything** - 14:14, 15:8, 21:21, 33:11, 35:2, 39:25
**Anyway** - 44:6, 46:9
**Apologize** - 30:1, 31:10, 40:1, 44:1, 48:22
**Apparently** - 17:3, 29:19
**Appearance** - 5:4, 6:11
**Appearances** - 3:2, 5:14
**Appearing** - 5:24
**Apples** - 46:3
**APPLICATION** - 1:17, 6:22, 10:10, 26:2, 26:4, 26:8, 26:10, 26:18, 26:19, 27:25, 28:10, 36:1, 36:25
**Applications** - 43:4
**Apply** - 26:22
**Appreciate** - 5:13, 14:8, 32:23, 37:8, 45:18, 45:20, 49:24
**Approached** - 46:24
**Appropriate** - 36:5, 36:25, 37:7, 37:9, 37:19, 37:24, 50:5
**APPROVAL** - 1:16
**Approve** - 17:3
**Approved** - 11:10
**Approving** - 17:7
**April** - 1:6, 11:2, 19:10, 33:8, 51:10
**Are** - 5:9, 5:25, 6:12, 8:8, 8:12, 8:19, 8:20, 8:25, 9:15, 9:18, 10:9, 10:25, 11:7, 11:10, 11:14, 11:19, 12:9, 12:22, 13:15, 13:16, 13:18, 13:19, 13:22, 14:12, 17:5, 17:6, 17:11,

18:5, 18:8, 19:16, 19:25, 20:11, 20:14, 20:17, 21:1, 23:16, 23:24, 24:11, 25:3, 26:23, 26:25, 27:2, 27:5, 27:18, 28:3, 29:7, 29:10, 29:18, 30:2, 30:3, 33:9, 34:4, 34:11, 36:22, 38:10, 39:1, 39:13, 41:12, 42:8, 42:19, 42:24, 43:2, 43:9, 43:15, 43:16, 44:6, 44:25, 45:6, 48:2, 49:2, 49:10
**Areas** - 28:2, 34:7, 39:1, 39:3, 39:5, 39:18, 42:24, 45:6
**Aren't** - 27:1, 43:17
**Argue** - 10:13
**Arguing** - 44:22
**Argument** - 32:21
**Arguments** - 34:22, 35:13
**Around** - 8:9, 21:23, 23:25, 31:17
**Arrangement** - 12:23, 31:12
**Articulated** - 33:20, 34:3, 35:23, 36:22
**AS** - 1:18, 8:13, 8:23, 8:24, 9:7, 9:8, 9:9, 9:17, 10:3, 10:9, 10:13, 12:18, 13:24, 14:3, 14:6, 14:17, 14:18, 15:3, 16:15, 17:18, 19:13, 20:5, 21:17, 22:2, 25:21, 26:16, 28:4, 28:5, 30:11, 31:25, 32:5, 33:10, 35:1, 35:20, 36:7, 37:7, 37:8, 39:10, 39:18, 40:5, 44:6, 45:7, 49:16
**Asia** - 9:6
**Aside** - 30:13
**Ask** - 7:11, 9:13, 9:15, 14:17, 44:8, 46:2
**Asking** - 19:3, 21:24, 36:20, 44:10
**Assembled** - 7:2
**Assess** - 14:18, 37:22, 37:23
**Assets** - 32:3
**Assist** - 24:13
**Assume** - 23:9, 46:5, 46:17
**Assumed** - 23:6
**Assumption** - 9:17, 9:18, 19:20, 20:8
**Assurance** - 23:19
**At** - 6:24, 8:5, 8:15, 9:6,

9:25, 12:8, 13:21, 14:13, 15:2, 16:23, 19:6, 20:6, 20:9, 20:15, 25:7, 25:16, 25:23, 25:24, 29:21, 30:14, 33:3, 33:5, 34:5, 39:5, 41:2, 42:25, 43:1, 46:2, 46:19, 46:22, 47:17, 47:21, 48:14, 48:15, 50:16
**Attached** - 38:19
**Attend** - 27:3
**Attendant** - 26:25
**Attention** - 11:17
**Attorney** - 1:29, 1:40, 2:12, 2:18, 2:24, 2:28, 2:37, 32:6, 48:25
**Attorneys** - 1:33, 2:1
**Audio** - 4:16
**AUTHORIZING** - 1:20, 26:14
**Availability** - 8:24, 12:17, 12:22
**Available** - 11:11, 20:3, 37:18, 49:3, 49:7, 49:9
**Ave** - 2:30
**Avenue** - 1:31, 1:42, 2:9, 2:15
**Aware** - 39:6
**AZ** - 2:35

## B

**Back** - 6:17, 19:7, 23:24, 25:14, 32:17, 45:24, 45:25, 46:1, 47:6, 47:9, 47:10, 47:23, 48:8
**Backers** - 23:24
**Backup** - 9:7
**Backwards** - 16:19
**Bad** - 3:18, 3:19, 3:20, 3:21
**Badly** - 18:21
**Bailiwick** - 43:20
**Bait** - 46:9
**Ball** - 17:4, 20:6
**Bank** - 2:29, 5:19
**BANKRUPTCY** - 1:1, 16:20, 18:22, 20:10, 27:8, 33:24, 44:10
**Barely** - 22:24
**Bargained** - 23:2
**Base** - 21:7
**Based** - 11:11, 11:12, 16:21, 46:15
**Basis** - 9:25, 17:20, 40:22
**Be** - 3:15, 3:25, 5:4, 7:19,

9:22, 10:4, 10:6, 10:7, 10:14, 10:17, 13:1, 14:16, 14:22, 15:6, 15:20, 16:5, 16:21, 16:23, 17:18, 20:2, 22:3, 23:6, 23:14, 23:19, 23:20, 23:25, 24:9, 25:4, 25:18, 25:21, 26:10, 28:7, 28:8, 28:22, 29:20, 30:8, 30:12, 31:1, 32:21, 33:7, 33:24, 34:2, 34:6, 34:9, 34:25, 35:22, 36:2, 36:6, 37:5, 37:9, 37:10, 37:12, 37:16, 38:2, 39:7, 40:11, 41:23, 42:12, 42:13, 43:18, 44:5, 44:6, 48:3, 49:19, 49:21, 50:17
**Became** - 22:25
**Because** - 7:6, 7:17, 9:12, 12:16, 14:15, 14:21, 15:14, 18:9, 23:6, 25:4, 27:13, 29:16, 30:25, 32:15, 34:19, 35:9, 36:12, 38:4, 38:5, 39:14, 42:4, 44:12, 46:19, 47:13
**Becoming** - 16:23, 16:24
**Been** - 8:6, 9:17, 9:20, 9:21, 10:22, 11:16, 13:17, 13:19, 14:5, 14:22, 15:19, 15:22, 16:12, 16:13, 18:21, 23:4, 23:23, 23:25, 29:6, 29:7, 29:9, 34:21, 36:22, 38:10, 39:15, 46:24, 49:15
**BEFORE** - 1:27, 7:3, 7:21, 15:20, 15:25, 18:17, 18:19, 20:13, 20:15, 23:18, 23:23, 27:8, 27:13, 33:8, 34:17, 34:19, 35:25, 36:13, 36:16, 36:19, 36:23, 39:4, 40:4, 42:15, 46:4
**Began** - 46:20
**BEHALF** - 1:18, 1:22, 1:25, 4:12, 4:23, 5:5, 5:19, 6:12, 16:5
**Behaviors** - 16:22
**Behind** - 20:12
**Being** - 18:21, 30:1, 30:13, 42:8
**Believe** - 10:25, 17:8, 18:14, 26:6, 31:21, 32:1, 34:18, 46:13, 46:17
**Believes** - 24:8
**Bellmore** - 2:45, 51:9

**Benefit** - 19:25, 24:24, 29:4, 29:21, 42:9
**Bent** - 16:19
**Berkman** - 2:25, 5:16, 21:13
**BERNWOOD** - 1:25
**Better** - 3:18, 3:20, 4:25, 27:9, 27:10
**Between** - 8:13, 11:20, 27:12, 28:15, 31:7, 36:13, 39:8, 41:5
**Big** - 7:2, 11:3, 27:2
**Bigger** - 33:3, 33:5
**Bills** - 22:25
**Bit** - 15:17, 18:11, 20:6, 22:2, 24:24, 34:12, 34:13, 38:13, 41:25, 47:10
**Biweekly** - 17:19, 17:20
**Black** - 16:14, 18:4, 18:10
**Blank** - 2:14, 4:20
**Blow** - 37:17
**BMO** - 2:29, 5:19
**Board** - 25:25
**Boards** - 8:2
**Boat** - 20:22
**Bodes** - 11:18
**Body** - 2:13, 4:20, 9:16, 9:20, 10:23, 15:13, 15:17, 16:5, 16:6, 16:7, 16:10, 16:12, 16:18, 16:19, 16:20, 16:25, 17:2, 17:6, 17:9, 17:10, 17:16, 18:11, 18:13, 18:14, 18:18, 18:21, 19:11, 19:12, 19:13, 19:14, 19:16, 19:19, 19:22, 20:5, 20:6, 20:10, 22:21, 23:2, 23:4, 23:5, 23:15, 46:21, 46:23, 46:24
**Bolts** - 21:24
**BONITA** - 1:24
**Borrow** - 39:14
**Borrowing** - 8:25, 15:4
**Both** - 10:12, 18:22, 22:15, 27:9
**Boulevard** - 2:21
**Bowling** - 2:40
**Box** - 16:14, 18:4, 18:10
**Brand** - 17:11, 18:23, 20:21
**Brands** - 19:22, 20:18
**Breaking** - 3:14
**Briefly** - 21:4, 37:5, 38:25, 40:19

**Bring** - 27:22
**Bristol** - 2:5
**Brooklyn** - 1:4
**Brought** - 49:17
**Budget** - 8:23, 10:1, 11:11, 11:12, 17:23, 37:17
**Budgeted** - 8:6, 8:7, 9:18
**Business** - 7:7, 8:11, 8:16, 9:12, 9:19, 10:18, 11:4, 16:2, 16:17, 16:18, 17:18, 24:22, 25:2
**Businesses** - 9:12
**But** - 3:14, 3:16, 4:16, 7:11, 7:15, 8:8, 9:14, 9:19, 9:23, 10:3, 10:13, 10:16, 11:3, 11:23, 12:16, 12:22, 13:20, 13:24, 14:7, 14:13, 14:19, 14:21, 14:22, 16:2, 16:4, 16:16, 17:13, 18:9, 18:14, 18:17, 18:20, 19:2, 20:2, 20:9, 20:11, 20:14, 21:1, 21:10, 21:15, 21:23, 22:1, 22:8, 23:16, 23:25, 24:25, 25:16, 25:25, 26:13, 26:22, 27:15, 28:9, 28:18, 30:7, 31:1, 32:19, 33:11, 34:3, 35:1, 35:23, 36:12, 36:14, 36:18, 37:21, 38:6, 38:9, 39:8, 39:13, 39:14, 39:16, 39:17, 40:22, 41:21, 42:15, 43:8, 43:15, 44:11, 47:5, 47:11, 47:12, 48:3, 48:4, 48:5, 50:4, 50:5, 50:16
**Buyers** - 17:7
**Buying** - 31:16
**BY** - 1:18, 1:21, 1:24, 2:47, 2:48, 8:5, 8:6, 10:11, 11:10, 12:22, 13:1, 16:7, 17:1, 17:6, 17:19, 18:15, 18:21, 19:13, 19:15, 23:1, 23:15, 23:24, 29:3, 29:6, 29:7, 29:20, 31:16, 31:18, 32:1, 33:8, 34:22, 34:23, 35:10, 37:9, 38:14, 42:7, 42:12, 43:5, 46:7, 46:24, 47:7, 50:18

---
**C**
---

**CA** - 2:6
**Calendar** - 1:8, 6:21, 26:2
**Calendars** - 3:1
**Call** - 4:2, 4:4, 8:23, 11:7,
37:13
**Calling** - 3:1
**Cambodia** - 9:7
**Came** - 7:24, 19:21, 22:6, 22:18, 36:3, 38:21
**Can** - 3:15, 3:23, 4:3, 5:4, 10:15, 13:3, 13:8, 13:10, 13:12, 14:22, 15:21, 16:3, 17:13, 19:18, 19:20, 19:25, 20:2, 20:20, 21:17, 21:21, 22:3, 22:15, 23:3, 23:14, 23:18, 27:17, 28:24, 28:25, 29:1, 30:24, 33:20, 33:22, 33:24, 34:11, 34:12, 34:13, 34:16, 35:6, 35:19, 36:6, 39:9, 41:9, 41:24, 42:2, 46:14, 47:9, 47:10, 47:12, 47:17, 47:20, 48:3, 49:5, 49:10, 50:5
**Canada** - 8:11, 8:13
**Canadian** - 8:12
**Candid** - 27:23
**Cannot** - 17:24
**Can't** - 5:6, 5:7, 5:10, 15:22, 17:9, 18:2, 18:15, 20:11, 23:8, 37:9, 37:10, 38:5, 44:5
**Capital** - 2:19, 4:24, 15:2, 30:10, 32:2, 35:18, 43:12
**Capture** - 7:19
**Careful** - 15:6, 38:2
**Carries** - 15:9
**Carry** - 8:23
**CASE** - 1:19, 3:2, 7:16, 10:9, 10:25, 16:3, 16:13, 16:14, 18:4, 21:10, 23:24, 27:9, 27:12, 27:22, 30:25, 33:24, 35:24, 44:7, 46:20
**Cash** - 13:14, 15:5, 17:22, 18:6, 21:15, 36:24, 50:3
**Centre** - 2:27
**CERTAIN** - 1:23, 8:5, 8:18, 11:12, 26:23, 29:4, 38:19, 48:25
**Certainly** - 14:14, 21:17
**Certify** - 51:2
**Chain** - 18:5, 24:8, 24:9
**Challenged** - 15:22
**Challenging** - 33:12
**Changing** - 14:6
**Chapman** - 2:29, 5:19
**Chapter** - 17:4, 35:24
**Charge** - 38:2

**Chat** - 19:6
**Check** - 15:7
**Chewing** - 18:11
**China** - 7:4, 8:13
**Choice** - 33:18, 34:11, 35:10
**Choices** - 33:18, 34:11
**Circle** - 21:6, 21:23, 25:14, 45:24, 45:25
**Circles** - 24:1
**Circulate** - 12:15
**Circumstance** - 8:16
**Circumstances** - 46:15
**Civil** - 26:25, 27:11, 27:16, 27:17, 34:20
**Claim** - 28:4, 28:7, 28:8, 28:9, 29:11, 37:22, 41:10
**Claimant** - 31:25
**Clear** - 7:15, 10:24, 16:4, 25:4, 31:10, 35:22, 40:11
**Clearly** - 28:17, 33:21
**CLERK** - 3:12, 3:19, 25:12, 47:15
**Cleveland** - 2:44, 51:8
**Click** - 40:5
**Client** - 21:16, 22:17, 23:15, 24:17, 29:4, 41:10, 50:12
**Closely** - 25:16
**CLP** - 9:25
**Co** - 2:4
**Collateral** - 13:14, 15:5, 21:16, 36:24, 50:3
**Collecting** - 8:7
**Collection** - 11:10, 24:21
**Collections** - 9:1
**Collects** - 11:8
**Come** - 13:19, 17:8, 27:20, 28:19, 28:20, 32:17, 33:25, 34:25, 45:2, 45:25, 46:1, 47:2, 47:6
**Comes** - 11:4, 19:12
**Coming** - 18:6, 19:7, 27:21, 31:10, 47:5
**Commenced** - 36:10
**Comment** - 24:8, 32:4
**Comments** - 14:20, 25:5, 26:7, 40:25, 41:1
**Committed** - 20:7
**Committee** - 38:1
**Committees** - 17:16
**Communicate** - 49:10
**Communications** - 42:6, 43:11

**Company** - 5:22, 11:16, 22:24, 23:3, 25:22, 40:12, 49:16
**Company's** - 10:23
**Comparing** - 17:21
**Complaints** - 48:1
**Complete** - 21:6, 22:16
**Completely** - 20:23, 28:12
**Complex** - 22:2
**Compliance** - 50:5, 50:10
**Comply** - 23:1, 50:6
**Component** - 24:13
**Components** - 24:25
**Concern** - 18:5, 18:8, 35:12, 43:8
**Concerned** - 17:11, 34:3, 47:13
**Concerning** - 21:4
**Concerns** - 13:16, 14:21, 14:22, 21:25, 32:16, 34:8, 35:2, 36:1, 36:3, 38:24
**Conduct** - 31:22
**Conducted** - 12:4
**CONFERENCE** - 1:19, 6:22, 22:9, 48:18
**Confidentiality** - 20:1
**Connect** - 4:7
**Connection** - 24:22, 36:23
**Connections** - 38:18
**Consensual** - 34:13
**Consensus** - 8:21, 9:14, 10:13
**Consent** - 16:6, 16:25, 17:23, 23:9, 46:18
**CONSIDER** - 1:15
**Considerably** - 14:21
**Considering** - 25:22
**Constituents** - 25:20
**Constricted** - 49:21
**Contingent** - 28:5
**Continuant** - 14:19
**Continue** - 8:21, 12:20, 14:15, 16:19
**Continued** - 13:14
**Continues** - 15:3, 15:20, 16:9
**Continuing** - 10:18, 14:5, 15:5
**Contributed** - 31:20
**Control** - 27:9, 30:25
**Conversation** - 9:24, 15:17
**Cool** - 48:13

**Copies -** 17:15, 27:4, 43:10
**Copy -** 32:6
**Corp -** 31:18
**Correct -** 10:8, 14:5, 16:3, 21:14
**Correctly -** 42:21
**Correspondence -** 36:13
**Cost -** 9:5
**Costa -** 2:6
**Costco -** 8:4, 8:6, 8:8, 8:11, 8:12, 8:18, 11:4, 11:18, 11:21, 13:20, 16:8, 17:9, 18:6, 18:20, 19:15, 19:17, 19:18, 19:19, 23:20, 49:1, 49:15, 49:18, 49:20
**Costco's -** 17:7
**Costs -** 9:13
**COUGHING -** 25:10
**Could -** 3:16, 3:17, 8:3, 16:10, 28:22, 29:8, 29:9, 39:10, 45:9, 47:14, 47:23, 49:4, 50:17
**COUNSEL -** 1:18, 3:7, 5:16, 5:21, 6:22, 15:24, 16:14, 17:15, 17:16, 21:13
**COUNTY -** 1:23
**Couple -** 7:4, 35:25
**Course -** 14:20
**COURT -** 1:1, 2:43, 3:1, 3:6, 3:9, 3:13, 3:20, 3:22, 3:25, 4:5, 4:8, 4:10, 4:18, 5:1, 5:3, 5:6, 5:9, 5:13, 5:23, 6:1, 6:5, 6:9, 6:14, 6:18, 6:20, 7:3, 7:10, 7:20, 7:21, 9:13, 10:9, 10:14, 11:25, 12:7, 13:5, 13:10, 13:12, 14:17, 14:24, 15:11, 15:13, 18:7, 19:2, 19:5, 20:24, 21:5, 21:19, 21:22, 22:11, 22:14, 22:22, 22:23, 23:10, 24:2, 24:4, 24:6, 25:7, 25:11, 25:13, 26:9, 29:1, 29:12, 29:14, 29:16, 29:23, 29:25, 30:6, 30:16, 30:19, 30:22, 31:7, 32:8, 32:9, 32:12, 32:14, 32:20, 32:25, 33:2, 33:14, 33:17, 35:9, 36:7, 36:8, 36:16, 36:19, 36:23, 37:2, 37:4, 37:6, 37:9, 37:10, 38:11, 38:23, 39:22, 39:24, 40:3,

40:7, 40:11, 40:16, 40:24, 41:5, 41:14, 41:17, 41:20, 41:24, 42:14, 42:17, 42:22, 42:24, 43:20, 43:24, 44:2, 44:9, 44:11, 44:12, 44:15, 44:17, 44:19, 44:21, 44:25, 45:3, 45:10, 45:12, 45:16, 45:19, 45:21, 45:24, 46:12, 46:23, 47:1, 47:16, 47:20, 47:25, 48:7, 48:11, 48:13, 48:15, 48:17, 48:21, 48:23, 49:5, 49:12, 49:23, 50:8, 50:14, 50:15, 50:18
**COURTL -** 7:14
**Cozen -** 2:8, 5:21
**Creating -** 18:20
**Credit -** 24:14, 24:20, 43:5
**Credito -** 31:2
**Creditor -** 1:40, 2:1, 2:12, 2:18, 2:24, 2:28, 2:33, 4:13, 4:15, 38:4, 39:9, 39:11, 39:12, 39:15, 49:8
**Creditors -** 11:2, 11:6, 49:1, 49:3, 49:4
**Creditor's -** 28:9
**Cross -** 27:4
**Crosshairs -** 28:3
**CROSSTALK -** 7:9, 18:24, 24:3, 29:13, 29:15, 29:22, 29:24, 32:11, 33:15, 40:8, 40:13, 43:23, 44:14, 44:20, 44:24
**Cumulative -** 17:20
**Curious -** 28:4
**Current -** 11:18, 12:3, 14:9, 15:3, 20:14
**Curtiss -** 2:21
**Custom -** 2:39
**Customers -** 24:15
**Cut -** 40:23, 46:9
**Cutler -** 2:29, 5:19
**Cycles -** 11:5

---

**D**

**Daisy -** 18:5, 24:8, 24:9
**Damage -** 16:9, 17:11, 18:22
**Damaged -** 16:8, 23:19, 23:20
**Damages -** 16:10
**Dan -** 26:3
**Dash -** 9:10

**Date -** 14:23, 17:21, 18:12, 19:6, 23:12, 23:17, 23:21, 25:8, 25:16, 25:24, 45:7, 45:13, 45:14, 46:1, 46:9, 46:10, 48:18
**Dated -** 30:9
**Day -** 11:15, 20:9, 20:15, 33:8
**Days -** 9:24, 13:20, 17:18, 33:8, 45:15, 45:16, 47:7
**Deadline -** 41:21, 41:25, 48:3
**Deadlines -** 15:7
**Deal -** 8:17, 9:2, 9:3, 10:1, 10:22, 20:7, 39:19, 43:18, 47:8, 47:11, 48:3
**Dealing -** 11:17, 11:18
**Dealings -** 38:18
**Debt -** 43:13
**DEBTOR -** 1:18, 1:29, 1:33, 3:3, 4:20, 6:21, 7:5, 7:25, 8:5, 11:11, 11:21, 12:3, 12:16, 14:15, 15:18, 15:19, 15:22, 15:24, 16:11, 17:14, 17:24, 18:15, 18:16, 19:17, 19:18, 19:23, 20:7, 20:9, 22:3, 22:17, 23:8, 23:13, 23:22, 24:14, 24:15, 24:19, 26:1, 26:14, 26:15, 28:4, 28:13, 28:16, 29:3, 29:9, 30:24, 31:1, 31:12, 31:16, 31:19, 31:24, 32:1, 32:3, 32:4, 32:6, 33:7, 34:14, 34:23, 35:3, 35:4, 35:19, 37:12, 37:14, 37:15, 37:17, 38:5, 38:15, 38:16, 38:19, 39:4, 39:7, 39:8, 39:9, 39:11, 39:12, 41:10, 41:11, 41:22, 42:1, 42:5, 42:7, 42:9, 42:11, 43:5, 46:4, 46:8, 50:6
**Debtors -** 15:5, 19:13, 24:9
**Debtor's -** 6:22, 8:10, 11:13, 11:23, 16:7, 16:22, 20:19, 26:19, 31:20, 32:6, 34:6, 35:13, 38:3, 43:7, 46:16, 48:25
**Decide -** 16:18, 23:18
**Decided -** 33:10
**Declaration -** 38:12, 38:13, 38:19
**Decreased -** 11:12

**Deeper -** 39:14
**Default -** 13:16, 13:17, 15:19, 15:20
**Defendant -** 27:12, 35:21
**Defendants -** 43:16
**Delay -** 21:21, 35:11
**Delivered -** 23:20
**Demand -** 8:3, 8:4, 8:18
**Demands -** 35:3
**Denied -** 34:25
**Depending -** 8:14
**Deposition -** 27:3, 27:4
**Depositions -** 39:4
**Describing -** 27:24
**Design -** 17:1, 17:2
**Designed -** 24:13, 32:14
**Designs -** 17:7, 19:24, 20:2
**Despite -** 22:25
**Develop -** 8:23
**Device -** 3:15
**Did -** 10:10, 12:15, 20:17, 21:10, 26:13, 32:7, 32:18, 35:25, 38:8, 38:11, 40:17, 42:2, 42:21, 46:10
**Didn't -** 21:23, 22:18, 24:7, 25:6, 29:16, 30:7, 31:5, 32:4, 34:19, 38:14, 39:25
**Different -** 3:15, 19:7, 23:22, 24:12, 25:20, 37:6, 37:25, 41:2, 41:8
**Difficult -** 25:19, 49:22
**Difficulties -** 4:16
**DIP -** 1:16, 8:22, 9:15, 9:21, 9:22, 10:2, 11:10, 12:4, 12:8, 12:9, 12:11, 12:14, 15:23, 16:11, 18:3, 20:12, 21:8, 21:9, 21:25, 23:1, 24:17, 25:14, 25:24, 36:23, 38:12, 46:3
**Directly -** 38:9, 50:12
**Disagree -** 12:19, 33:14, 33:17
**Disbursements -** 17:22
**Disc -** 36:18
**Disclosed -** 38:13
**Disclosing -** 27:23
**Disclosure -** 41:4
**Disconnect -** 4:3, 4:7
**Disconnected -** 39:24, 40:5, 40:6, 40:7, 40:14
**Discover -** 30:7
**Discovered -** 29:3, 29:17,

30:6
**Discovery -** 26:25, 27:7, 27:11, 28:7, 28:20, 33:23, 34:8, 35:3, 36:6, 36:12, 36:18, 37:11, 43:18
**Discuss -** 21:17, 21:21, 50:10
**Discussed -** 19:25, 41:4
**Discussion -** 14:7, 36:15
**Discussions -** 9:16, 9:20, 14:6, 14:8, 40:21, 46:16, 47:3
**Disputed -** 28:6
**Disputes -** 27:21
**Disregard -** 50:15
**Disrupt -** 14:15
**Disruption -** 16:21
**DISTRICT -** 1:2, 36:7, 37:10, 43:20
**Do -** 5:3, 7:7, 9:12, 9:13, 9:19, 10:17, 11:12, 12:4, 12:11, 12:16, 12:18, 13:2, 13:16, 13:22, 14:3, 14:14, 14:15, 14:16, 14:21, 18:19, 19:19, 20:20, 21:25, 22:3, 23:14, 25:8, 25:23, 27:6, 33:13, 33:22, 34:7, 38:23, 40:3, 40:21, 41:12, 41:18, 41:21, 42:2, 44:17, 45:12, 45:23, 46:7, 46:9, 47:14, 47:16, 48:15, 49:12, 50:13
**Docket -** 10:19, 38:21, 41:6
**DOCUMENT -** 1:16, 33:21, 34:5, 42:19, 42:25, 43:1
**Documentation -** 38:17, 39:18
**Documents -** 26:15, 27:5, 28:2, 33:7, 33:8, 33:13, 36:17, 36:21, 37:11, 38:10, 38:20, 39:4, 39:9, 39:10, 41:7, 41:13, 41:22, 42:1, 42:5, 42:6, 42:9, 42:10, 42:12, 42:20, 43:3, 43:5, 43:9, 43:10, 43:17, 44:6, 44:7, 44:8
**Does -** 3:17, 3:18, 12:17, 18:7, 26:3, 26:9, 43:7, 45:2, 45:3
**Doesn't -** 16:17, 17:4, 26:22, 36:24, 37:17, 39:11, 41:10, 43:8

**Doing -** 8:17, 9:4, 17:6, 23:16, 41:12, 48:9
**Dollars -** 28:21
**Done -** 40:23, 43:25, 44:21, 47:11, 48:19
**Don't -** 4:1, 4:2, 6:23, 7:5, 7:17, 8:16, 8:25, 9:23, 10:1, 14:14, 16:2, 16:14, 16:16, 17:11, 18:9, 19:17, 20:6, 20:13, 21:20, 22:14, 22:19, 25:15, 28:6, 28:14, 29:7, 29:10, 30:5, 31:25, 32:21, 34:18, 35:2, 36:4, 36:16, 36:21, 38:1, 39:6, 39:24, 40:10, 42:25, 43:19, 44:22, 47:9, 48:17, 49:8, 50:4, 50:9, 50:16
**Double -** 15:7
**Doug -** 6:17
**DOUGLAS -** 1:40, 3:4, 3:7, 3:17, 3:21, 3:23, 4:4, 4:6, 4:9, 4:25, 5:2, 5:5, 5:8, 5:12, 6:12, 28:24, 29:2, 29:19, 30:5, 30:9, 31:5, 31:9, 32:10, 32:13, 32:19, 32:23, 33:3, 33:16, 34:15, 39:23, 40:4, 40:10, 40:12, 40:14, 40:19, 41:12, 41:15, 41:18, 41:23, 42:19, 42:23, 43:22, 43:25, 44:3, 44:10, 44:13, 44:18, 44:22, 45:2, 45:4, 45:11, 45:18, 45:20
**Down -** 23:13
**Dozen -** 26:17
**Drafts -** 43:11
**Drop -** 10:2
**Dropping -** 9:22
**Due -** 11:1, 19:10, 19:12, 22:25, 33:9, 34:18
**Duplicative -** 44:11, 44:12

---

**E**

**Each -** 11:5, 19:11, 24:12, 25:3, 35:5, 47:3
**Earlier -** 22:7, 32:4, 45:7, 45:12, 45:13, 45:14, 48:25
**Early -** 36:7
**Earmarked -** 37:24
**EASTERN -** 1:2
**Echoing -** 6:4
**Educate -** 7:15
**Effect -** 15:4
**Effort -** 44:11

**Either -** 23:13, 43:2
**Elected -** 36:9
**Electronic -** 2:47
**Else -** 26:9, 28:17
**Elsewhere -** 46:14
**Email -** 30:9, 30:15
**Emails -** 40:20
**EMPLOY -** 1:17
**Employee -** 49:16
**EN -** 2:3
**End -** 8:7, 10:17, 17:19, 18:17, 19:6, 20:9, 20:15, 25:7, 25:23, 25:25, 46:19
**Engaging -** 36:17
**Enough -** 8:24, 23:21, 26:5
**Ensure -** 14:4
**Enter -** 26:13, 27:19, 46:18
**Entered -** 12:18, 13:1, 13:3, 13:4, 26:12, 32:14, 36:1
**Entirety -** 34:22
**Entities -** 31:21, 38:1
**Entity -** 29:3
**ENTRY -** 1:15
**Equity -** 38:16
**Escrow -** 28:13, 28:22, 29:4, 29:19, 30:1, 30:2, 30:3, 30:4, 30:6, 30:7, 30:8, 30:14, 39:6, 39:7, 39:10, 41:7, 42:3, 42:7, 42:20
**Essentially -** 7:24, 40:23
**ETC -** 8:23, 11:9, 24:20, 24:22, 24:24
**Etcetera -** 17:25, 24:19
**EVAN -** 2:13
**Even -** 5:6, 5:7, 9:7, 21:10, 23:5, 33:12, 34:9
**Event -** 39:8
**Events -** 43:6
**Every -** 10:18, 17:19, 28:9
**Everybody -** 20:4, 20:17, 22:4, 36:9, 37:6, 37:13, 39:1, 39:6, 41:2, 48:21, 49:9, 50:7
**Everybody's -** 7:6
**Everyone -** 48:3
**Everything -** 9:4, 19:15, 22:25, 28:17, 38:6, 40:2, 40:15
**Everything's -** 36:22
**Ex -** 26:12, 35:10

**Exactly -** 31:6, 32:15
**Exam -** 43:16
**EXAMINATION -** 1:20, 27:1, 27:3, 29:10
**Examinations -** 42:18
**Examine -** 27:4
**Example -** 17:1, 43:3, 43:10
**Exceed -** 17:24
**Excerpt -** 17:12, 18:3
**Exchange -** 10:4
**Exchanged -** 9:21, 10:11, 16:4
**Exclusive -** 23:7
**Excusable -** 34:21
**Exercising -** 30:25
**Exhibits -** 28:1, 35:7
**Existing -** 22:5
**Expect -** 34:1
**Expectations -** 25:21
**Expenses -** 11:13, 24:18
**Expired -** 33:13
**Explain -** 28:14
**Explanation -** 27:20
**Express -** 2:19, 4:23, 8:22, 12:9, 14:25, 15:2, 15:10, 17:16, 26:20, 28:16, 29:6, 29:7, 29:19, 29:20, 29:21, 30:10, 30:24, 31:12, 31:17, 32:1, 34:23, 35:18, 35:24, 36:4, 39:12, 42:11, 43:12
**Express' -** 36:3
**Expressing -** 36:1
**Extend -** 22:5
**Extended -** 34:2
**Extending -** 22:8, 45:6
**Extensions -** 25:17
**Extent -** 36:14, 36:16, 37:15, 37:20, 38:10
**Extremely -** 43:2
**Eyes -** 9:9

---

**F**

**FACILITY -** 1:16, 24:20
**Fact -** 15:4, 19:13, 20:5, 30:11, 32:9, 32:12
**Factor -** 11:8, 11:9
**Factories -** 9:6, 11:17, 11:18, 18:9, 49:8
**Factoring -** 11:7, 24:20
**Failure -** 22:25
**Fair -** 16:24, 18:21, 22:22, 28:11, 30:16, 31:3, 37:22,

SURF 9 LLC                                1-25-40078-JMM                              APRIL  16, 2025

38:1, 39:2, 43:19
**Falcon -** 2:25, 5:16, 21:13
**Faltischek -** 2:19, 4:23, 15:2, 35:18
**Fantastic -** 6:1
**Far -** 45:8
**Fashion -** 50:14
**Fatal -** 7:5
**February -** 11:1, 30:9
**Federal -** 26:25, 27:11, 34:19
**Feeds -** 38:13
**Feel -** 27:9
**Fees -** 12:5, 31:20
**FEMALE -** 30:18, 30:21, 37:3, 37:5
**Few -** 26:20, 26:21, 42:15, 46:8
**Fight -** 39:17
**Fighting -** 44:22
**Figure -** 14:8, 33:23, 41:20
**File -** 35:25, 38:8, 38:11, 46:5
**FILED -** 1:18, 1:21, 1:24, 10:12, 10:25, 11:6, 26:3, 32:7, 33:9, 49:10
**Files -** 34:6
**Filing -** 15:20, 16:12, 23:23
**FINAL -** 1:15
**Finalize -** 12:20
**Finalizing -** 12:16
**Finance -** 25:2, 31:14
**Financial -** 4:13, 13:25, 16:7, 16:9, 16:11, 16:16, 16:22, 17:8, 18:1, 23:24, 32:3, 38:18, 43:4, 43:7
**Financially -** 15:22
**Financing -** 6:21, 21:4, 24:8, 24:9, 24:10, 24:12, 24:16, 24:17, 43:6
**Find -** 5:7, 18:14, 18:18, 34:16, 42:2
**Fine -** 3:10, 4:8, 6:6, 6:25, 15:10, 35:4, 41:23, 42:4, 42:13, 42:16
**Finish -** 19:2
**FINKEL -** 1:17, 1:30
**First -** 12:1, 22:18, 34:3
**Fish -** 46:9
**Five -** 18:16, 32:25
**FL -** 1:24
**Flashing -** 18:1

**Fleshed -** 33:24
**Flip -** 43:9
**Floor -** 1:31, 1:37, 1:42, 2:30
**Florida -** 9:2, 9:4
**Flowing -** 49:20
**Fluctuates -** 8:15
**FLYBAR -** 1:21, 1:41, 3:8, 5:5, 6:12, 26:14, 27:12, 27:22, 29:21, 31:11, 36:2, 36:8, 36:10, 36:11, 37:18, 37:19, 37:21, 37:23, 37:24, 39:11, 39:15, 42:8, 42:17
**Flybar's -** 28:4, 28:8, 42:6, 42:10
**Folks -** 33:22
**Follow -** 49:14, 50:17
**Followed -** 29:4, 29:5
**Following -** 17:18
**Followup -** 49:12
**FOR -** 1:18, 1:22, 1:29, 1:33, 1:40, 2:1, 2:12, 2:18, 2:24, 2:28, 2:37, 3:3, 3:15, 4:2, 4:20, 5:21, 5:24, 6:2, 6:10, 6:14, 6:22, 7:5, 7:10, 8:1, 8:18, 9:15, 9:18, 11:16, 12:13, 13:11, 14:24, 15:2, 15:24, 16:18, 16:25, 17:1, 17:8, 17:9, 17:19, 17:20, 18:12, 19:6, 19:22, 19:24, 21:1, 22:9, 22:17, 23:2, 23:7, 23:21, 24:17, 24:20, 24:21, 24:23, 27:2, 28:11, 28:17, 29:4, 29:21, 32:15, 34:2, 34:24, 35:18, 35:22, 35:24, 36:13, 36:20, 37:24, 39:3, 39:10, 39:14, 41:21, 42:6, 42:9, 42:10, 42:18, 43:3, 43:10, 44:8, 46:1, 46:6, 46:23, 47:11, 47:17, 47:20, 47:21, 48:5, 48:6, 48:8, 48:19, 49:15, 49:22, 50:16
**Force -** 23:13
**Forced -** 19:20
**Foregoing -** 51:2
**Forget -** 36:13
**Form -** 12:21, 24:16
**Forth -** 9:13, 39:21
**Forthcoming -** 23:25, 36:3
**Forward -** 9:19, 10:24, 11:24, 22:9, 23:3

**Foul -** 44:7
**Franchise -** 10:24
**Frankly -** 24:10
**FREDERICK -** 2:7, 5:20, 5:25
**FROM -** 1:22, 4:19, 8:8, 8:22, 9:9, 9:14, 11:23, 11:25, 12:2, 13:7, 13:20, 14:25, 15:13, 16:11, 17:10, 17:21, 18:6, 20:14, 21:1, 22:18, 23:5, 24:15, 27:20, 27:21, 29:8, 30:10, 33:16, 33:19, 34:10, 34:11, 35:13, 35:15, 35:16, 36:2, 36:4, 36:17, 39:12, 39:15, 39:24, 40:6, 43:6, 46:1, 46:6, 47:5, 47:22, 48:1, 49:20, 50:3
**Front -** 7:12, 17:12, 35:2
**Frustration -** 47:4
**Fulfill -** 24:15
**Full -** 17:12, 19:14, 36:20, 50:12
**Fully -** 23:5
**Function -** 37:10
**Functioning -** 22:24
**Fundamentally -** 11:20
**Funds -** 10:5, 11:10, 22:18, 42:8
**Funny -** 7:17
**Further -** 8:25, 12:5, 15:4, 47:23
**Future -** 10:23, 11:20

---

### G

**Game -** 28:11, 37:22, 39:2
**Gave -** 23:13
**Gears -** 21:23
**General -** 6:24, 10:13, 43:3
**Generally -** 26:21, 26:22, 38:2
**Get -** 6:24, 9:1, 18:16, 26:14, 35:12, 36:11, 39:9, 43:17, 47:9, 47:10, 49:4
**Gets -** 20:4, 27:4
**Getting -** 13:22, 14:12, 44:15, 48:5
**Gilia -** 2:34
**GIUGLIANO -** 2:18, 4:22, 14:25, 15:1, 15:12, 33:19, 35:15, 35:17, 35:18, 40:17
**Giugliano's -** 40:17
**Giuliano -** 4:23

**Give -** 5:1, 5:4, 10:6, 19:8, 19:24, 21:5, 25:25, 33:18, 33:22, 33:24, 45:13, 45:14, 46:8
**Given -** 11:2, 11:5, 23:12, 49:1
**Gives -** 11:8, 18:15
**Giving -** 6:16, 23:15, 35:4
**Glenn -** 2:21
**Glove -** 2:13, 4:20, 9:16, 9:20, 10:23, 15:13, 15:18, 16:5, 16:6, 16:7, 16:12, 16:18, 16:19, 16:20, 16:25, 17:2, 17:6, 17:9, 17:10, 17:16, 18:11, 18:13, 18:14, 18:18, 18:21, 19:11, 19:12, 19:14, 19:16, 19:19, 19:22, 20:5, 20:7, 20:10, 22:21, 23:2, 23:4, 23:5, 23:15, 46:21
**Glove's -** 16:10, 46:23, 46:24
**Go -** 5:3, 7:16, 7:20, 8:2, 18:14, 18:18, 19:8, 22:9, 24:10, 24:23, 25:6, 31:4, 32:21, 33:2, 35:7, 38:6, 43:24, 47:23, 48:23
**Goal -** 10:22
**Going -** 7:10, 7:11, 8:16, 9:15, 9:19, 10:24, 11:3, 14:9, 16:3, 18:4, 18:9, 19:5, 20:1, 23:22, 23:24, 23:25, 24:9, 25:18, 25:22, 26:16, 28:13, 29:10, 35:14, 39:16, 39:17, 39:25, 40:16, 41:15, 41:19, 43:17, 44:6, 46:7, 49:21
**GOLD -** 2:2
**GOLDBERG -** 1:17, 1:30, 13:6
**Golden -** 2:4, 4:16, 5:24, 6:3, 6:7, 13:6, 13:8, 13:9, 13:11, 13:13
**GOLDSTEIN -** 1:17, 1:30
**GOMEZ -** 1:25
**Gone -** 43:14
**Good -** 3:4, 4:11, 4:14, 4:19, 4:22, 5:18, 5:20, 6:1, 9:10, 10:23, 11:19, 11:21, 12:12, 18:16, 26:1
**Goodrich -** 2:4, 13:11
**Goods -** 10:21, 19:19

**Got -** 39:24, 40:14, 41:11, 50:12
**Gotten -** 17:25, 50:11
**Granted -** 12:17, 26:11, 41:25, 43:14
**Gray -** 43:15
**Great -** 5:4, 6:5, 13:24, 50:17
**Green -** 2:40
**GREG -** 2:33, 5:9, 5:17, 48:24, 49:14
**Ground -** 10:2, 38:1
**Group -** 1:34, 7:2, 12:14, 38:14, 43:13
**Guess -** 7:22, 8:14, 10:12, 26:20, 27:20, 33:17, 37:13, 38:1, 47:12, 47:14
**Guys -** 34:2

---
**H**
---

**Had -** 9:23, 10:9, 12:24, 19:4, 26:5, 31:11, 31:15, 38:18, 40:21, 48:22, 48:25
**Half -** 18:16, 26:17
**Hamilton -** 2:39
**Hammered -** 22:4
**Hand -** 24:16
**Handling -** 18:5
**Happen -** 14:10, 25:22
**Happened -** 14:2, 39:25, 49:3
**Happens -** 14:7, 14:19, 24:22, 27:6
**Happy -** 6:9, 23:16
**Hard -** 6:16, 7:11, 20:6
**Harm -** 20:21
**Has -** 7:4, 7:7, 10:22, 11:11, 15:19, 15:22, 16:1, 16:8, 16:11, 16:12, 16:13, 16:19, 17:1, 17:2, 17:3, 18:19, 18:21, 19:9, 19:12, 19:14, 19:17, 19:19, 20:10, 20:11, 23:4, 24:19, 25:3, 26:7, 26:15, 30:2, 33:13, 34:21, 35:3, 35:23, 37:6, 37:13, 38:16, 41:2, 41:6, 46:8, 49:9, 50:7
**Hash -** 41:24
**Have -** 4:2, 6:9, 6:21, 7:2, 8:6, 8:24, 9:9, 9:11, 9:17, 9:18, 9:20, 10:1, 10:2, 10:15, 10:18, 11:4, 11:5, 11:12, 11:13, 11:16, 11:19, 12:3, 12:5, 13:4, 13:16,

13:17, 13:19, 13:20, 13:23, 14:2, 14:3, 14:5, 14:13, 14:21, 14:22, 15:6, 15:15, 15:24, 16:14, 16:16, 17:11, 17:12, 17:25, 18:4, 18:5, 18:7, 19:17, 19:25, 20:4, 20:16, 22:1, 22:8, 23:23, 24:11, 25:6, 25:13, 25:20, 26:4, 26:7, 26:11, 26:20, 27:3, 27:7, 27:9, 29:8, 29:9, 30:5, 31:2, 32:2, 32:5, 32:20, 33:3, 34:8, 35:2, 36:19, 36:25, 37:12, 38:1, 38:4, 38:14, 39:4, 39:15, 40:1, 41:10, 42:15, 44:13, 44:19, 45:4, 49:12, 50:4, 50:12
**Haven't -** 12:8, 23:4, 26:5, 33:11, 33:12, 48:1
**Having -** 3:9, 3:10, 3:13, 4:16, 6:15, 9:16, 49:15
**He -** 3:12, 4:16, 24:8, 31:19, 34:19, 38:14, 38:21, 41:6, 41:8, 41:20, 46:22, 49:10
**Headlines -** 21:1
**Health -** 2:2, 5:21
**Hear -** 3:9, 6:13, 8:22, 9:14, 11:23, 11:25, 13:7, 13:8, 14:24, 15:13, 16:1, 21:25, 25:19, 25:24, 26:1, 28:24, 28:25, 31:6, 32:20, 33:19, 34:10, 35:14, 35:15, 39:25, 40:17, 42:21, 47:3
**Heard -** 13:24, 15:21, 22:10, 26:10, 37:5, 40:3, 40:5, 40:19, 47:22, 48:1, 48:5, 48:8
**HEARING -** 1:15, 5:10, 12:21, 13:2, 18:12, 19:6, 21:18, 23:17, 25:24, 35:14
**Hectic -** 11:16
**Held -** 28:22, 29:20, 30:13, 42:9
**Helpful -** 13:5, 49:23
**Helps -** 20:6
**Her -** 40:19, 40:25
**Here -** 4:12, 4:20, 22:1, 23:6, 28:19, 33:4, 36:10, 37:12, 37:13, 38:1, 44:15
**HERMAN -** 2:12, 4:19, 15:13, 15:16, 19:3, 19:25,

21:22, 22:7, 22:12, 22:16, 22:23, 23:11, 46:1, 46:2, 46:10, 46:11, 46:13, 47:4, 47:17, 47:19, 47:22, 48:1, 48:10, 48:12, 48:14, 48:16, 50:1, 50:11
**Herman's -** 21:4, 24:8, 25:4
**He's -** 6:17, 38:15, 41:19, 47:22, 50:11
**Hidden -** 36:22, 38:11
**Hide -** 17:4, 20:13
**High -** 7:15
**Higher -** 8:5
**Highlighted -** 39:1, 39:19
**Highway -** 2:26
**Him -** 16:15, 19:2, 23:12, 34:20
**His -** 22:17, 49:11, 50:11
**Hit -** 15:25
**Hold -** 5:8, 28:13, 40:11, 43:10
**Holder -** 39:7
**Holding -** 37:23, 42:7
**Holdings -** 2:13, 4:20
**Holds -** 49:19
**Honestly -** 28:14, 34:5
**Honor -** 3:3, 3:4, 3:24, 4:6, 4:11, 4:14, 4:19, 4:22, 4:25, 5:15, 5:18, 5:20, 5:25, 6:3, 6:8, 7:2, 7:23, 12:12, 13:1, 13:8, 13:13, 13:16, 14:14, 14:23, 15:2, 15:16, 15:17, 18:3, 18:10, 18:11, 18:15, 18:25, 19:3, 21:3, 21:12, 21:14, 23:18, 23:21, 24:7, 24:10, 26:6, 29:2, 29:11, 30:18, 31:9, 32:4, 33:5, 33:16, 34:15, 34:17, 34:19, 34:25, 35:6, 35:7, 35:17, 37:1, 37:5, 38:8, 38:22, 39:18, 39:23, 43:22, 47:19, 48:2, 50:1, 50:9, 50:20
**HONORABLE -** 1:27
**Honor's -** 33:9
**Hopeful -** 48:2
**Hopefully -** 7:18, 7:19, 8:19, 10:19, 11:13, 14:22
**Hopper -** 10:8
**Hours -** 35:25
**House -** 2:39
**How -** 5:3, 7:7, 11:4, 15:8, 19:15, 25:19, 30:24,

34:25, 41:18, 49:3, 49:18
**However -** 16:21
**Hurt -** 18:21, 20:17

---
**I**
---

**IAN -** 1:33, 4:11, 21:3, 24:7
**I'd -** 9:13, 10:1, 15:16, 36:9
**Idea -** 18:4
**Identified -** 28:10, 34:7, 42:24, 43:9
**Identify -** 33:20
**I'll -** 4:4, 5:2, 5:12, 7:19, 14:24, 19:5, 21:25, 25:14, 25:16, 25:23, 35:15, 39:3, 42:4, 45:14, 47:6, 49:11, 49:14, 50:10, 50:18
**I'm -** 3:6, 3:9, 3:13, 5:6, 5:10, 5:11, 6:1, 7:10, 7:11, 9:3, 11:22, 15:6, 15:15, 15:23, 15:25, 18:13, 19:5, 24:9, 25:16, 26:16, 27:10, 27:21, 28:11, 28:13, 28:24, 29:25, 30:1, 31:5, 31:17, 32:22, 32:25, 35:4, 35:13, 35:14, 36:11, 36:12, 37:18, 37:19, 39:6, 39:7, 39:16, 39:17, 39:25, 40:16, 42:4, 43:19, 43:21, 43:25, 44:21, 44:22, 46:3, 46:7, 47:1, 47:2, 47:8, 48:14, 50:5
**Immediately -** 45:11
**Impact -** 7:15, 8:3
**Impacted -** 7:4, 7:7
**Impacting -** 8:15
**Impacts -** 30:24
**Impairing -** 27:14
**Impatient -** 48:5
**Implication -** 38:10
**Important -** 22:23, 24:13, 25:3
**In -** 1:5, 1:21, 1:23, 5:13, 6:4, 6:21, 6:24, 7:4, 7:7, 7:12, 7:18, 8:5, 8:8, 8:11, 9:1, 9:2, 9:3, 9:6, 9:13, 9:21, 9:23, 10:3, 10:7, 10:9, 10:17, 10:20, 10:23, 10:25, 11:5, 11:15, 12:5, 12:8, 12:10, 12:11, 12:18, 12:25, 13:6, 13:16, 13:17, 14:1, 14:7, 14:19, 15:3, 15:8, 15:19, 15:20, 16:1,

16:20, 17:4, 17:7, 17:12, 17:13, 17:23, 18:6, 18:12, 18:22, 19:5, 19:13, 20:3, 20:6, 20:10, 20:12, 21:11, 21:16, 22:1, 23:25, 24:12, 24:16, 24:19, 24:22, 25:18, 27:4, 27:5, 27:6, 27:8, 27:12, 27:21, 27:22, 27:23, 28:3, 28:10, 28:13, 28:20, 28:22, 30:9, 30:12, 30:15, 31:1, 31:15, 33:11, 34:5, 34:25, 35:2, 35:6, 35:11, 35:21, 36:2, 36:7, 36:18, 36:20, 36:23, 37:1, 37:11, 37:13, 37:14, 38:12, 38:13, 38:16, 39:5, 39:7, 39:20, 40:20, 41:25, 42:2, 43:3, 43:5, 43:12, 43:15, 43:18, 44:7, 44:8, 44:10, 46:14, 47:2, 47:3, 47:4, 47:7, 47:10, 47:12, 47:23, 48:4, 50:19
**Inability** - 25:2
**Inaccurate** - 35:23, 40:22
**Inadvertent** - 34:21
**Inappropriate** - 35:24, 36:15, 36:18, 37:20
**Incorrect** - 46:22
**Increase** - 8:1, 9:13
**Increasingly** - 16:23, 16:24
**Inc's** - 43:12
**Indebtedness** - 38:17
**Indicated** - 14:17
**Individual** - 30:25, 31:18
**Informal** - 36:18
**Information** - 13:23, 14:2, 14:12, 16:11, 17:2, 17:3, 27:24, 35:22, 36:2, 37:21, 37:23, 42:10, 45:8, 45:9, 45:15, 49:4, 49:9, 50:7
**Informed** - 8:24, 37:12, 37:13
**Inherently** - 25:1
**INITIAL** - 1:19, 26:20, 26:21

**Initially** - 21:24
**Inquiry** - 28:2
**Insider** - 38:15
**Instability** - 16:7, 16:9, 17:9
**Instead** - 4:16
**Instruct** - 50:6
**Instructions** - 50:9
**Insurance** - 12:4
**Intellectual** - 23:6
**Intention** - 10:18
**Intents** - 34:24
**Interest** - 31:1, 38:16
**Interested** - 7:7, 16:1
**Interesting** - 8:10
**Interim** - 7:22, 7:23, 7:24, 8:6, 8:20, 8:21, 12:15, 12:18, 12:25, 13:4, 15:3, 15:9, 19:9, 21:15
**Internally** - 8:17
**Interpret** - 26:16
**Interrupted** - 31:4
**Interval** - 14:20
**Into** - 7:24, 10:16, 15:9, 18:7, 20:15, 21:8, 21:9, 31:22, 46:18, 50:2
**Invested** - 31:15
**Investigation** - 31:22
**Invoices** - 49:2, 49:20
**Involved** - 31:19
**IP** - 2:13, 4:20, 15:19, 16:10
**IRA** - 2:12, 4:19, 15:16, 19:3, 22:7, 22:12, 22:16, 22:23, 23:11, 46:11, 46:13, 47:19, 47:22, 48:1, 48:10, 48:12, 48:14, 48:16, 50:1
**Is** - 3:6, 3:10, 3:11, 3:12, 4:7, 4:12, 4:15, 4:16, 4:25, 5:9, 6:3, 7:18, 8:4, 8:9, 8:11, 8:13, 8:14, 8:15, 9:4, 9:14, 9:15, 9:17, 9:19, 9:21, 10:4, 10:13, 10:22, 11:1, 11:5, 11:8, 12:3, 12:5, 12:14, 13:6, 13:14, 14:2, 14:4, 14:5, 14:20, 15:10, 15:19, 15:24, 16:3, 16:6, 16:7, 16:8, 16:14, 16:15, 16:22, 16:23, 17:13, 18:3, 18:4, 18:5, 18:8, 18:9, 18:10, 19:10, 19:15, 19:16, 19:18, 19:21, 19:22, 19:23, 19:24, 20:7, 20:8, 20:15,

21:2, 21:14, 21:24, 22:2, 22:4, 22:16, 22:17, 22:24, 23:2, 23:4, 23:15, 23:16, 23:22, 24:10, 24:11, 24:17, 24:20, 25:19, 25:23, 26:1, 26:2, 26:11, 27:2, 27:12, 27:13, 27:22, 28:9, 28:11, 28:15, 28:17, 29:2, 29:3, 29:8, 30:12, 30:14, 30:17, 30:25, 31:10, 31:11, 31:18, 31:19, 31:21, 32:15, 33:23, 34:3, 34:10, 34:17, 34:18, 34:24, 35:4, 35:7, 35:9, 35:12, 35:20, 36:5, 36:8, 36:11, 37:7, 37:8, 37:14, 37:19, 37:23, 38:2, 38:21, 39:8, 40:22, 41:15, 41:21, 41:25, 42:7, 42:17, 43:13, 44:8, 45:8, 46:13, 46:14, 46:17, 47:5, 47:11, 47:21, 48:2, 48:8, 48:24, 49:3, 49:7, 49:12, 49:20, 50:14, 51:2
**Isn't** - 5:23, 7:14, 34:5
**Issue** - 7:4, 7:5, 7:24, 8:19, 23:18, 26:14, 28:12, 28:15, 32:16, 33:4, 34:17, 38:9, 50:10
**Issued** - 27:22, 36:4, 50:18
**Issues** - 14:1, 28:12, 28:17, 28:18, 32:2, 38:3, 39:19, 49:17
**It** - 3:10, 3:13, 3:14, 3:18, 3:22, 3:25, 4:3, 5:1, 5:2, 6:1, 6:18, 7:8, 7:17, 7:25, 8:15, 10:3, 11:8, 11:18, 11:22, 12:8, 12:16, 12:20, 13:16, 14:18, 15:8, 15:9, 15:21, 16:3, 16:4, 16:5, 16:13, 16:22, 16:23, 16:24, 17:3, 17:13, 18:7, 18:10, 18:14, 18:18, 18:19, 19:23, 20:6, 20:20, 20:25, 21:2, 21:21, 22:20, 23:16, 23:24, 23:25, 24:22, 24:24, 24:25, 25:16, 25:17, 25:25, 26:22, 28:21, 30:5, 30:11, 30:17, 32:5, 32:9, 32:10, 32:18, 33:10, 33:13, 34:2, 34:24, 35:16, 36:10, 36:11, 36:14, 36:15,

36:16, 36:24, 37:17, 38:17, 39:2, 40:5, 41:2, 42:2, 42:4, 42:5, 43:8, 44:15, 44:17, 45:2, 45:3, 46:4, 46:21, 48:2, 48:4, 48:15, 49:7, 49:22, 50:10, 50:14, 50:15, 50:16, 50:17
**Items** - 33:20
**It'll** - 3:25
**Its** - 7:25, 15:18, 15:22, 16:9, 16:22, 18:16, 22:25, 23:24, 24:15, 24:22, 31:18, 35:19, 35:24, 36:1, 36:9, 37:17, 37:18, 38:19, 42:9, 46:8
**It's** - 7:5, 7:6, 7:11, 7:17, 8:10, 8:16, 9:23, 10:8, 11:15, 12:21, 13:21, 15:9, 16:18, 16:24, 20:18, 20:19, 21:3, 22:2, 22:23, 23:6, 23:7, 23:14, 25:1, 25:2, 26:6, 26:17, 27:6, 27:10, 27:18, 28:4, 28:5, 30:15, 30:16, 31:10, 33:4, 33:13, 35:10, 36:12, 36:18, 37:10, 37:16, 37:19, 37:20, 39:2, 44:11, 44:12, 45:10, 45:13, 45:22, 48:7, 49:7, 49:8, 50:5
**Itself** - 9:2, 23:3, 32:16, 34:24
**I've** - 26:19, 33:19, 34:7, 43:14

---

### J

**January** - 10:25, 43:6
**Jeff** - 6:3, 13:9
**JEFFREY** - 2:2, 4:15, 6:3, 6:7, 13:8, 13:11, 13:13
**Jerk** - 40:21
**JIL** - 1:27
**Jmm** - 1:10, 1:12
**JR** - 1:25
**Judge** - 7:21, 16:5, 16:13, 17:4, 17:12, 17:14, 17:25, 18:3, 18:20, 22:7, 22:16, 23:2, 23:8, 23:13, 23:15, 23:16, 23:25, 27:14, 36:8, 38:25, 43:20, 45:18, 46:11, 46:13, 48:14, 48:16, 48:22, 50:21
**Judge's** - 27:15, 34:4
**July** - 46:4

**June -** 8:7, 42:12, 42:13, 45:7, 46:7, 47:10, 47:12, 47:13, 47:17, 47:21, 47:23, 47:25, 48:2, 48:8, 48:10, 48:11, 48:12, 50:19
**Jureller -** 1:35, 12:13
**Just -** 3:10, 3:25, 4:1, 4:3, 4:8, 5:1, 5:3, 6:2, 6:6, 6:10, 6:14, 6:18, 6:25, 7:8, 12:10, 12:14, 15:6, 15:8, 15:9, 15:23, 17:1, 19:2, 21:5, 21:6, 21:7, 22:4, 22:5, 22:12, 22:16, 22:20, 24:7, 25:2, 25:17, 25:23, 26:21, 27:19, 27:21, 28:8, 28:14, 28:20, 29:14, 29:16, 33:4, 34:10, 34:15, 35:13, 36:9, 36:12, 36:13, 36:24, 37:4, 37:6, 37:10, 37:12, 38:4, 38:5, 38:6, 38:9, 38:11, 38:25, 39:3, 40:16, 40:22, 41:1, 41:25, 42:1, 42:4, 42:23, 47:1, 47:22, 48:7, 48:17

**K**

**Keep -** 16:3
**KEVIN -** 1:18, 1:21, 1:29, 3:3, 6:17, 6:19, 7:2, 7:13, 7:17, 7:21, 18:25, 19:9, 20:25, 38:25, 42:13, 42:15, 45:14, 45:23, 49:7, 50:9
**Kidding -** 19:16
**Kill -** 8:16
**Kind -** 26:18, 28:17, 35:6, 37:14, 38:3, 39:13, 47:11
**Klestadt -** 1:35, 12:13
**Knee -** 40:21
**Know -** 6:24, 7:11, 7:17, 8:4, 9:23, 10:23, 13:25, 14:1, 14:14, 15:23, 16:14, 16:16, 16:17, 18:9, 19:15, 21:10, 22:19, 23:3, 28:18, 29:8, 29:10, 30:5, 32:15, 33:4, 33:10, 33:12, 33:18, 35:11, 36:16, 38:3, 39:16, 39:19, 39:24, 40:6, 41:9, 41:19, 46:16, 46:20, 47:6, 49:23, 49:24, 50:14, 50:16
**Known -** 37:9, 37:10, 38:11
**KRESS -** 2:28, 5:18
**Kuttler -** 51:2, 51:6

**L**

**Land -** 25:14
**Landlord -** 9:2
**Language -** 18:2, 46:14
**Lar -** 26:3
**Large -** 10:10
**Last -** 7:3, 7:4, 7:21, 18:12, 39:22, 40:3, 50:15
**Late -** 13:18, 13:19, 22:18
**Later -** 10:19, 22:13, 33:8
**Latter -** 15:10
**LAUGHTER -** 24:5, 30:20, 33:1, 40:9, 44:16, 45:1
**Lawsuit -** 33:22, 43:1, 43:9, 43:15, 43:16, 43:17
**Lawyer -** 31:20
**Lay -** 25:14
**Leading -** 38:2
**Learn -** 31:22, 31:23, 31:25
**Learned -** 46:20
**Least -** 9:5, 30:14, 39:5, 46:22, 50:16
**Leave -** 25:17
**LEE -** 1:23
**Leewards -** 2:2, 4:15, 5:21, 5:24, 8:23, 9:21, 10:4, 10:6, 12:9, 12:24, 13:6, 13:11, 13:13, 13:17, 14:6, 15:24, 17:3, 21:17, 24:13
**Legit -** 34:8
**Lender -** 8:22, 11:10, 12:14, 17:15, 17:24
**Lenders -** 8:22, 9:14, 17:24, 18:5, 18:8
**Leonard -** 25:11, 47:12, 48:14
**Less -** 16:18, 30:13
**Let -** 4:4, 4:6, 6:24, 11:25, 12:10, 15:13, 19:2, 22:1, 32:20, 35:14, 42:1
**Let's -** 3:25, 5:1, 5:3, 12:7, 12:10, 28:20, 40:11, 45:24, 45:25
**Letter -** 33:12
**Level -** 22:20
**Lexington -** 1:42
**Liabilities -** 32:3
**License -** 15:18, 15:19, 16:5, 16:25, 19:20, 20:8, 23:7, 46:5
**Licensee -** 18:2, 19:22, 19:24, 20:5

**Licenses -** 15:18
**Licensing -** 20:2, 20:10
**Licensor -** 18:1, 22:21
**Lien -** 14:3
**Lift -** 18:12
**Light -** 14:1, 18:2, 36:3
**Like -** 3:14, 3:24, 13:3, 14:1, 15:8, 15:16, 18:25, 20:2, 27:9, 27:17, 28:21, 31:22, 31:23, 31:24, 35:6, 36:9, 38:2, 42:21, 43:6, 49:24
**Limit -** 14:17
**Limited -** 23:8, 35:25, 36:11
**Limiting -** 42:19, 45:5
**Line -** 4:15, 17:19
**List -** 33:25, 34:5
**Listed -** 28:5
**Listened -** 39:1
**Listening -** 15:23, 35:14, 48:6
**Litigate -** 19:20
**Litigation -** 27:12, 27:15, 27:23, 28:3, 28:18, 28:20, 37:21, 43:14, 43:21, 44:4
**Litigations -** 26:24
**Little -** 3:13, 15:17, 20:5, 22:2, 27:13, 34:12, 43:15, 47:10, 47:23
**Live -** 41:9
**LLC -** 1:7, 1:13, 1:19, 1:22, 1:25, 1:30, 1:34, 3:2, 5:19, 12:14, 43:13
**LLP -** 1:17, 1:30, 1:36, 1:41, 2:4, 2:14, 2:25, 2:29, 5:19
**Loan -** 30:11, 30:12, 38:20, 43:5
**LOCATED -** 1:23
**Location -** 10:21
**LOMEN -** 2:33, 5:9, 5:17, 48:24, 49:9, 49:12, 49:14
**Lomen's -** 49:5
**Long -** 9:23, 11:19, 11:22, 14:21, 15:3, 15:8, 26:3, 50:16
**Longer -** 13:21
**Look -** 14:1, 20:2, 33:3, 33:5, 34:5, 39:10, 43:1, 46:2
**Looked -** 12:8
**Looking -** 9:6, 19:22, 25:16, 39:13, 41:2, 42:25,

46:23
**Lose -** 46:10
**Loses -** 18:19
**Losing -** 6:2, 47:2
**Loss -** 8:10
**Lost -** 39:23, 47:19
**Lot -** 8:17, 11:2, 11:23, 20:8, 25:19, 27:25, 28:1, 35:22, 39:2, 39:3, 39:20
**Lots -** 27:7
**Loud -** 10:14
**Love -** 6:1, 16:15
**Low -** 8:1
**LP -** 2:13, 4:20
**Ltd -** 2:4
**Lumped -** 17:22

**M**

**Made -** 9:2, 9:16, 16:4, 19:10, 19:11, 19:16, 20:2, 26:15, 40:20, 40:25, 41:1, 41:3
**Maintain -** 9:1, 20:20
**Make -** 10:22, 14:9, 14:11, 14:18, 15:22, 16:17, 17:10, 23:14, 23:22, 27:18, 32:21, 34:19, 37:15, 38:11, 42:18, 46:8, 47:5, 47:17, 47:20, 48:8, 49:22, 50:4, 50:11
**Makes -** 34:1, 34:9, 48:4
**Making -** 16:18, 22:19, 23:23, 35:13, 37:18, 40:4
**MALE -** 48:20, 48:22, 50:20, 50:21
**Manage -** 27:15
**MANAGEMENT -** 1:19, 38:3
**Managing -** 43:20
**Many -** 28:2
**March -** 7:23, 11:1, 33:6, 33:8
**MARINO -** 1:27
**Marquee -** 19:21, 20:18
**Matter -** 10:8, 26:2, 30:11
**May -** 4:16, 13:7, 17:8, 18:12, 18:17, 21:3, 21:10, 22:12, 31:1, 31:2, 34:9, 37:3, 37:14, 45:17, 46:19, 47:7, 47:10, 47:11, 47:21, 50:15
**Maybe -** 3:16, 3:22, 9:7, 15:15, 17:12, 20:25, 26:22, 28:19, 33:25, 46:8,

50:16
**MAZER -** 1:27
**Me -** 3:8, 3:10, 4:4, 4:6, 4:7, 4:12, 4:17, 6:13, 6:24, 7:1, 11:14, 11:25, 13:8, 15:13, 17:12, 19:8, 21:5, 22:12, 27:2, 27:8, 27:13, 28:22, 28:24, 28:25, 30:11, 31:3, 32:20, 35:14, 37:12, 37:13, 39:16, 42:1, 47:11, 47:21, 49:10
**Mean -** 3:10, 7:15, 30:16, 32:21, 37:2, 37:9, 40:10, 47:13
**Meaningful -** 27:6
**Means -** 16:1, 23:24
**Meantime -** 5:13
**Meet -** 8:18
**Meeting -** 12:4
**Membership -** 38:16
**Memory -** 12:8
**Mention -** 42:3
**Mentioned -** 21:7, 50:1
**Merchandise -** 8:11
**Mesa -** 2:6
**Message -** 10:14
**Mic -** 7:12, 7:18, 7:19
**MICHAEL -** 2:24, 5:15, 21:12, 21:20
**Michelle -** 51:2, 51:6
**Middle -** 7:18
**Might -** 9:22, 30:7
**Milberg -** 11:8, 24:23
**Million -** 8:9, 28:5, 28:21
**Mind -** 4:1, 6:2, 16:1
**Mindful -** 37:12
**Mindfully -** 23:17
**Minute -** 4:1, 22:1
**Missed -** 40:1, 40:14, 40:17
**Mistake -** 34:20
**Mixing -** 46:3
**Money -** 9:17, 10:4, 11:8, 11:9, 18:8, 28:12, 28:21, 29:8, 29:9, 30:13, 37:23, 38:5, 39:15, 49:20
**Monies -** 11:11, 13:22, 24:23, 29:4, 29:5, 29:6, 29:20, 30:12, 31:15, 32:1
**Month -** 10:7
**Monthly -** 12:3
**More -** 6:2, 6:10, 6:14, 13:23, 23:15, 31:22, 31:24, 31:25, 34:9, 40:22,

46:20
**Moscou -** 2:19, 4:23, 15:1, 35:18
**MOSKOWITZ -** 2:24, 5:15, 21:6, 21:12, 21:13, 21:20
**Most -** 43:2
**MOTION -** 1:20, 1:21, 1:22, 6:23, 8:23, 18:12, 18:17, 20:15, 20:16, 26:12, 26:15, 26:16, 32:17, 33:9, 33:10, 34:10, 34:17, 34:19, 34:24, 35:1, 35:10, 35:12, 35:19, 35:24, 38:12, 39:20, 41:25, 42:25, 45:22, 46:1, 46:5, 46:6, 46:8, 47:6, 47:17, 47:20, 50:4
**Motions -** 6:25, 42:18, 47:3
**Movant -** 35:10
**Move -** 23:3, 46:14
**Moved -** 23:4
**Moving -** 7:11, 10:20
**Mr -** 5:24, 6:10, 6:15, 6:18, 6:23, 7:10, 10:11, 11:25, 12:10, 12:14, 13:5, 13:6, 13:24, 14:5, 15:13, 15:14, 16:1, 16:3, 16:15, 17:12, 19:8, 19:25, 21:4, 21:6, 21:22, 22:1, 22:14, 22:17, 23:11, 24:6, 24:7, 25:4, 27:23, 30:10, 31:3, 34:7, 34:9, 35:15, 35:19, 35:20, 35:23, 36:14, 36:17, 37:25, 38:14, 38:20, 38:23, 38:24, 39:22, 41:5, 41:6, 41:8, 41:15, 42:2, 42:11, 42:12, 45:12, 45:20, 45:22, 45:25, 46:2, 46:10, 46:22, 47:4, 47:16, 47:22, 48:1, 48:24, 49:5, 49:9, 49:12, 49:14, 49:17, 50:8, 50:10
**Ms -** 12:11, 14:25, 21:7, 21:14, 25:11, 26:3, 33:18, 33:19, 35:15, 38:6, 40:17, 40:25, 41:3, 47:12, 48:14
**Much -** 21:22, 25:7, 40:22, 45:7, 50:18
**Multiple -** 25:3
**Must -** 34:25
**Muted -** 46:11
**My -** 4:12, 5:7, 6:2, 6:4, 10:10, 18:8, 22:13, 23:15,

24:17, 34:11, 35:13, 48:7, 50:12
**Myself -** 5:17, 48:24

| N |
| --- |

**Name -** 5:6, 6:15, 15:18
**Named -** 31:18, 35:20
**Narrowed -** 39:3
**NASH -** 1:18, 1:22, 1:29, 3:3, 6:15, 6:17, 6:19, 6:23, 7:2, 7:10, 7:13, 7:17, 7:21, 11:25, 12:14, 13:24, 14:5, 16:1, 16:3, 16:15, 18:25, 19:8, 19:9, 20:25, 22:17, 23:11, 35:15, 35:19, 38:23, 38:25, 41:6, 41:15, 42:12, 42:13, 42:15, 45:12, 45:14, 45:20, 45:22, 45:23, 46:22, 49:5, 49:7, 49:14, 49:17, 50:8, 50:9
**National -** 9:11
**Ne -** 6:2
**Necessarily -** 27:1, 36:6
**Necessary -** 36:25, 37:7
**Need -** 6:10, 7:11, 8:25, 12:17, 12:18, 13:23, 13:25, 14:3, 14:4, 14:8, 20:1, 21:20, 25:17, 28:13, 29:10, 30:15, 33:19, 37:11, 41:22, 45:21, 45:25, 46:2, 46:9, 46:10, 46:15, 46:18, 47:8, 47:24, 50:3, 50:7, 50:9
**Needed -** 12:22, 15:5, 24:15
**Needless -** 16:13
**Needs -** 18:18, 23:25, 28:7, 33:24, 37:15, 37:16, 37:22, 37:23, 41:6, 41:20, 46:21
**Nefarious -** 25:1
**Neglect -** 34:21
**Negotiations -** 21:15, 31:14, 43:12
**Neither -** 18:7
**Never -** 32:23
**NEW -** 1:2, 1:4, 1:32, 1:38, 1:43, 2:10, 2:16, 2:31, 2:41, 16:5, 16:25, 19:22, 19:24, 34:24, 46:18
**News -** 9:11, 39:13, 41:11
**Newspapers -** 8:14
**Next -** 10:3, 10:5, 10:7,

10:16, 11:1, 15:9, 19:24, 21:9, 25:18, 26:2, 28:15, 30:22
**No -** 3:12, 5:10, 6:5, 6:9, 8:13, 15:4, 16:6, 17:25, 18:4, 18:7, 19:3, 19:19, 20:21, 22:8, 26:7, 26:12, 26:13, 32:23, 38:16, 38:18, 40:14, 44:2, 44:7, 45:19, 46:12, 46:24, 47:10, 48:10, 48:23, 49:14
**Nobody -** 40:7
**Nobody's -** 27:18
**Non -** 18:22
**None -** 16:13, 34:21, 34:23
**Nonexclusive -** 15:19
**Not -** 5:2, 6:1, 8:12, 8:18, 9:7, 9:10, 9:18, 11:3, 12:17, 12:18, 12:21, 13:2, 13:18, 13:20, 13:22, 14:8, 14:13, 14:21, 14:22, 15:6, 16:21, 17:1, 17:6, 17:7, 17:10, 18:9, 18:13, 19:24, 20:12, 21:5, 21:9, 21:10, 21:14, 23:2, 23:4, 23:7, 23:15, 25:1, 25:5, 25:16, 26:1, 26:3, 27:13, 28:5, 28:11, 28:20, 29:7, 30:13, 30:19, 31:10, 34:10, 35:8, 35:13, 35:23, 36:12, 37:14, 37:18, 37:19, 38:8, 38:15, 39:6, 39:16, 39:17, 40:22, 41:19, 42:4, 43:2, 44:12, 44:15, 44:22, 46:7, 50:5, 50:15
**Note -** 12:4, 22:8, 28:3
**Nothing -** 12:5, 23:2, 23:6, 24:25, 25:1, 40:21, 46:17
**Notice -** 26:13, 32:5, 33:6
**Notwithstanding -** 44:5
**Now -** 6:4, 6:5, 9:4, 16:6, 26:11, 28:24, 33:9, 33:22, 35:20, 37:14, 37:17, 37:18, 39:25, 45:24, 48:3, 50:15, 50:16
**Number -** 3:2, 7:6, 24:11, 24:12, 24:24, 32:2, 43:4, 43:10
**Numbered -** 42:3
**Numbers -** 7:25
**Nuts -** 21:24
**NY -** 1:32, 1:38, 1:43,

2:10, 2:16, 2:22, 2:27, 2:31, 2:41, 2:45, 51:9

**O**

**Object -** 26:13
**Objected -** 33:11
**Objection -** 22:8, 26:7, 26:19, 26:20, 35:25
**Objections -** 26:4
**Observation -** 27:20, 38:6
**Observations -** 26:21
**Obviously -** 7:3, 8:4, 8:15, 9:11, 9:18, 10:8, 10:15, 11:15, 14:20
**Occur -** 14:5
**Occurred -** 14:2
**O'clock -** 47:18, 47:21, 48:15
**O'connor -** 2:8, 5:21
**OF -** 1:2, 1:15, 1:16, 1:18, 1:22, 1:25, 2:15, 2:30, 2:38, 4:12, 4:17, 4:23, 5:5, 5:19, 6:12, 6:15, 6:25, 7:4, 7:6, 7:12, 7:16, 7:19, 8:2, 8:7, 8:10, 8:11, 8:17, 9:2, 9:6, 9:8, 9:9, 9:12, 9:21, 9:22, 10:3, 10:5, 10:7, 10:10, 10:18, 10:20, 11:2, 11:3, 11:6, 11:22, 11:23, 11:24, 12:4, 12:19, 13:2, 13:11, 13:14, 14:1, 14:4, 14:7, 14:11, 14:18, 14:19, 14:20, 15:4, 15:8, 15:14, 16:5, 16:10, 16:12, 16:13, 17:1, 17:7, 17:12, 17:19, 17:23, 18:2, 18:3, 18:5, 18:6, 18:10, 18:12, 18:17, 18:22, 19:6, 19:10, 19:20, 19:21, 19:23, 19:25, 20:3, 20:6, 20:8, 20:9, 20:15, 22:3, 22:20, 23:17, 23:23, 24:11, 24:12, 24:16, 24:18, 24:19, 24:21, 24:24, 25:2, 25:3, 25:14, 25:20, 25:21, 26:7, 26:17, 26:18, 26:25, 27:3, 27:5, 27:7, 27:10, 27:11, 27:13, 27:14, 27:16, 27:17, 27:20, 27:21, 27:25, 28:1, 28:2, 28:3, 28:17, 29:4, 29:5, 29:21, 30:11, 30:13, 31:1, 31:13, 31:16, 31:18, 31:23, 31:24, 32:2, 32:3, 32:5, 32:6, 32:8, 33:13,

34:3, 34:12, 34:13, 34:16, 34:20, 34:21, 34:22, 34:24, 35:2, 35:3, 35:5, 35:22, 35:25, 37:11, 37:14, 37:21, 37:25, 38:3, 38:12, 38:15, 38:17, 39:2, 39:3, 39:6, 39:11, 39:12, 39:13, 39:20, 39:25, 41:2, 41:4, 41:8, 42:2, 43:2, 43:5, 43:10, 43:12, 43:14, 43:15, 43:19, 43:20, 44:11, 45:8, 46:16, 46:19, 47:2, 47:11, 49:17, 49:19, 50:6, 51:3
**Off -** 40:23
**Office -** 2:38, 26:6, 32:7
**Officers -** 38:19
**Official -** 9:23
**Oh -** 5:8, 6:18, 6:20, 46:10, 46:12, 48:7, 48:11, 48:23
**Okay -** 4:10, 4:18, 6:1, 6:18, 6:20, 7:13, 12:7, 13:5, 13:8, 14:24, 21:19, 24:2, 24:4, 25:11, 28:24, 30:17, 30:21, 30:22, 35:7, 35:8, 45:17, 45:24, 47:1, 47:18, 48:13
**OLD -** 1:23
**Olden -** 1:34, 4:12, 12:9, 12:13, 28:16, 30:23, 31:18, 38:14, 38:18, 39:8, 42:11, 42:21, 43:13
**Olden's -** 38:17
**ON -** 1:18, 1:22, 1:25, 3:8, 3:16, 4:12, 4:15, 4:23, 5:2, 5:5, 5:7, 5:8, 5:19, 6:12, 6:20, 7:15, 7:16, 7:23, 7:25, 8:3, 8:6, 8:14, 8:19, 9:3, 9:9, 9:15, 9:25, 10:2, 10:12, 10:15, 10:19, 11:2, 11:14, 11:15, 12:3, 12:11, 12:15, 12:16, 13:3, 13:6, 14:3, 14:9, 16:4, 16:5, 16:21, 17:13, 17:14, 17:20, 18:4, 18:19, 19:7, 20:1, 20:7, 20:16, 20:22, 21:15, 22:4, 22:6, 22:18, 24:14, 25:24, 25:25, 26:2, 26:10, 27:14, 27:18, 28:5, 32:6, 33:6, 33:8, 33:20, 34:4, 35:19, 36:1, 36:7, 36:13, 38:2, 38:21, 39:9, 39:10, 39:17, 40:11,

40:22, 43:9, 43:10, 46:4, 46:15, 47:12, 47:22, 47:23, 48:8
**Once -** 12:21
**One -** 2:40, 6:10, 6:14, 18:5, 19:8, 19:10, 19:18, 19:21, 19:23, 22:4, 22:12, 22:14, 26:17, 26:22, 27:19, 27:20, 28:12, 29:14, 29:23, 29:25, 34:3, 34:5, 37:6, 41:3
**Ones -** 20:20, 27:2
**Ongoing -** 9:20, 31:15
**Only -** 35:23, 39:12, 42:20, 49:3
**Open -** 49:20
**Operate -** 9:5, 9:25, 14:16, 22:3
**Operates -** 49:18
**Operating -** 7:22, 8:19, 9:9, 11:7, 12:3, 20:4, 21:1, 24:18, 49:10
**Operation -** 9:2, 25:2
**Operations -** 9:1, 9:5, 31:14, 31:15, 31:24
**Opinion -** 34:25
**Opportunity -** 23:12, 26:13, 33:22, 35:5
**Opposed -** 45:7
**Option -** 4:2
**Optionality -** 18:20
**Or -** 3:11, 3:18, 9:7, 10:6, 10:19, 11:2, 12:11, 13:5, 13:6, 13:21, 14:8, 15:7, 15:8, 15:13, 16:23, 17:10, 18:16, 22:12, 23:19, 25:25, 27:6, 27:11, 27:20, 28:6, 29:3, 29:9, 30:14, 31:2, 31:8, 34:12, 34:21, 35:6, 36:5, 36:17, 36:21, 36:22, 36:25, 38:15, 38:16, 38:18, 38:19, 42:3, 42:7, 43:6, 44:22, 46:4, 46:5, 46:9, 46:10, 46:18, 47:13, 49:4, 50:11, 50:16
**Oranges -** 46:3
**ORDER -** 1:15, 1:19, 1:20, 6:23, 7:22, 7:23, 7:24, 8:6, 8:20, 8:21, 8:25, 9:15, 9:21, 9:22, 10:2, 10:12, 11:5, 12:15, 12:18, 12:20, 12:25, 13:2, 13:3, 13:4, 13:15, 15:3, 15:6, 15:7, 15:9, 15:14, 16:11, 17:12,

17:13, 17:14, 18:3, 19:9, 21:9, 21:16, 21:25, 22:8, 23:1, 23:2, 26:11, 26:12, 26:13, 26:16, 27:17, 27:19, 32:5, 32:6, 32:14, 32:16, 33:6, 33:9, 34:17, 36:1, 40:24, 42:17, 45:21, 45:22, 46:3, 46:14, 50:3, 50:4, 50:6
**Orders -** 8:5, 8:18, 10:16, 17:10, 20:13, 23:18, 24:15, 32:15, 50:15, 50:18
**Original -** 26:18, 38:12
**Other -** 5:14, 11:23, 12:10, 12:17, 12:19, 13:3, 15:18, 17:19, 18:13, 19:10, 24:18, 26:17, 27:21, 28:9, 31:2, 43:4, 43:16, 43:17, 44:13, 45:4, 47:3, 49:4
**Others -** 15:24
**Otherwise -** 27:15
**Our -** 8:6, 9:9, 10:1, 10:16, 11:3, 11:6, 19:24, 21:16, 26:6, 29:8, 33:16, 34:25, 35:3, 40:20
**Out -** 6:5, 9:22, 10:2, 10:21, 11:15, 13:14, 14:8, 18:6, 18:19, 19:21, 20:7, 22:4, 22:6, 24:11, 25:17, 31:12, 33:23, 33:24, 34:3, 34:13, 36:7, 36:23, 41:20, 41:24, 43:19, 45:6, 46:23, 47:2
**Outside -** 49:19
**Over -** 3:23, 8:3, 8:15, 9:11, 16:19, 19:20, 27:9, 29:9, 31:1, 31:10
**Overlap -** 31:21, 44:3, 44:4, 44:6
**Overseeing -** 36:8
**Overstepping -** 43:21
**Owe -** 19:13
**Owed -** 10:4, 32:1
**Owes -** 32:1
**Own -** 10:10, 27:15, 35:19

**P**

**Pace -** 46:16
**Paddle -** 8:2
**Paddleboards -** 8:1, 8:4
**Paid -** 11:5, 13:19, 13:22, 29:9, 31:20, 49:2
**Papers -** 10:12, 38:9, 40:21

SURF 9 LLC                                    1-25-40078-JMM                                    APRIL  16, 2025

**Paradigm** - 37:7
**Paragraph** - 18:3, 25:9
**Parent** - 19:22
**Park** - 1:31, 2:9
**Part** - 9:21, 10:3, 11:3, 15:14, 24:13, 25:4, 32:5, 41:25
**Parte** - 26:12, 35:10
**Parties** - 12:9, 12:15, 12:19, 12:22, 13:3, 13:15, 14:11, 14:20, 15:18, 22:7, 26:24, 29:18, 30:2, 30:3, 31:11, 41:5, 41:8, 43:17
**Partner** - 4:12, 18:15, 18:18
**Party** - 22:18, 26:24, 35:21, 42:7
**Pass** - 10:16
**Patched** - 6:3
**Patience** - 48:5
**Patients** - 47:2
**Pay** - 11:17, 13:21, 18:9, 22:25
**Paying** - 13:18
**Payment** - 10:3, 18:22, 22:18, 22:19, 24:18
**Payments** - 13:18, 13:19, 15:23, 19:9, 19:13, 19:16, 20:12, 49:19
**Pays** - 13:20
**Pending** - 27:8
**People** - 10:20, 11:14, 11:23, 12:10, 21:1, 39:3, 50:12, 50:17
**Peoria** - 2:35
**Per** - 39:6
**Perfect** - 7:20
**Perform** - 17:9, 18:2, 18:15
**Performance** - 16:22
**Perhaps** - 19:22, 25:5, 35:19
**Period** - 14:18, 17:20, 17:21, 20:16, 45:8
**Permission** - 15:17
**Permit** - 22:3
**Permitted** - 17:25
**Person** - 6:14, 6:15
**Perspective** - 29:8, 35:13, 36:5
**Petition** - 11:9, 17:15, 17:21, 17:24, 20:12, 20:13, 20:14
**Phone** - 3:8, 3:16, 3:17,

3:23, 5:2, 5:12, 6:4, 31:11
**PICK** - 1:40, 1:41, 3:4, 3:7, 3:17, 3:21, 3:23, 4:4, 4:6, 4:9, 4:25, 5:2, 5:5, 5:8, 5:12, 6:10, 6:12, 6:17, 6:18, 10:11, 27:23, 28:24, 29:2, 29:19, 30:5, 30:9, 31:3, 31:5, 31:9, 32:10, 32:13, 32:19, 32:23, 33:3, 33:16, 34:7, 34:9, 34:15, 35:23, 36:14, 36:17, 38:20, 39:22, 39:23, 40:4, 40:10, 40:12, 40:14, 40:19, 41:12, 41:15, 41:18, 41:23, 42:2, 42:19, 42:23, 43:22, 43:25, 44:3, 44:10, 44:13, 44:18, 44:22, 45:2, 45:4, 45:11, 45:18, 45:20
**Pickle** - 37:14
**Pick's** - 38:24
**Picture** - 33:3
**Piece** - 15:21
**Pieces** - 25:3
**Pin** - 19:5
**Pivot** - 46:20, 46:21
**Place** - 8:5, 17:10, 37:8
**Plan** - 10:21, 28:8, 28:9
**Plane** - 47:23
**Plans** - 9:10
**Play** - 7:24, 20:5, 24:12
**Players** - 24:11
**Playing** - 17:4
**Plaza** - 2:20
**Pleading** - 36:23
**Please** - 3:2, 21:5, 28:23, 49:6
**Pleasure** - 48:7
**Plus** - 30:3
**Pocked** - 39:14
**Point** - 8:15, 9:9, 9:25, 11:23, 14:13, 15:3, 16:23, 20:6, 21:4, 33:16, 39:12, 50:1
**Pointed** - 36:7
**Portal** - 11:4, 19:14, 49:1
**Position** - 17:7, 23:5, 43:8
**Possession** - 6:21
**Possibility** - 19:21
**Possible** - 3:15, 4:7, 9:5
**Post** - 11:9, 20:12, 20:14
**Posture** - 36:21
**Posturing** - 20:9
**Potential** - 9:8, 46:24

**Practical** - 27:19, 39:20
**Practice** - 39:20
**Pre** - 7:3, 8:17, 11:9, 17:15, 17:24, 20:13
**Preceding** - 17:20
**Prefer** - 9:25, 16:21
**Prejudice** - 42:17
**Prepared** - 43:5
**Present** - 27:1, 43:7
**Presentation** - 40:5, 40:18, 41:4
**Presented** - 34:22, 34:23
**Pretty** - 47:21
**Prevail** - 10:17
**Prevent** - 27:10
**Prevented** - 44:5
**Preview** - 6:25
**Previously** - 26:12, 49:16
**Price** - 8:2, 8:5
**Principal** - 11:14
**Prior** - 38:16
**Probably** - 26:17, 36:15, 46:3
**Problem** - 6:9, 22:19, 34:15, 34:16, 34:17, 44:2, 45:19, 46:12, 47:10, 47:11, 48:23
**Procedural** - 36:21
**Procedure** - 27:1, 27:11, 27:17
**Procedures** - 34:20
**Proceed** - 41:18
**Proceeded** - 36:19
**Proceeding** - 27:8, 44:8
**Proceedings** - 2:47, 51:3
**Proceeds** - 14:4
**Process** - 14:15, 27:10
**Processes** - 27:9
**Produce** - 39:18, 41:7, 41:22, 42:1, 42:5, 42:9
**Produced** - 2:48, 27:5, 33:7, 37:11, 42:12
**Product** - 23:19, 23:20
**Production** - 27:5, 42:19, 47:8, 50:11
**Products** - 23:8
**Project** - 8:17
**Projected** - 17:23
**Projection** - 8:9
**Projections** - 14:1
**Proof** - 12:3
**Proper** - 10:2
**Properly** - 34:18, 36:6
**PROPERTY** - 1:23, 23:7

**Proportionality** - 35:12
**Proposal** - 9:16, 23:14, 23:22, 23:23, 25:18
**Proposals** - 9:20, 16:4
**Proposed** - 10:19, 12:23, 23:12
**Prosecuted** - 36:25
**Protection** - 24:21
**Protections** - 26:23, 27:16
**Provide** - 12:24, 16:12, 17:15, 23:19, 24:17, 39:4, 41:15, 41:19, 45:7, 45:9, 45:15
**Provided** - 16:13, 17:3, 26:7, 33:6, 33:12, 44:6
**Provides** - 24:20
**Providing** - 24:17, 44:7, 45:6
**Provision** - 50:6
**Provisions** - 13:15, 14:11, 50:2, 50:3
**Prudently** - 19:23
**Public** - 38:21
**Publicly** - 49:8
**Purchase** - 30:11, 30:12, 38:17, 38:20
**Purchased** - 19:15
**Purchases** - 8:12, 24:14, 24:19
**Purpose** - 32:15
**Purposes** - 34:24, 36:15
**Pursuant** - 30:14, 34:19, 42:18
**Pursue** - 36:9
**Pursuing** - 36:11
**Pushing** - 11:24
**Put** - 5:2, 7:18, 7:25, 17:14, 19:5, 23:13, 24:9
**Puts** - 10:23
**Putting** - 17:6, 49:19
**Puzzle** - 25:3

**Q**

**Quality** - 3:12, 7:14
**QUASH** - 1:21, 26:16, 32:17, 33:10, 35:1, 35:12
**Question** - 19:4, 21:24, 22:2, 27:4, 44:13, 45:4, 45:5, 46:2, 48:22, 49:6, 49:13
**Questions** - 26:21, 32:2, 49:11
**Quick** - 48:22

SURF 9 LLC                                  1-25-40078-JMM                                  APRIL  16, 2025

**Quickly -** 19:1
**Quite -** 18:11, 19:23, 24:10

### R

**Raise -** 36:15
**Raised -** 22:20, 36:19
**Range -** 8:1
**Rappaport -** 2:25, 5:16, 21:13
**Rather -** 17:24
**Re -** 1:5, 1:16
**Read -** 5:7, 16:11, 18:2, 20:25, 26:18, 27:24, 27:25, 28:1, 47:6, 50:2
**Reading -** 42:25
**REAL -** 1:23, 47:7
**Really -** 5:10, 18:4, 20:17, 20:19, 36:20
**Reason -** 17:8
**Reasonable -** 25:20
**Reasons -** 7:6, 19:23, 22:9
**Recall -** 11:21
**Receipts -** 17:22
**Receivable -** 24:21, 31:13
**Receivables -** 8:8, 31:16, 31:18, 31:23
**Receive -** 21:16
**Received -** 14:13, 17:18, 19:12
**Recent -** 9:21
**Reclassifies -** 35:1
**Recognize -** 22:19
**Reconciliation -** 19:12, 20:4, 50:12
**Reconnect -** 4:6
**Record -** 17:14, 22:16, 35:22, 36:13, 50:2, 51:3
**Recorded -** 2:47
**Recording -** 2:47
**Records -** 37:18
**Red -** 18:2
**Redo -** 11:12
**Reduce -** 9:4
**Reduced -** 11:13
**Reducing -** 8:8
**Refactor -** 24:23
**Referenced -** 30:15, 40:20
**References -** 30:11
**Referred -** 41:5
**Referring -** 12:23, 31:10
**Refinancing -** 43:6

**Regarding -** 13:23
**Regardless -** 14:7, 15:4
**Regular -** 27:7
**Reject -** 46:5
**Relate -** 32:2, 33:21, 42:25, 43:7, 43:8
**RELATED -** 1:16, 28:20, 31:21, 33:23, 42:6, 42:9, 42:20, 43:9
**Relating -** 42:10, 43:11
**Relationship -** 11:20, 14:6, 16:9, 16:10, 19:17, 19:18, 20:18, 20:19, 20:20, 20:22, 28:15, 28:16, 30:23, 31:7, 31:9, 31:11, 37:25, 38:13, 38:15, 39:8, 39:9, 41:8, 42:11, 42:21
**Relationships -** 41:4
**Relatively -** 14:18
**RELIEF -** 1:22, 36:20, 46:1, 46:6
**Rely -** 13:3
**Remain -** 15:3
**Remains -** 15:8
**Remember -** 32:5, 33:5, 40:3
**Remind -** 36:9
**Reorganize -** 16:20
**Reorganizing -** 16:2
**Repaid -** 10:4
**Repair -** 23:3
**Repayment -** 10:21
**Repeatedly -** 23:12
**Replace -** 18:18
**Replacement -** 46:24
**Replacements -** 46:25
**Report -** 11:1, 17:21
**Reporting -** 18:1, 20:3, 23:1, 50:2
**Reports -** 11:1, 11:6, 12:3, 17:19, 20:4, 49:10
**Representation -** 40:20
**Represented -** 48:25
**Representing -** 4:15, 5:17, 48:24
**Represents -** 30:10
**Request -** 18:12, 19:6, 40:1, 42:6, 42:10, 43:1, 43:18
**Requested -** 10:11, 28:2, 33:21, 36:17, 41:13
**Requesting -** 37:19
**Requests -** 35:5, 42:3,

43:3
**Require -** 12:25, 37:17
**Required -** 16:12, 23:1, 32:5
**Requires -** 34:20
**Rescheduled -** 39:14
**Reset -** 15:16
**Resolution -** 34:16
**Resolve -** 20:11, 35:20
**Respect -** 14:9, 25:14, 28:7, 29:5, 29:10, 31:12, 31:23, 31:24, 32:4, 34:18, 35:2, 35:3, 37:25, 38:3, 41:7, 41:12, 41:18, 42:20
**Respond -** 18:25, 21:4, 22:15, 24:10, 34:1, 35:5, 35:19, 37:15, 38:5, 38:23
**Responded -** 37:16
**Responding -** 35:11, 38:9
**Response -** 24:6, 40:22, 41:16
**Responsible -** 49:15
**Responsive -** 34:6, 42:1, 42:5
**Restricted -** 49:21
**Restricting -** 18:14, 49:19
**Restructure -** 10:16
**Restyle -** 10:1
**Resulted -** 43:12
**Retained -** 16:14
**Retention -** 6:22, 10:10, 26:2, 26:4, 26:7, 26:10
**Reticent -** 27:13
**Return -** 23:17, 25:8
**Returnable -** 18:17, 46:7, 47:17, 47:20
**Reviewed -** 26:18, 26:19
**Revised -** 21:14, 21:15
**Rexcorp -** 2:20
**Right -** 7:18, 15:14, 16:6, 20:3, 28:3, 32:17, 37:8, 37:14, 37:18, 50:15
**Rights -** 20:9, 20:10, 27:18, 36:9
**ROAD -** 1:23
**Rockville -** 2:27
**Roles -** 24:12
**Rome -** 2:14, 4:20
**Room -** 2:40
**Royalties -** 15:15, 18:22
**Rudely -** 31:4
**RULE -** 1:20, 27:2, 34:11, 35:6
**Rules -** 26:25, 27:7, 27:11,

27:16, 27:17, 34:20, 44:19
**Run -** 31:18
**Runs -** 24:16, 24:22
**Ruskin -** 2:19, 4:23, 15:1, 35:18

### S

**Safeguards -** 20:3
**Said -** 13:24, 29:17, 30:6, 31:6, 38:20, 39:25, 41:3, 41:6, 46:22, 47:20
**Sake -** 35:22
**Sale -** 31:23, 43:12
**Sales -** 8:11, 8:17, 11:12
**Sam -** 28:16, 30:23, 31:7, 31:19
**Same -** 20:22, 44:11, 48:18
**Save -** 39:2
**Saves -** 39:20
**Saw -** 9:3
**Say -** 11:3, 15:24, 16:13, 16:24, 28:4, 31:5, 32:21, 35:21
**Saying -** 18:10, 22:8, 37:18, 37:19, 44:8, 46:13
**Says -** 17:13, 46:4, 46:14
**Scenery -** 18:11
**Schedule -** 20:16, 42:2
**Scheduled -** 28:4, 31:25
**SCHEDULING -** 1:19, 25:8, 25:15, 45:25, 47:5
**SCHMIDT -** 2:7, 5:20, 5:21, 5:25, 13:6
**Scope -** 27:2
**SCOTT -** 2:37, 12:2, 26:3, 26:6
**Screen -** 5:7
**SCRIBE -** 2:43, 51:7
**SDNY -** 35:21, 36:7
**Se -** 39:6
**Sec -** 29:14
**Second -** 5:8, 7:10, 7:22, 7:23, 8:20, 8:24, 12:18, 13:3, 19:8, 21:5, 29:23, 29:25, 37:6, 40:11
**Secretive -** 36:22
**Secured -** 4:13, 4:15, 31:1, 31:13, 43:13, 49:3, 49:7
**See -** 5:3, 9:19, 10:18, 14:19, 15:7, 20:17, 25:15, 30:15, 30:24, 34:13, 34:16, 35:7, 42:1, 42:4,

50:19
**Seeing** - 30:16
**Seeking** - 36:12, 46:5
**Seem** - 36:24
**Seemed** - 40:5
**Seidman** - 30:10, 36:14, 36:17
**Sell** - 19:18
**Sells** - 7:25
**Senior** - 43:13
**Sense** - 9:23, 16:17, 16:18, 34:1, 34:9, 48:4
**Sensitive** - 8:4
**Sent** - 22:7
**Serious** - 31:21
**Serve** - 32:6
**Served** - 32:10, 33:7
**Serves** - 12:8
**Service** - 2:48, 32:8
**Set** - 20:15, 41:21, 45:6
**Settlement** - 10:20, 36:14, 40:21
**Seven** - 13:20
**Shall** - 17:15, 42:1, 42:5, 42:9, 42:12, 46:5
**SHANNON** - 2:37, 12:2, 26:6
**Shared** - 17:1
**Sharing** - 36:20
**She** - 40:20, 40:23
**SHERYL** - 2:18, 4:22, 15:1, 15:12, 35:17
**Short** - 11:22, 14:18, 32:21, 32:23, 32:25
**Shot** - 5:1
**Should** - 10:14, 16:23, 20:16, 25:21, 27:19, 28:19, 35:21, 39:15, 40:24
**Show** - 17:5, 34:20, 37:11
**Shows** - 11:4
**Side** - 43:9
**Sign** - 22:4
**Signed** - 7:23, 33:5, 38:14
**Significant** - 7:6
**Significantly** - 8:3
**Similar** - 12:24, 21:17
**Simpler** - 45:5
**Since** - 13:19, 15:19, 15:20, 16:12, 23:23, 46:20, 49:15
**Sinister** - 25:1
**Sinking** - 26:1
**Sir** - 43:24
**Situations** - 49:18

**Six** - 18:16, 26:17
**Slow** - 46:16
**Small** - 33:4
**So** - 3:9, 4:2, 5:7, 5:9, 5:10, 5:11, 5:23, 6:18, 6:20, 7:15, 7:18, 8:6, 8:9, 8:14, 9:8, 9:9, 9:13, 9:25, 10:7, 10:14, 10:18, 10:25, 11:22, 12:7, 12:8, 12:10, 12:19, 12:25, 13:13, 13:22, 14:2, 15:13, 17:17, 18:10, 18:17, 18:20, 19:7, 19:24, 20:5, 20:25, 21:22, 22:16, 23:17, 25:7, 25:13, 25:22, 25:23, 26:3, 26:7, 26:10, 26:11, 26:12, 26:17, 26:21, 27:5, 27:9, 27:18, 27:19, 28:6, 28:12, 28:20, 29:17, 30:1, 30:3, 30:6, 30:17, 30:22, 30:24, 31:3, 32:17, 32:20, 33:13, 33:17, 33:18, 34:7, 34:9, 34:11, 34:24, 35:10, 36:10, 36:24, 37:6, 37:14, 38:6, 38:21, 39:21, 39:25, 40:1, 40:16, 40:21, 40:24, 41:2, 41:11, 41:18, 41:22, 41:25, 42:5, 43:1, 43:14, 43:21, 44:17, 45:16, 45:17, 45:21, 45:22, 45:24, 45:25, 46:7, 47:7, 47:11, 47:16, 47:23, 48:2, 48:7, 49:20, 49:24, 50:7, 50:12, 50:18
**Sold** - 29:21, 31:17
**Solely** - 33:23
**Some** - 4:16, 7:19, 7:25, 10:3, 11:13, 14:1, 14:6, 14:11, 22:19, 26:14, 31:2, 33:18, 33:25, 34:2, 35:11, 40:6, 40:25, 41:1, 43:14, 45:25
**Somebody** - 37:23, 40:6, 45:21
**Somehow** - 27:14
**Something** - 20:23, 25:5, 27:6, 31:4, 34:13, 37:16, 41:9, 41:22, 46:17, 46:19
**Sometimes** - 27:18
**Somewhat** - 8:9, 20:8
**Sooner** - 46:15
**Sorry** - 3:6, 3:9, 5:7, 5:11, 6:7, 17:17, 21:9, 29:25, 31:5, 31:17, 32:22, 43:25,

46:11, 47:1, 48:14
**Sort** - 14:18
**Sought** - 36:2
**Sound** - 2:47, 3:12, 3:16, 3:18, 4:3, 6:5, 6:16, 7:14, 40:23, 49:24
**Sounds** - 3:14, 25:25, 35:23
**Source** - 9:8, 40:6
**Sources** - 9:6, 11:17
**Southard** - 1:35, 12:13
**Space** - 9:3, 9:4
**Speak** - 4:16, 21:3
**Speaking** - 26:22, 26:23, 39:24
**Specific** - 33:20, 49:9
**Specifically** - 12:23
**Specified** - 17:22
**Spelled** - 36:23
**Spending** - 38:4
**Sports** - 2:2, 5:21
**Spray** - 31:7, 37:25
**Spree** - 28:16, 30:23, 31:8, 38:14
**SPRINGS** - 1:24
**Spry** - 31:19, 41:5, 41:8
**Spry's** - 42:11, 42:21
**Squeeze** - 47:12
**Stake** - 23:13
**Start** - 12:7, 12:10, 43:21
**Started** - 6:24, 40:4
**Starting** - 8:25
**Statements** - 43:4
**STATES** - 1:1, 2:38, 17:17
**Status** - 6:22, 22:9, 29:5, 48:18
**STAY** - 1:22, 3:15, 7:12, 7:18, 18:13, 23:5, 46:2, 46:6
**Stead** - 10:24
**Stem** - 8:19, 10:15
**STEPHANIE** - 1:34, 4:12, 12:12, 38:8
**Stepping** - 27:14, 34:4
**Stevens** - 1:36, 12:13
**Still** - 3:20, 11:7, 20:7, 29:16, 46:9, 46:10
**Stop** - 7:10, 7:11, 29:14, 29:16, 29:23, 29:25, 35:14
**Stopped** - 8:6
**Stores** - 8:12
**Story** - 36:21
**Streamline** - 9:5
**Street** - 1:37, 2:5, 2:44,

51:8
**Struck** - 48:3
**Struggling** - 15:25
**Stuff** - 15:15
**Subject** - 8:12, 43:14
**Submit** - 10:10, 12:20, 13:1, 26:11, 45:21, 45:22
**Submitted** - 49:2
**SUBPOENA** - 1:21, 26:14, 26:16, 27:22, 28:1, 32:16, 33:7, 33:11, 33:13, 33:21, 34:1, 34:7, 35:1, 35:12, 36:3, 36:4, 36:5, 37:16, 38:9
**Such** - 6:16
**Suggest** - 12:19, 35:4
**Suggesting** - 25:5
**Suggestion** - 22:4
**Suggestive** - 25:1
**Suite** - 2:5, 2:26
**SUITES** - 1:24
**Summarize** - 40:16
**Sunrise** - 2:26
**Supply** - 9:8, 39:5
**Supplying** - 11:8
**Support** - 14:16, 24:14, 24:16, 38:12, 43:5
**Supportive** - 13:14, 14:16
**Supposed** - 13:19, 17:5, 23:14, 28:13, 28:22, 29:3, 29:20, 30:12
**Sure** - 5:9, 11:22, 13:18, 13:20, 14:10, 14:12, 21:9, 22:5, 27:18, 28:11, 36:11, 37:15, 39:7, 42:4, 48:8, 50:5
**SURF** - 1:7, 1:13, 1:19, 1:22, 1:30, 3:2, 16:8, 16:19, 16:20, 16:25, 17:1, 18:18, 31:19, 49:20
**Surprise** - 34:21, 35:9
**Survive** - 11:19, 11:22, 16:2, 20:23, 37:14
**Survived** - 11:21
**Suspension** - 10:3
**SWEENEY** - 1:34, 4:12, 12:11, 12:12, 12:13, 21:7, 21:14, 38:6, 38:8, 40:25, 41:3
**Switch** - 3:15, 3:23
**Switched** - 21:23
**System** - 11:5

| **T** |
| --- |

**Tailored -** 36:6
**Takashina -** 2:25, 5:16, 21:8, 21:13, 21:16
**Takashina's -** 12:23
**Take -** 4:1, 10:1, 10:6, 17:10, 25:25, 34:12, 35:15, 43:16
**Taken -** 9:11, 26:25, 27:2, 28:7, 29:9
**Takes -** 23:5, 24:24
**Taking -** 8:18, 13:21, 18:6, 18:8, 27:22, 43:19
**Talk -** 25:8, 25:15, 28:21, 30:23, 41:24
**Talked -** 41:1
**Talking -** 40:23, 47:5, 47:7, 49:24
**Targeted -** 39:18
**Tariff -** 7:3, 7:4, 7:23, 8:13, 8:19, 49:17
**Tariffs -** 7:16, 8:2, 8:13, 8:14, 9:10, 9:11, 10:15, 11:16, 11:22, 15:25, 16:2, 20:17, 25:22
**Telephone -** 40:12
**Tell -** 17:13, 18:1, 28:22, 31:3, 31:6, 39:16, 46:23
**Telling -** 47:9
**Ten -** 9:24
**Term -** 11:19
**Termination -** 25:16
**Terms -** 9:1, 9:17, 10:10, 10:20, 12:22, 12:24, 13:1, 14:19, 15:8, 16:5, 18:22, 20:3, 21:8, 21:17
**Terrific -** 22:17
**Territories -** 23:8
**Th -** 11:2
**Than -** 12:17, 13:21, 23:23, 30:13
**Thank -** 4:5, 4:8, 4:9, 5:13, 6:20, 11:25, 12:5, 12:7, 13:10, 13:12, 13:13, 14:24, 15:2, 15:11, 15:12, 20:24, 21:12, 21:22, 24:4, 25:7, 26:8, 30:21, 30:22, 35:17, 37:1, 37:2, 38:8, 38:21, 38:23, 45:18, 45:20, 47:25, 48:4, 48:5, 48:13, 48:16, 49:23, 50:18, 50:20, 50:21
**That -** 3:6, 3:25, 4:2, 4:7, 4:20, 5:4, 5:9, 5:13, 6:5,

6:16, 7:3, 8:3, 8:5, 8:8, 8:23, 8:25, 9:9, 9:15, 9:17, 10:1, 10:4, 10:12, 10:14, 10:23, 11:4, 11:6, 12:18, 12:20, 12:22, 13:4, 13:21, 13:23, 14:2, 14:3, 14:4, 14:5, 14:7, 14:10, 14:12, 14:19, 14:20, 14:24, 15:4, 15:6, 15:7, 15:8, 15:10, 15:22, 16:3, 16:4, 16:5, 16:8, 16:9, 16:10, 16:21, 16:24, 17:2, 17:3, 17:4, 17:8, 17:9, 18:2, 18:7, 18:8, 18:10, 18:15, 18:17, 18:19, 19:11, 19:15, 19:18, 19:19, 19:21, 19:23, 19:25, 20:5, 20:9, 20:10, 20:14, 20:18, 20:20, 20:23, 21:1, 21:7, 21:9, 21:17, 22:4, 22:6, 22:14, 22:16, 22:19, 22:20, 22:23, 22:24, 23:2, 23:3, 23:5, 23:11, 23:14, 23:17, 23:18, 23:19, 23:21, 23:22, 24:9, 24:11, 24:14, 24:15, 24:17, 24:19, 24:20, 25:2, 25:4, 25:5, 25:6, 25:18, 26:5, 26:15, 26:23, 26:24, 27:1, 27:5, 27:13, 27:14, 27:16, 27:18, 28:3, 28:4, 28:7, 28:10, 28:11, 28:12, 28:14, 28:19, 29:3, 29:6, 29:7, 29:10, 29:21, 30:12, 30:13, 30:15, 30:16, 30:23, 30:24, 31:2, 31:4, 31:6, 31:20, 31:21, 32:2, 32:4, 32:5, 32:12, 32:15, 32:24, 33:20, 33:22, 33:23, 33:24, 33:25, 34:6, 34:8, 34:18, 34:22, 35:4, 35:11, 35:20, 35:21, 36:2, 36:5, 36:8, 36:10, 36:12, 36:16, 36:22, 37:8, 37:12, 37:13, 37:15, 37:16, 37:19, 37:20, 37:21, 38:10, 38:11, 38:12, 38:14, 38:16, 38:21, 39:1, 39:9, 39:10, 39:13, 39:17, 39:19, 39:20, 40:3, 40:10, 40:22, 41:3, 41:6, 41:9, 41:10, 41:18, 41:20, 41:22, 41:23, 41:24, 42:4, 42:8, 42:15, 42:21, 42:24,

42:25, 43:7, 43:8, 43:12, 43:19, 43:20, 44:4, 44:5, 45:2, 45:8, 45:9, 45:18, 45:20, 45:23, 46:11, 46:14, 46:16, 46:19, 46:20, 46:22, 46:23, 47:8, 47:13, 47:16, 47:22, 48:2, 48:4, 48:8, 48:18, 48:25, 49:3, 49:4, 49:17, 49:25, 50:1, 50:5, 50:6, 50:7, 50:13, 50:14, 51:2
**That'd -** 42:13
**That's -** 3:10, 3:22, 4:8, 5:23, 6:18, 6:25, 7:20, 10:25, 11:22, 13:5, 13:24, 14:7, 15:5, 18:1, 19:21, 21:10, 23:20, 23:22, 24:23, 24:25, 27:8, 27:19, 28:21, 28:22, 31:2, 32:12, 32:17, 35:10, 36:8, 36:10, 37:12, 37:22, 37:24, 38:1, 38:6, 38:13, 39:13, 41:2, 41:3, 41:8, 41:9, 41:10, 41:11, 41:22, 42:4, 42:15, 43:7, 43:19, 43:20, 45:17, 49:3, 49:21, 49:23
**THE -** 1:15, 1:16, 1:18, 1:29, 1:33, 1:40, 2:1, 2:12, 2:15, 2:18, 2:24, 2:28, 2:30, 2:37, 2:38, 3:1, 3:3, 3:6, 3:8, 3:9, 3:12, 3:13, 3:16, 3:19, 3:20, 3:22, 3:25, 4:3, 4:5, 4:8, 4:10, 4:15, 4:18, 4:20, 5:1, 5:2, 5:3, 5:6, 5:9, 5:12, 5:13, 5:23, 6:1, 6:5, 6:7, 6:9, 6:14, 6:15, 6:18, 6:20, 6:21, 6:22, 6:23, 7:3, 7:4, 7:5, 7:10, 7:14, 7:15, 7:16, 7:18, 7:19, 7:20, 7:21, 7:22, 7:23, 7:24, 7:25, 8:1, 8:2, 8:3, 8:4, 8:5, 8:7, 8:10, 8:11, 8:14, 8:16, 8:19, 8:20, 8:21, 8:22, 8:23, 8:24, 9:2, 9:3, 9:5, 9:10, 9:11, 9:13, 9:14, 9:15, 9:17, 9:19, 9:21, 9:22, 10:1, 10:2, 10:3, 10:5, 10:8, 10:9, 10:11, 10:12, 10:13, 10:14, 10:15, 10:17, 10:18, 10:19, 10:20, 10:22, 10:23, 10:25, 11:5, 11:8, 11:9, 11:10, 11:11, 11:12,

11:13, 11:16, 11:17, 11:18, 11:20, 11:21, 11:22, 11:23, 11:25, 12:1, 12:2, 12:3, 12:4, 12:7, 12:9, 12:14, 12:15, 12:16, 12:18, 12:19, 12:22, 12:24, 12:25, 13:2, 13:3, 13:5, 13:10, 13:12, 13:15, 13:19, 14:1, 14:6, 14:9, 14:10, 14:11, 14:12, 14:15, 14:17, 14:19, 14:20, 14:22, 14:24, 15:3, 15:4, 15:5, 15:6, 15:9, 15:11, 15:13, 15:17, 15:18, 15:19, 15:20, 15:22, 15:24, 15:25, 16:2, 16:3, 16:8, 16:10, 16:11, 16:12, 16:13, 16:17, 16:20, 16:21, 17:4, 17:7, 17:8, 17:11, 17:12, 17:13, 17:14, 17:15, 17:17, 17:18, 17:20, 17:21, 17:23, 17:24, 18:2, 18:3, 18:4, 18:5, 18:6, 18:7, 18:8, 18:9, 18:11, 18:12, 18:13, 18:15, 18:16, 18:17, 18:19, 18:23, 19:2, 19:5, 19:6, 19:7, 19:9, 19:10, 19:12, 19:13, 19:14, 19:17, 19:18, 19:19, 19:20, 19:21, 19:22, 19:23, 19:25, 20:2, 20:3, 20:5, 20:7, 20:8, 20:9, 20:10, 20:12, 20:15, 20:17, 20:18, 20:19, 20:20, 20:21, 20:22, 20:24, 20:25, 21:1, 21:4, 21:5, 21:6, 21:9, 21:10, 21:17, 21:19, 21:22, 21:25, 22:3, 22:5, 22:7, 22:8, 22:9, 22:11, 22:14, 22:16, 22:17, 22:18, 22:20, 22:22, 22:23, 22:24, 22:25, 23:1, 23:5, 23:8, 23:10, 23:12, 23:13, 23:17, 23:18, 23:19, 23:22, 23:23, 23:24, 24:2, 24:4, 24:6, 24:8, 24:9, 24:10, 24:12, 24:13, 24:14, 24:15, 24:16, 24:17, 24:19, 24:22, 24:23, 24:24, 24:25, 25:7, 25:11, 25:12, 25:13, 25:14, 25:18, 25:22,

SURF 9 LLC                                  1-25-40078-JMM                                  APRIL  16, 2025

25:23, 25:24, 25:25, 26:2,
26:3, 26:4, 26:7, 26:9,
26:10, 26:11, 26:14,
26:15, 26:16, 26:17,
26:18, 26:19, 26:25, 27:2,
27:3, 27:4, 27:5, 27:7,
27:8, 27:10, 27:11, 27:12,
27:14, 27:16, 27:17,
27:21, 27:22, 27:23,
27:24, 27:25, 28:1, 28:2,
28:3, 28:4, 28:8, 28:10,
28:12, 28:13, 28:15,
28:16, 28:17, 28:20,
28:21, 29:1, 29:3, 29:4,
29:5, 29:8, 29:9, 29:11,
29:12, 29:14, 29:16,
29:17, 29:18, 29:21,
29:23, 29:25, 30:2, 30:3,
30:4, 30:6, 30:15, 30:16,
30:19, 30:22, 30:23,
30:24, 31:1, 31:7, 31:9,
31:11, 31:12, 31:13,
31:14, 31:15, 31:16,
31:19, 31:20, 31:21,
31:23, 31:24, 32:1, 32:3,
32:4, 32:5, 32:6, 32:7,
32:8, 32:9, 32:10, 32:12,
32:14, 32:16, 32:20,
32:25, 33:2, 33:3, 33:5,
33:6, 33:7, 33:8, 33:11,
33:13, 33:14, 33:17,
33:20, 33:21, 33:22,
33:24, 34:1, 34:3, 34:4,
34:5, 34:6, 34:14, 34:15,
34:16, 34:17, 34:22,
34:23, 34:24, 35:1, 35:3,
35:4, 35:5, 35:7, 35:9,
35:10, 35:12, 35:13,
35:18, 35:21, 35:22,
35:24, 36:1, 36:2, 36:3,
36:4, 36:5, 36:7, 36:8,
36:10, 36:11, 36:13,
36:14, 36:16, 36:20,
36:23, 36:25, 37:2, 37:4,
37:6, 37:7, 37:8, 37:10,
37:11, 37:13, 37:15,
37:17, 37:20, 37:21,
37:22, 37:25, 38:2, 38:9,
38:10, 38:11, 38:12,
38:13, 38:15, 38:16,
38:17, 38:18, 38:19,
38:20, 38:21, 38:23, 39:4,
39:7, 39:8, 39:11, 39:12,
39:22, 39:24, 40:1, 40:3,

40:7, 40:11, 40:12, 40:16,
40:19, 40:20, 40:23,
40:24, 41:4, 41:5, 41:7,
41:8, 41:10, 41:11, 41:13,
41:14, 41:17, 41:20,
41:21, 41:24, 41:25, 42:1,
42:3, 42:5, 42:7, 42:9,
42:11, 42:14, 42:17,
42:19, 42:20, 42:21,
42:22, 42:24, 43:1, 43:5,
43:6, 43:7, 43:9, 43:11,
43:12, 43:13, 43:14,
43:16, 43:17, 43:19,
43:20, 43:24, 44:2, 44:6,
44:7, 44:8, 44:9, 44:10,
44:11, 44:12, 44:13,
44:15, 44:17, 44:18,
44:19, 44:21, 44:25, 45:3,
45:4, 45:6, 45:7, 45:10,
45:12, 45:16, 45:19,
45:21, 45:24, 46:2, 46:3,
46:4, 46:5, 46:8, 46:12,
46:14, 46:15, 46:16,
46:19, 46:20, 46:23, 47:1,
47:3, 47:15, 47:16, 47:20,
47:25, 48:4, 48:7, 48:11,
48:13, 48:15, 48:17,
48:18, 48:21, 48:23,
48:25, 49:1, 49:5, 49:8,
49:10, 49:12, 49:17,
49:19, 49:20, 49:23, 50:2,
50:3, 50:6, 50:7, 50:8,
50:12, 50:14, 50:17, 51:2,
51:3

**Their** - 6:16, 7:7, 8:18,
13:20, 17:5, 27:15, 49:16
**Them** - 4:4, 20:11, 22:1,
23:15, 35:4, 39:5, 39:14,
39:17, 43:2, 43:14, 43:15,
45:14, 45:15, 47:12, 49:22
**Themselves** - 19:16
**Then** - 11:8, 11:10, 11:19,
12:10, 13:1, 13:2, 15:10,
18:15, 22:23, 32:7, 32:16,
34:16, 34:25, 35:5, 35:6,
35:15, 38:4, 40:25
**There** - 8:9, 8:13, 9:3, 9:4,
9:17, 9:18, 9:19, 10:6,
10:22, 11:1, 12:4, 12:10,
13:15, 14:2, 14:5, 15:7,
16:6, 16:21, 20:13, 20:15,
21:14, 21:15, 22:19,
24:11, 25:2, 26:12, 26:23,
28:9, 28:15, 29:2, 29:7,

29:14, 29:16, 29:19, 30:7,
30:12, 30:25, 31:21, 33:4,
33:23, 34:4, 34:5, 34:9,
34:23, 35:11, 35:16, 36:6,
43:15, 44:17, 46:14,
46:17, 46:23
**Thereof** - 43:11
**There's** - 4:1, 15:4, 19:11,
20:9, 20:10, 20:21, 21:20,
23:6, 23:21, 24:24, 24:25,
25:1, 25:19, 27:7, 28:6,
30:1, 30:9, 32:15, 36:21,
37:21, 37:22, 38:10,
43:22, 44:3, 44:4, 44:6,
46:17, 48:3, 50:4, 50:10
**These** - 6:25, 13:25,
27:21, 32:14, 38:3, 39:19,
43:17, 43:21
**They** - 5:25, 9:11, 9:12,
9:22, 9:24, 9:25, 10:2,
11:4, 11:14, 11:16, 12:24,
12:25, 13:2, 13:16, 13:17,
13:20, 14:22, 16:14,
16:16, 19:11, 19:14,
19:16, 19:17, 20:2, 20:18,
22:25, 23:23, 29:7, 33:9,
33:11, 33:12, 35:11, 39:13,
39:15, 39:16, 41:9, 45:9,
49:18, 50:7
**They're** - 17:4, 17:5, 17:6,
18:6, 25:5, 36:17, 39:11,
39:12, 39:16, 45:5
**They've** - 13:17
**Thick** - 30:1
**Thing** - 16:17, 22:12,
22:14, 27:21, 30:22, 40:3,
41:3
**Things** - 10:7, 14:10,
18:13, 19:7, 19:21, 22:15,
28:10, 34:3, 42:15
**Think** - 4:1, 4:4, 6:2, 6:9,
6:10, 7:5, 7:6, 7:22, 8:7,
8:10, 8:16, 8:20, 8:24,
9:14, 9:22, 9:24, 10:2,
10:3, 10:8, 10:13, 10:14,
10:17, 11:1, 11:18, 11:21,
12:9, 13:6, 14:3, 15:14,
15:16, 15:21, 16:2, 19:3,
19:16, 19:23, 20:6, 20:8,
20:15, 20:16, 21:7, 21:20,
25:13, 25:23, 26:23, 27:6,
27:16, 27:25, 28:1, 28:6,
28:10, 28:11, 28:17,
28:18, 28:21, 28:25, 30:7,

30:16, 31:7, 31:9, 33:19,
33:21, 34:4, 34:6, 34:8,
35:9, 35:25, 36:3, 36:4,
36:10, 36:18, 36:21,
37:21, 37:22, 37:24, 39:1,
39:2, 39:11, 39:13, 39:19,
41:10, 41:20, 41:21,
43:19, 43:21, 44:5, 46:4,
46:18, 46:22, 47:9, 48:18,
49:8, 50:3
**Thinks** - 41:6, 41:8
**Third** - 12:15, 12:25,
21:15, 26:24, 35:20, 42:7
**This** - 3:18, 4:25, 5:23,
6:3, 7:7, 7:16, 8:15, 9:12,
9:25, 10:5, 10:16, 11:15,
11:19, 12:20, 13:2, 13:6,
14:13, 15:2, 15:14, 16:7,
16:23, 17:14, 18:5, 18:21,
19:12, 20:6, 20:8, 21:8,
22:3, 23:3, 23:9, 25:3,
25:15, 25:18, 25:19,
25:22, 25:24, 26:1, 26:22,
27:12, 27:22, 30:17,
30:25, 32:15, 32:18, 33:9,
34:5, 34:10, 36:19, 36:20,
37:1, 37:9, 39:6, 39:10,
42:17, 44:7, 47:2, 48:24,
49:16, 49:22, 50:15, 50:18
**Those** - 8:2, 8:12, 10:7,
11:10, 12:25, 13:1, 13:22,
14:4, 14:8, 19:15, 20:11,
28:18, 29:5, 29:6, 31:14,
31:23, 39:3, 39:5, 39:18,
42:11, 42:24, 49:18
**Though** - 23:5, 34:9
**Thought** - 11:20, 24:11,
25:4, 39:15, 43:25
**Three** - 17:18, 19:9, 34:11
**Through** - 8:7, 11:4, 35:7,
43:14, 49:22
**Tide** - 8:19, 10:15
**Tight** - 20:1
**Time** - 1:8, 6:16, 7:3, 7:21,
11:16, 14:18, 18:19, 20:6,
23:15, 23:21, 24:24, 26:5,
29:21, 33:13, 33:25, 34:1,
34:2, 34:13, 38:4, 45:6,
45:8, 47:7, 48:14, 48:18
**Timely** - 13:22, 15:23
**Times** - 13:21, 27:7
**Timing** - 23:17
**Tirelessly** - 11:15
**TO** - 1:15, 1:17, 1:20,

1:21, 3:7, 3:15, 3:16, 3:17, 3:23, 4:2, 4:6, 5:16, 6:9, 6:13, 6:23, 6:25, 7:7, 7:10, 7:11, 7:19, 8:1, 8:3, 8:4, 8:9, 8:10, 8:12, 8:16, 8:17, 8:18, 8:21, 8:23, 8:25, 9:1, 9:4, 9:5, 9:13, 9:15, 9:17, 9:19, 9:22, 9:25, 10:1, 10:2, 10:4, 10:6, 10:8, 10:9, 10:13, 10:15, 10:17, 10:21, 10:22, 11:2, 11:3, 11:6, 11:9, 11:12, 11:17, 11:19, 12:9, 12:11, 12:14, 12:20, 12:23, 12:24, 13:1, 13:17, 13:18, 13:19, 13:21, 13:23, 13:25, 14:4, 14:5, 14:8, 14:9, 14:10, 14:11, 14:14, 14:15, 14:16, 14:17, 14:18, 14:23, 15:3, 15:5, 15:6, 15:7, 15:16, 15:18, 15:20, 15:23, 15:24, 16:1, 16:2, 16:9, 16:12, 16:13, 16:18, 16:19, 16:20, 16:25, 17:2, 17:3, 17:5, 17:8, 17:11, 17:14, 17:15, 17:16, 17:18, 17:21, 17:22, 18:2, 18:9, 18:12, 18:14, 18:18, 18:19, 18:21, 18:22, 18:25, 19:5, 19:11, 19:13, 19:14, 19:19, 19:24, 20:1, 20:5, 20:7, 20:17, 20:21, 20:22, 20:23, 21:4, 21:6, 21:7, 21:11, 21:13, 21:16, 21:20, 21:21, 21:25, 22:2, 22:3, 22:5, 22:8, 22:9, 22:12, 22:15, 22:24, 23:1, 23:3, 23:6, 23:8, 23:13, 23:14, 23:19, 23:20, 23:22, 23:24, 23:25, 24:9, 24:10, 24:13, 24:14, 24:15, 24:17, 24:19, 24:22, 24:23, 25:2, 25:3, 25:4, 25:6, 25:14, 25:15, 25:17, 25:19, 25:21, 25:22, 25:24, 26:1, 26:4, 26:9, 26:13, 26:14, 26:15, 26:16, 26:22, 26:24, 26:25, 27:3, 27:10, 27:15, 27:17, 27:22, 28:7, 28:13, 28:14, 28:16, 28:20, 28:22, 29:3, 29:5, 29:9, 29:10, 29:11, 29:18, 29:20, 30:2, 30:3, 30:10,

30:12, 30:14, 30:15, 30:23, 31:3, 31:6, 31:10, 31:13, 31:18, 31:20, 31:22, 31:23, 31:24, 31:25, 32:1, 32:2, 32:4, 32:6, 32:8, 32:17, 32:20, 32:21, 33:3, 33:6, 33:7, 33:9, 33:10, 33:13, 33:18, 33:19, 33:21, 33:23, 33:24, 33:25, 34:1, 34:2, 34:6, 34:10, 34:13, 34:15, 34:17, 34:19, 34:20, 34:25, 35:1, 35:2, 35:3, 35:5, 35:11, 35:12, 35:14, 35:20, 35:22, 36:3, 36:9, 36:11, 36:14, 36:15, 36:16, 36:19, 36:25, 37:7, 37:8, 37:10, 37:11, 37:15, 37:16, 37:17, 37:18, 37:20, 37:22, 37:23, 37:25, 38:2, 38:3, 38:5, 38:9, 38:11, 38:13, 38:17, 38:19, 38:23, 38:24, 39:1, 39:4, 39:5, 39:16, 39:17, 39:18, 40:1, 40:16, 40:21, 41:5, 41:6, 41:7, 41:8, 41:11, 41:13, 41:15, 41:18, 41:19, 41:20, 41:22, 41:24, 41:25, 42:1, 42:5, 42:6, 42:10, 42:11, 42:17, 42:18, 42:20, 42:21, 43:1, 43:6, 43:7, 43:8, 43:9, 43:11, 43:13, 43:16, 43:17, 43:18, 44:6, 44:8, 45:6, 45:7, 45:13, 45:21, 45:24, 45:25, 46:1, 46:2, 46:5, 46:8, 46:9, 46:15, 46:17, 46:19, 46:21, 46:23, 47:6, 47:8, 47:24, 48:4, 48:6, 48:8, 48:18, 49:1, 49:3, 49:4, 49:7, 49:9, 49:11, 49:20, 49:21, 49:22, 49:23, 50:1, 50:4, 50:6, 50:15
**Today** - 10:19, 21:21, 22:1, 22:7, 22:9, 26:1, 34:12, 35:14, 48:19
**Today's** - 6:21
**Toes** - 27:14, 34:4
**Together** - 15:21, 18:16, 24:9, 43:11
**Told** - 23:11
**Tomorrow** - 10:19
**Too** - 7:1, 26:3, 50:16

**Topic** - 37:20
**Total** - 16:14
**Touch** - 21:7
**Tough** - 47:21
**Trade** - 2:19, 4:23, 8:22, 14:25, 15:2, 15:10, 17:16, 24:14, 24:16, 28:16, 29:6, 29:7, 29:20, 29:21, 30:24, 31:12, 31:17, 32:1, 34:23, 35:18, 35:25, 39:12, 42:11, 43:12, 43:13
**Trademark** - 23:7
**Trade's** - 26:20, 36:5
**Trampled** - 27:18
**Tranche** - 10:5
**Transactions** - 14:9
**Transcriber** - 2:43
**Transcript** - 2:48, 40:1, 40:25, 51:2
**Transcription** - 2:48
**Transfer** - 3:16, 3:17, 4:3
**Transparency** - 14:12
**Treat** - 33:10
**Treated** - 28:8, 28:9
**Tried** - 46:23
**Trouble** - 3:10, 3:13
**Troubled** - 16:7
**True** - 19:11, 19:13, 51:2
**Truly** - 23:22
**Trustee** - 2:38, 10:11, 12:1, 12:2, 12:5, 17:17, 26:4
**Trustee's** - 32:7
**Try** - 3:25, 4:4, 4:6, 9:4, 16:20, 49:11
**Trying** - 20:22
**Turn** - 22:13
**Turned** - 31:17
**Tweak** - 27:17
**Two** - 19:10, 28:10, 28:18, 32:25, 34:7, 39:1, 39:5, 39:18, 42:24, 43:21, 45:6
**Types** - 27:21

---

**U**

**Ultimately** - 10:21
**Umm** - 22:11
**Under** - 7:22, 8:20, 8:24, 10:5, 11:7, 16:8, 20:3, 20:12, 26:25, 27:2, 27:6, 27:11, 27:16, 28:8, 28:9, 39:2
**Understand** - 5:6, 5:10, 8:13, 10:5, 13:18, 13:23,

13:25, 22:2, 22:24, 26:5, 28:12, 28:14, 28:19, 29:17, 45:4, 47:4, 47:8, 48:4, 49:2, 49:18
**Understanding** - 3:11, 14:10, 16:8
**Underwater** - 3:14
**Unexpected** - 20:23, 20:25, 21:2
**Unfortunately** - 31:14, 47:9, 50:2
**Uniondale** - 2:22
**UNITED** - 1:1, 2:37, 2:38, 17:17
**Unless** - 12:19, 13:2, 16:6
**Unlikely** - 16:22, 16:23, 16:24
**Unliquidated** - 28:6
**Unmuted** - 28:24
**Unnecessary** - 45:9
**Unresponded** - 25:6
**Until** - 22:3, 22:13
**Up** - 3:14, 8:2, 19:11, 19:13, 27:22, 28:19, 28:20, 29:5, 33:25, 40:4, 49:14, 49:17
**Update** - 10:9, 10:13
**Upload** - 25:19
**Upon** - 11:11, 11:12, 33:25
**Us** - 6:24, 7:15, 13:18, 13:19, 13:21, 32:1, 32:6, 33:12, 40:6, 41:15, 41:23, 44:8, 45:6, 46:19, 48:6
**USA** - 2:25, 5:16, 21:13
**Use** - 5:12, 9:1, 13:14, 15:5
**Uses** - 4:21
**Usually** - 7:25, 30:2

---

**V**

**VACATE** - 1:20, 6:23, 26:15, 33:9, 34:10, 34:17, 41:25
**Value** - 16:10
**Vantage** - 33:16
**Variance** - 17:19, 17:25
**Various** - 8:22, 11:5, 11:6, 24:18, 46:24
**Vendor** - 46:21
**Very** - 15:25, 16:4, 16:7, 17:11, 18:25, 20:1, 25:21, 27:23, 46:15, 49:21, 49:22
**Video** - 3:16
**Vietnam** - 9:7

**View -** 9:9, 11:24, 39:13, 46:16
**Visibility -** 18:7, 49:1
**VOICE -** 30:18, 30:21, 37:3, 37:5, 47:4, 48:20, 48:22, 50:20, 50:21
**Volume -** 3:10, 7:14

| W |
|---|

**Wait -** 22:13, 29:12
**Waited -** 35:11
**Waiting -** 6:2, 6:10, 6:14
**Want -** 6:25, 9:22, 12:11, 13:16, 14:14, 14:15, 14:16, 15:6, 17:14, 18:17, 21:6, 21:7, 21:11, 22:12, 24:7, 25:6, 27:22, 30:23, 33:10, 33:18, 37:15, 38:23, 39:16, 42:23, 45:12, 47:6, 48:3, 50:4
**Wanted -** 22:8, 25:4, 27:24, 31:3, 31:6, 34:10, 38:11, 46:6
**Wants -** 20:5, 21:8, 23:2, 35:20, 46:1
**Warehouses -** 9:3
**Warehousing -** 10:20
**Was -** 6:15, 6:16, 6:18, 7:3, 8:21, 9:21, 10:11, 11:21, 12:4, 12:17, 15:25, 19:3, 20:13, 20:23, 21:10, 21:14, 21:16, 21:24, 22:18, 22:19, 22:20, 23:2, 23:13, 24:6, 24:13, 26:3, 26:12, 28:12, 28:13, 28:21, 29:19, 30:17, 30:23, 32:9, 32:10, 32:12, 35:11, 36:1, 36:4, 36:10, 36:14, 36:15, 40:20, 40:23, 46:11, 46:13, 46:22
**Wasn't -** 20:25, 21:9, 22:5, 36:16
**Way -** 2:34, 16:3, 16:24, 17:1, 20:12, 22:14, 24:22, 24:25, 28:8, 32:18, 36:8, 36:20, 37:1, 39:20, 41:2, 45:2, 45:8
**Webex -** 4:2
**We'd -** 31:22, 31:23, 31:24
**Week -** 10:5, 11:1, 17:19, 18:12, 19:12
**Weekly -** 17:25
**Weeks -** 7:4, 9:22, 18:16, 46:8

**Weigh -** 12:10, 12:11, 21:11, 43:18
**Welcome -** 39:13, 41:11
**Well -** 6:10, 7:17, 8:15, 9:9, 10:13, 11:18, 14:3, 14:7, 22:23, 24:11, 33:16, 37:13, 39:11, 40:4, 41:20, 43:2, 43:22, 47:10
**We'll -** 9:25, 10:12, 10:13, 10:15, 11:21, 19:6, 25:8, 34:16, 35:5, 35:15, 45:14, 45:15, 47:16, 48:15, 48:17, 50:11
**WEPRIN -** 1:17, 1:30
**Were -** 7:3, 7:21, 7:22, 8:5, 12:25, 15:7, 16:4, 19:10, 19:11, 21:15, 25:5, 27:23, 28:9, 28:10, 29:20, 31:15, 31:20, 33:7, 34:22, 34:23, 38:19, 39:23, 43:25, 49:1
**We're -** 4:20, 6:2, 6:9, 6:14, 6:24, 8:16, 9:4, 9:6, 9:10, 9:16, 11:24, 12:16, 13:20, 13:22, 18:20, 19:7, 20:19, 20:22, 23:15, 23:16, 23:17, 23:21, 31:25, 46:7, 47:5, 47:7, 48:8, 48:9, 48:18
**West -** 1:37, 2:34
**We've -** 11:2, 16:4, 23:11, 23:12, 23:25, 29:6, 29:7, 46:20
**What -** 5:10, 6:15, 9:13, 9:19, 11:7, 12:17, 13:24, 13:25, 14:19, 15:23, 16:1, 16:11, 16:25, 17:5, 17:6, 20:2, 21:24, 21:25, 22:1, 22:2, 22:20, 23:14, 23:16, 24:6, 24:8, 24:20, 25:23, 27:19, 28:14, 28:22, 31:5, 31:6, 32:20, 35:2, 35:3, 35:7, 35:8, 35:14, 36:2, 37:7, 37:8, 37:11, 37:19, 39:24, 40:16, 41:11, 41:12, 41:19, 41:21, 44:10, 45:5, 46:13, 46:17, 48:9, 48:14, 49:24
**Whatever -** 10:4, 14:19, 18:6, 25:17, 25:24
**What's -** 14:9, 18:4, 25:21, 29:17, 37:7
**When -** 6:1, 8:6, 8:19, 13:20, 19:7, 22:25, 25:8,

25:15, 27:1, 27:24, 27:25, 28:1, 31:5, 31:25, 36:4, 39:23, 43:1, 44:4, 46:2, 46:22, 47:8, 49:2
**Where -** 6:24, 7:17, 9:24, 10:9, 10:25, 11:7, 12:24, 13:21, 17:5, 17:13, 20:17, 21:16, 22:5, 27:7, 27:20, 29:8, 34:8, 36:11, 41:2, 41:3, 47:4
**Whether -** 14:7, 27:6, 27:10, 33:23, 37:23
**Which -** 8:11, 8:14, 8:22, 9:1, 10:11, 12:14, 18:21, 21:24, 24:12, 25:3, 26:1, 26:16, 29:3, 29:20, 31:18, 32:7, 34:20, 34:21, 38:20, 42:7, 43:13, 47:7
**While -** 12:8, 31:14
**Who -** 3:6, 4:16, 6:15, 9:7, 18:5, 27:4, 29:18, 30:2, 30:3, 30:10, 30:25, 36:10, 38:2
**Whole -** 20:4
**Who's -** 27:3
**Why -** 6:23, 13:18, 13:21, 22:14, 23:4, 23:20, 24:23, 27:24, 28:19, 31:25, 32:17, 45:6, 48:17
**Will -** 7:18, 8:2, 8:21, 10:4, 10:6, 10:17, 10:18, 11:19, 16:5, 16:25, 17:9, 18:1, 20:11, 23:18, 23:20, 24:16, 28:8, 33:5, 36:6, 36:11, 37:11, 39:17, 39:19, 45:23, 46:20, 47:2, 50:12, 50:16
**Wing -** 42:4
**Winning -** 38:5
**WINTERS -** 1:33, 1:35, 4:11, 12:11, 12:13, 21:3, 22:1, 22:15, 24:6, 24:7, 35:20
**Wired -** 10:6
**Wish -** 26:9
**With -** 3:8, 4:12, 6:4, 6:25, 7:4, 7:5, 8:1, 8:17, 9:2, 9:3, 9:10, 9:16, 9:20, 10:1, 10:2, 10:7, 10:20, 10:21, 10:22, 10:24, 11:14, 11:16, 11:17, 11:18, 12:7, 12:14, 13:15, 14:6, 14:9, 14:20, 15:10, 15:17, 16:15, 16:19, 16:25, 17:2, 17:10,

17:15, 18:20, 19:17, 19:18, 19:25, 20:12, 21:25, 22:9, 22:20, 22:21, 23:1, 24:14, 24:17, 24:20, 24:22, 24:23, 25:14, 25:22, 25:25, 28:7, 29:5, 29:10, 31:12, 31:19, 31:23, 31:24, 32:3, 32:17, 32:21, 33:12, 33:25, 34:13, 34:18, 35:2, 35:3, 35:4, 35:8, 36:23, 37:24, 38:3, 38:14, 38:18, 39:4, 39:19, 40:21, 41:7, 41:9, 41:12, 41:15, 41:18, 41:23, 42:20, 43:11, 43:18, 43:21, 44:22, 44:23, 47:2, 47:3, 47:8, 49:10, 49:14, 49:15, 49:17, 50:5, 50:6, 50:10
**Within -** 10:9, 17:18, 45:15, 45:16, 49:16
**Without -** 23:9, 36:20, 42:17, 46:18
**Witnesses -** 26:24
**Won't -** 37:9
**Word -** 39:25
**Words -** 39:22
**Work -** 8:17, 17:4, 18:20, 25:17, 34:2, 34:13, 39:3
**Worked -** 31:11, 49:15
**Working -** 9:3, 11:15, 12:16, 13:14, 16:15, 16:19, 20:7
**Works -** 6:5, 24:25
**World -** 9:11, 48:4
**Worry -** 20:18
**Would -** 3:14, 3:25, 5:4, 9:10, 9:24, 9:25, 12:19, 13:1, 13:3, 13:15, 14:17, 15:6, 15:24, 16:21, 18:11, 18:25, 34:1, 34:2, 34:6, 35:6, 36:2, 39:2, 39:5, 41:21, 41:22, 41:23, 46:19, 49:18, 50:17
**Wouldn't -** 34:6, 39:7
**Written -** 17:23
**Wrong -** 15:15, 40:20

| Y |
|---|

**Yeah -** 3:13, 5:1, 19:2, 33:14, 35:9, 40:24, 41:14, 41:17, 41:24, 44:9
**Year -** 10:16, 19:24, 36:19
**Yes -** 3:3, 5:15, 5:25, 6:11,

6:14, 6:19, 7:2, 7:15, 12:2, 13:8, 15:16, 19:9, 24:7, 32:13, 38:25, 42:13, 42:22, 43:7, 48:19, 48:20, 49:7

**Yet -** 9:18, 12:19, 21:5, 30:19

**YORK -** 1:2, 1:4, 1:32, 1:38, 1:43, 2:10, 2:16, 2:31, 2:41

**You -** 3:9, 3:15, 3:16, 3:24, 4:1, 4:2, 4:3, 4:5, 4:8, 4:9, 5:3, 5:7, 5:9, 5:10, 5:13, 6:5, 6:9, 6:12, 6:20, 6:23, 6:24, 7:10, 7:11, 7:24, 8:4, 8:21, 10:18, 10:23, 11:25, 12:6, 12:7, 12:11, 13:4, 13:7, 13:8, 13:10, 13:12, 13:13, 13:25, 14:1, 14:14, 14:24, 15:2, 15:11, 15:12, 15:15, 15:21, 15:23, 16:15, 16:17, 17:13, 18:1, 18:3, 19:4, 20:24, 20:25, 21:10, 21:12, 21:22, 21:23, 22:6, 22:10, 22:12, 22:14, 23:13, 24:4, 24:16, 25:7, 25:11, 25:17, 25:20, 25:21, 26:5, 26:8, 27:3, 27:23, 27:24, 28:3, 28:14, 28:18, 28:22, 28:24, 28:25, 29:17, 30:6, 30:7, 30:21, 30:22, 31:3, 31:4, 31:5, 31:6, 32:5, 32:16, 32:20, 32:21, 33:3, 33:4, 33:5, 33:10, 33:12, 33:18, 33:19, 33:21, 33:22, 33:25, 34:2, 34:8, 34:11, 34:12, 34:13, 35:1, 35:2, 35:17, 37:1, 37:2, 38:3, 38:4, 38:8, 38:21, 38:23, 39:1, 39:16, 39:19, 39:23, 39:25, 40:3, 40:4, 40:6, 40:7, 40:17, 40:24, 41:9, 42:2, 42:19, 43:15, 43:16, 43:25, 44:22, 44:23, 44:25, 45:12, 45:18, 45:20, 46:2, 46:6, 46:10, 46:16, 46:20, 47:2, 47:6, 47:8, 47:9, 47:10, 47:17, 47:19, 47:20, 47:23, 47:24, 47:25, 48:5, 48:6, 48:13, 48:16, 49:5, 49:12, 49:23, 49:24, 50:6, 50:18, 50:19, 50:20, 50:21

**You'll -** 9:14, 11:23
**Your -** 3:3, 3:4, 3:10, 3:16, 3:23, 4:6, 4:11, 4:14, 4:19, 4:22, 4:25, 5:4, 5:6, 5:15, 5:18, 5:20, 5:25, 6:3, 6:8, 6:10, 7:2, 7:12, 7:14, 7:23, 12:12, 13:1, 13:8, 13:13, 13:16, 14:13, 14:23, 15:2, 15:16, 15:17, 18:3, 18:9, 18:10, 18:11, 18:15, 18:25, 19:3, 19:5, 21:3, 21:12, 21:14, 21:25, 22:14, 23:18, 23:21, 24:6, 24:7, 24:10, 26:6, 28:7, 28:8, 29:2, 29:11, 30:18, 31:9, 32:4, 32:21, 33:5, 33:9, 33:16, 33:17, 34:10, 34:11, 34:15, 34:17, 34:19, 34:25, 35:6, 35:7, 35:17, 37:1, 37:5, 38:8, 38:22, 39:18, 39:23, 40:4, 41:10, 42:2, 42:3, 42:25, 43:1, 43:17, 43:18, 43:22, 45:22, 47:2, 47:3, 47:4, 47:6, 47:17, 47:19, 47:20, 48:2, 48:5, 50:1, 50:9, 50:20

**You're -** 3:14, 7:15, 15:14, 25:18, 25:25, 32:23, 35:8, 44:7, 44:10, 44:15, 45:5, 47:4, 48:5, 49:24

**You've -** 15:21, 43:8

| **Z** |
|---|

**Zabicki -** 1:41, 3:7
**Zealous -** 16:15
**Zoom -** 11:14
**ZUCKER -** 2:13, 17:13, 46:10, 47:22, 48:2
**Zuckerman -** 15:14

| **$** |
|---|

**$1,340,813 -** 30:13
**$145,000 -** 19:10
**$20 -** 8:9
**$21 -** 8:9
**$25,000,000 -** 8:8
**$278,000 -** 10:7
**$299 -** 8:1
**$300 -** 8:1
**$341,000 -** 10:6
**$47,161 -** 12:5
**$5 -** 28:4

**$500 -** 8:3
**$85,000 -** 19:14

| **1** |
|---|

**10 -** 1:24
**100% -** 8:15
**10004 -** 2:41
**10017 -** 1:32, 1:43
**10020 -** 2:16, 2:31
**10036 -** 1:38
**10172 -** 2:10
**11 -** 17:5, 35:24
**11:30 -** 1:8
**11556 -** 2:22
**11570 -** 2:27
**11710 -** 2:45, 51:9
**11A -** 18:3
**11th -** 47:12, 47:17, 47:21, 47:23, 48:8
**12 -** 43:10
**12350 -** 2:34
**125 -** 1:31
**1-25-40078 -** 1:10, 1:12
**1270 -** 2:30
**1271 -** 2:15
**12th -** 1:31, 1:42, 7:23
**1425 -** 2:20
**14th -** 45:16, 45:17
**17 -** 1:6, 1:16
**17th -** 1:37
**18 -** 33:8
**18th -** 30:10, 47:13, 47:25, 48:2, 48:10, 48:11, 48:12
**1980s -** 21:1
**1998 -** 49:15
**1st -** 46:4

| **2** |
|---|

**20 -** 11:2
**200 -** 1:37
**2004 -** 1:20, 6:23, 10:12, 26:11, 27:2, 27:6, 27:11, 27:17, 28:11, 35:24, 36:5, 36:25, 39:2, 42:18, 43:16, 44:4
**2020 -** 17:1, 43:6
**2021 -** 19:10
**2025 -** 1:6, 30:10, 51:10
**2026 -** 17:2, 17:7, 17:9, 23:18
**21 -** 45:15, 45:16
**2376 -** 2:44, 51:8
**24850 -** 1:23

**25 -** 1:24, 51:10
**25-40078 -** 3:2
**265 -** 2:26
**27 -** 1:24, 25:9
**277 -** 2:9

| **3** |
|---|

**30 -** 47:7
**3070 -** 2:5
**30th -** 2:30, 46:7, 47:7
**31st -** 33:8
**33 -** 1:17
**341 -** 12:4
**34135 -** 1:24
**35% -** 8:10
**369 -** 1:42
**3rd -** 33:6

| **4** |
|---|

**40% -** 8:10
**41 -** 1:23
**41st -** 1:37
**42 -** 1:15
**44 -** 3:1
**45 -** 3:1
**46 -** 3:1
**47 -** 3:1
**48 -** 1:22

| **5** |
|---|

**50 -** 2:26
**510 -** 2:40

| **6** |
|---|

**60 -** 34:20, 35:9
**640 -** 2:5
**6th -** 33:6, 42:12, 42:13, 45:7

| **7** |
|---|

**74 -** 1:20
**7th -** 45:16

| **8** |
|---|

**85383 -** 2:35

| **9** |
|---|

**92626 -** 2:6