UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Chapter 11 |
| **SURF 9 LLC,** | Bankr. No. 25-40078-jmm |
| Debtor. | |

### ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY TO DISPOSE OF NON-DEBTOR COLLATERAL (LEAR JET MODEL 60 AIRCRAFT)

Upon the motion [ECF No. 89] (the "*Motion*") of BMO Bank N.A. (the "*Movant*"), for relief from the automatic stay with respect to that certain Learjet Inc. model 60 aircraft, United States Registration Number N160SJ (the "*Aircraft*") and those certain Pratt & Whitney Canada model PW305A aircraft engines bearing manufacturer's serial numbers PCE-CA0552 and PCE-CA0555 (the "*Engines*" and together with the Aircraft, the "*Collateral*") owned by S9 Air, Inc. ("*S9 Air*"); and a hearing on the Motion having been held on May 19, 2025; and good and sufficient notice of the Motion and the hearing having been provided; and objections, if any, having been overruled, withdrawn or resolved, and good cause appearing therefor, it is

**ORDERED,** that the automatic stay in effect pursuant to 11 U.S.C. § 362(a) is modified pursuant to 11 U.S.C. §§ 362(d)(1) and 362(d)2) to permit Movant, its agents, assigns or successors in interest, to exercise their rights and remedies available under applicable law as to the Collateral, including without limitation to provide notice of the proposed sale and disposition of the Collateral to the Debtor (the "*Sale*"); and it is further

**ORDERED**, within thirty (30) days of any sale or disposition of the Collateral, the Movant shall serve a copy of the report of sale or disposition of the Collateral (the "*Report*") on the above-

captioned debtor, debtor's counsel, and the Office of the United States Trustee and file a copy of the Report on the docket of this case. Any surplus proceeds realized from the Sale or other disposition of the Collateral shall be remitted promptly to S9 Air as owner of the Collateral.

**ORDERED** that the 14-day stay imposed by Bankruptcy Rule 4001(a)(3) is hereby waived and this Order shall become effective immediately upon entry; and it is further

**ORDERED** that the Court shall retain jurisdiction over this matter to determine any disputes that may arise hereunder; and it is further

**ORDERED**, that all other relief requested in the Motion is denied.

Dated: June 13, 2025
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge