**GOLDEN GOODRICH LLP**
Jeffrey I. Golden
Anerio Altman
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 966-1000
jgolden@go2.law
aaltman@go2.law

    -and-

**COZEN O'CONNOR**
Frederick E. Schmidt, Jr.
3 WTC, 175 Greenwich Street
New York, New York 10007
(212) 883-4948
(646) 588-1552 (fax)
eschmidt@cozen.com

*Attorneys for Leewards Health & Sports Co., Ltd.*

Hearing Date: July 1, 2025

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re | Chapter 11 |
| SURF 9 LLC, | Case No. 25-40078 (JMM) |
| Debtor. | |

**RESERVATION OF RIGHTS OF LEEWARDS HEALTH
& SPORTS CO., LTD. WITH RESPECT TO DEBTOR'S MOTION
PURSUANT TO 11 U.S.C. §§ 105, 361, 362, 363 AND 364 FOR
INTERIM AND FINAL APPROVAL OF POST-PETITION FINANCING
AND APPROVAL OF RELATED SUPPLY FINANCING FROM LEEWARDS
AND TO GRANT SUPERPRIORITY LIENS PURSUANT TO 11 U.S.C. § 364(c)
AND (d); AND (II) APPROVAL TO UTILIZE CASH COLLATERAL
<u>AND GRANT ADEQUATE PROTECTION</u>**

Leewards Health & Sports Co., Ltd. ("<u>Leewards</u>") as a for its reservation of rights with

respect to the *Debtor's Motion Pursuant to 11 U.S.C. §§ 105, 361, 362, 363 and 364 for Interim*

*and Final Approval of Post-Petition Financing and Approval of Related Supply Financing From*

*Leewards and to Grant Superpriority Liens Pursuant to 11 U.S.C. § 364(c) and (d); and (ii) Approval to Utilize Cash Collateral and Grant Adequate Protection* [ECF # 17] (the "DIP Motion"),[1] respectfully represents as follows:

1. Leewards files this reservation of rights in order to protect and preserve the rights it has received in connection with the two interim orders entered by the Court with respect to the DIP Motion – an Interim Order at docket number 42 (the "Interim Order") and a Second Interim Order at docket number 69 (the "Second Interim Order or, together with the Interim Order, the "Interim Orders").

2. Pursuant to the Interim Order, Leewards agreed to ship goods to the Debtor post-petition on open terms. In return, Leewards was granted an "automatically perfected senior priority lien and security interest, senior to all liens including that of the Lender, solely on all goods delivered upon request of the Debtor, together with all proceeds and documentation thereof (the 'Leewards Collateral')". *Interim Order, Exhibit A*. Leewards was further granted "a superpriority claim against the Debtor, senior to the Superpriority Claim of the Lender (subject to the Carve Out), up to the value of the Leewards Collateral, for any amounts due and payable that remain unpaid." *Id.*

3. Payment for goods shipped pursuant to the Interim Orders is "due within one (1) week after payment by Costco for its purchase of such goods". *Id.* Importantly, the Interim Order provides that "[t]he lien remains on proceeds until Leewards is paid and such proceeds cannot be used for any other purpose absent Leewards consent." *Id.* Accordingly, the Interim Orders prohibit the Debtor from using the payments received from Costco for goods supplied post-petition from the Debtors for any purpose other than to pay Leewards.

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to them in the DIP Motion.

4. Notwithstanding the clear terms of the Interim Orders, the Debtor has defaulted by not paying Leewards for post-petition goods shipped, despite Costco having paid for such goods, in each case following the one-week window. Leewards intends to seek relief from this Court regarding the Debtor's payment defaults.

5. Leewards has not yet reviewed any proposed final DIP Order. However, to the extent that any such final proposed DIP Order prejudices any of Leewards' rights under the Interim Orders, Leewards objects.

Dated: New York, New York
       June 30, 2025

**COZEN O'CONNOR**

By: ___/s/ Frederick E. Schmidt, Jr.___
Frederick E. Schmidt, Jr.
3 WTC, 175 Greenwich Street
New York, New York 10007
(212) 883-4900
(646) 588-1552 (fax)
eschmidt@cozen.com

-and-

**GOLDEN GOODRICH LLP**
*Attorneys for Leewards Health & Sports Co., Ltd.*
Jeffrey I. Golden
Anerio Altman
3070 Bristol Street, Suite 640
Costa Mesa, CA 92626
(714) 966-1000
jgolden@go2.law
aaltman@go2.law