UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
In re:                                                                                    Chapter 11

Surf 9 LLC,                                                                          Case No. 25-40078-JMM

                                      Debtor.
---------------------------------------------------------------x

## ORDER APPROVING DEBTOR'S ENTRY INTO
## FIFTH LEASE ADDENDUM WITH BERNWOOD, LLC

Upon the motion [ECF No. 80] (the "Motion") of Surf 9 LLC (the "Debtor") by its counsel seeking an Order pursuant to 11 U.S.C. § 363(b) authorizing the Debtor's entry into the fifth lease addendum (the "Fifth Lease Addendum") for the continued lease of certain office space located at 24850 Old 41 Road, Suite 10, Bonita Springs, FL 34135 with Bernwood, LLC ("Bernwood"); and the Court having considered the Motion at a duly noticed hearing held on May 21, 2025; and based upon the record compiled at the hearing; and it appearing that entry into the Fifth Lease Addendum represents a prudent exercise of the Debtor's business judgment; and good and proper service of the hearing on the Motion having been given; and good and sufficient cause having been shown; it is hereby

ORDERED, that the Debtor is authorized to enter into the Fifth Lease Addendum, a copy of which is attached hereto as Exhibit "A"; and it is further

ORDERED, that the Debtor and Bernwood each are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order in accordance with the terms of the Fifth Lease Addendum; and it is further

Exhibit "A"

ORDERED, that this Court shall retain jurisdiction over all matters arising from or related to the Fifth Lease Addendum and/or to the interpretation, implementation, or enforcement of this Order.

Dated: July 9, 2025
      Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge

# EXHIBIT A

Fifth Lease Addendum

# FIFTH ADDENDUM TO LEASE AGREEMENT

## BERNWOOD, LLC (Landlord)

## SURF 9, LLC (Tenant)

   BERNWOOD, LLC (Landlord) and SURF 9, LLC (Tenant) entered into a Lease Agreement on or about June 9, 2017 for a total leasing period for five (5) years, for 5,046 square feet of space designated as Suite 10, Bernwood Centre, 24850 Old 41 Road, Bonita Springs, FL 34135 (Premises), with a Lease Commencement date for the Original Term of December 1, 2017 and a Termination Date of November 20, 2022 ("Initial Lease Term").

On or about January 10, 2019, Landlord and Tenant entered into an Addendum to Lease Agreement, expanding the Premises by additional 2,666 square feet of space designated as Suite 25, Bernwood Centre, 24850 Old 41 Road, Bonita Springs, FL 34135 ("Expansion Premises") for a one (1) year period commencing March 1, 2019 and terminating February 28, 2020 ("Expansion Lease Term"), under the same terms and conditions as stated in the Lease Agreement.

On Or about March 5, 2020, Landlord and Tenant entered into a Second Addendum to Lease Agreement, extending the term for the Expansion Premises for an additional one (1) year period commencing March 1, 2020 and terminating February 28, 2021.

On or about June 9, 2021, Landlord and Tenant entered into a Third Addendum to Lease Agreement further expanding the Premises by an additional 5,411 square feet of space designated as Suites 6 & 27, Bernwood Centre, 24850 Old 41 Road, Bonita Springs, FL 34135 ("New Expansion Premises") for an approximately eighteen (18) month term commencing on June 9, 2021 and terminating on November 30, 2022 ("New Expansion Lease Term"), under the same terms and conditions as stated in the Lease Agreement.

On or about April 4, 2022, Landlord and Tenant entered into a Fourth Addendum to Lease Agreement extending the Lease Term for the Premises (Suites 6, 10, 25 & 27) to March 14, 2025.

**Subsequent to the execution of the Fourth Addendum to Lease Agreement, Tenant filed for bankruptcy protection.**

**Landlord and Tenant do hereby agree to the following modifications to the Lease Agreement**

   1.  <u>Suite 10</u>: Landlord and Tenant do hereby agree to extending the Lease Term for Suite 10 for an additional one (1) year period commencing March 15, 2025 and terminating March 14, 2026 ("New Lease Term").

      Tenant's Modified Gross Rent schedule for the Suite 10 New Lease Term shall be per the schedule below:

| PERIOD | MODIFIED GROSS MONTHLY RENT |
|---|---|
| 3/15/25 – 3/14/26 | $7,200.00 |

\* FL sales tax subject to change. Currently two point five percent (2.5%)

2. Tenant, on or before March 14, 2025, shall vacate Suites 6, 25, and 27, and shall deliver possession to Landlord in a clean, broom-swept condition.

3. Tenant shall surrender to Landlord all deposits currently held by Landlord for all Suites, excepting Unit 10's which carries forward.

4. Tenant shall pay Landlord, on or before March 14, 2025, the sum of Thirty Nine Thousand Nine Hundred Twenty Four and 44/100 Dollars ($39,924.44).

5. John Chenciner, Tenant, and Landlord shall work diligently to resolve the pre-petition (bankruptcy) outstanding rent due to Landlord pursuant to the terms and conditions of the Lease Agreement and Addendum's therewith within ninety (90) days from March 15, 2025, unless said timeframe is mutually extended.

6. All other terms and conditions of the original Lease Agreement shall remain in full force and effect, as to Unit 10, the others (6, 25 and 27) being terminated and released pursuant to the terms hereof. In the event of any inconsistency or conflict between the Lease Agreement and this Addendum, the terms of this Addendum shall control.

7. Tenant, by execution below, acknowledges that Tenant has fully read, understands, and does individually and personally guarantee all of the covenants, agreements, obligations, and payment of rents for the Unit 10 Lease Agreement and this Addendum.

8. For the avoidance of doubt, the lease termination of Suites 6, 25, and 27 shall not operate as a release by Landlord of any potential claims against John Chenciner or Tenant related to the pre-petition (bankruptcy) outstanding rent.

[THE REMAINDER OF THIS PAGE INTENTIONALLY LEFT BLANK]

9. By execution below and attachment of this Addendum to the Lease Agreement, Landlord and Tenant do hereby agree to the above modifications.

LANDLORD: BERNWOOD, LLC
 By: CRM DEVELOPMENT II, LLC
 Its: Managing Member
  By: Steven A. Calabrese Trust u/t/a
  dated January 25, 1991, as modified
  Its: Manager

 _____
 Steven A. Calabrese, Trustee

 Date: _____

TENANT: SURF 9, LLC

By: _____
 (Signature)

Print Name: _____

Print Title: _____

Date: _____

Telephone: _____

Email: _____