| | |
|---|---|
| **From:** | Angelina Lim |
| **To:** | tdonovan@gwiglaw.com; Kevin J. Nash |
| **Cc:** | Al Gomez; Katherine Babbitt |
| **Subject:** | Surf 9, LLC - Bernwood, LLC"s notice of default |
| **Date:** | Wednesday, July 30, 2025 1:36:47 PM |
| **Attachments:** | Surf9 stmt.xlsx<br>Surf9 6 27 2024.pdf<br>Surf9 10 2024.pdf<br>Surf9 25 2024.pdf |
| **Importance:** | High |

Mr. Donovan and Mr. Nash,

Pursuant to our Agreed Order Granting, in part, the Amended Motion for Relief from Stay (Doc. No. 73) ("Agreed Order"), Bernwood LLC, the Landlord is hereby giving you twenty-four (24) hour notice of default as it pertains to 24850 Old 41 Road, Suite 10, Bonita Springs, FL 34135 of the following amounts: CAM charges of $4,680.98 and two months delinquent post-petition rents (June and July). The total owed post-petition **is $19,809.98**. Please note that it is the Landlord's position that it could technically charge the Debtor as a holdover tenant because the agreement required under Fifth Addendum with Bernwood (Doc. No. 112) was never finalized. The amount owed as a holdover tenant would by $26,276.66 post-petition. The Landlord's failure to seek the higher amount currently does not constitute a waiver of such rights in the future or for any other purposes.

If we do not receive the psst due payment and an executed agreement with Bernwood (as required by Agreed Order) within 24 hours of this notice, we shall file our affidavit of default. Thanks.



Angelina Lim
Partner
813-225-2500 Office | 813-223-7118 Fax
400 N Ashley Drive, Suite 3100, Tampa, FL 33602

Johnson Pope Bokor Ruppel & Burns, LLP

www.jpfirm.com | vCard | bio | email

The information contained in this transmission may be attorney/client privileged and therefore confidential. This information is intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution, printing or copy of the communication is strictly prohibited. If you receive this transmission in error, or if you are not the individual or entity named above, the receipt of this transmission is not intended to and does not waive any privilege, attorney/client or otherwise. If you have received this communication in error, please notify us by telephone or e-mail. Thank you.

## Exhibit "B"