UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Surf 9, LLC

Debtor.

_____/

Chapter 11

Case No. 25-40078-JMM

**AFFIDAVIT OF DEFAULT BY BERNWOOD, LLC FOR LEASE
LOCATED AT 24850 OLD 41 ROAD, SUITE 10, BONITA SPRINGS, FL 34135**

STATE OF FLORIDA               )
COUNTY OF HILLSBOROUGH  )

GREG CALABRESE, . hereby declares under penalty of perjury as follows:

1. I am a member of Bernwood, LLC ("Bernwood" or "Landlord") and Bernwood is the landlord of the lease of the Debtor for 24850 Old 41 Road, Suite 10, Bonita Springs, FL 34135 ("Lease"). I have personal knowledge of all facts set forth in this Affidavit, all of which are true and correct.

2. Landlord filed its Motion for Relief from the Automatic Stay on March 31, 2025 (Doc. No. 48) and the parties entered into an agreement reflected in the Agreed Order Granting, in part, the Amended Motion for Relief from Stay (Doc. No. 73) ("Agreed Order").

3. The Agreed Order provided that the Debtor vacate Suites 6, 25, and 27, surrender to the Movant all deposits for its pre-petition outstanding the Fifth Lease Addendum amounts due. After the application of Deposits, total pre-petition debt owed to the landlord is $104,683.26. The Debtor and landlord were to come to terms regarding Unit 10, which lease expired March 15, 2025. Per the Agreed Order, the Debtor and Landlord were to enter into and have the Court approve the same.

4. The Agreed Order further provides that "upon any default in the timely payment of

<span style="color:red">**Exhibit "C"**</span>

the monthly rent or performance, and/or any cure amounts, and the failure to cure said default within twenty-four hours of notice being provided to Debtor by email to Debtor's counsel, ... Movant may file an Affidavit of default, and the Court will grant immediate relief from stay without further hearing ...."

5. According to the Agreed Order, the Court entered its Order Approving the Fifth Addendum with Landlord on July 9, 2025 (Doc. No. 112) ("Order on Fifth Lease Addendum"),

6. The Fifth Lease Addendum, attached as Exhibit "A," to the Order on Fifth Lease Addendum (as hereto attached as Exhibit "A") extended the lease for Unit 10 to March 14, 2026 with modified monthly gross rents of $7,200. See, Paragraph 1 of the Fifth Lease Addendum. Additionally, John Chenciner, the Debtor and the Landlord were to work "diligently to resolve the pre-petition (bankruptcy) outstanding rent due the Landlord pursuant to the terms and conditions of the Lease Agreement and Addendum therewith within ninety (90) days from March 15, 2025, unless said timeframe is mutually extended." See, Paragraph 5 of the Fifth Lease Addendum.

7. The deadline to reach an agreement was June 15, 2025 (the actual 90 days fell on June 13, 2025, a Saturday). The Landlord reached out multiple times to find a consensus but there was no credible response. No such agreement has been reached. Furthermore, the Landlord, following the July 9 Order, tried on a multitude of occasions to obtain the Tenant signed Fifth Lease Addendum, but once again, there was no credible response.

8. All other terms and conditions of the original Lease Agreement shall remain in full force and effect, as to Unit 10..." See, Paragraph 6 of the Fifth Lease Addendum.

9. I have attempted to reach an agreement with John Chenciner and the Debtor to resolve the pre-petition (bankruptcy) outstanding rent due to Bernwood and enter into the Fifth Lease Addendum, but as of the date of my affidavit, no agreement has been reached.

Lease Addendum, but as of the date of my affidavit, no agreement has been reached.

10. Furthermore, the Debtor has failed to pay its Common Area Maintenance charges totaling of $4,680 and is also behind two months' rent. The total owed post-petition is $19,809.

11. The Debtor was notified of the defaults by email dated July 30, 2025 as per the Agreed Order by Bernwood's counsel and as indicated in Bernwood's Renewed Motion for Relief from the Automatic Stay.

FURTHER AFFIANT SAYETH NAUGHT

Dated: 8/7/25

_____
GREG CALABRESE, Member of Bernwood, LLC
Landlord to the Debtor.

Sworn to and subscribed to before me this 7th day of August, 2025, by GREG CALABRESE, who is personally known to me.

[NOTARIAL SEAL]
Kristen Fox
Notary Public, State of Ohio
My Commission Expires:
June 15, 2030

_____
Kristen Fox
Notary Public, State of Ohio
My commission expires: 6/15/30

(10916059.1)