UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Surf 9, LLC                                                                 Chapter 11

      Debtor.                                                         Case No. 25-40078-JMM

_____/

## ORDER GRANTING MOVANT'S MOTION FOR FINAL RELIEF FROM THE AUTOMATIC STAY, AFTER DEFAULT
(Doc. Nos. 73, 112 and ___)

This Case came on for consideration, without hearing on the Motion for Final Relief from the Automatic Stay After Default, with Affidavit of Default ("Affidavit") (Doc. No. ___) ("Motion"), filed by Bernwood, LLC ("Movant" or "Landlord"), relating to non-residential commercial lease in Lee County at 24850 Old 41 Road, Suite 10, Bonita Springs, FL 34135 ("Lease"). The Court having considered the record, the Motion, and Affidavit, finds cause to grant the relief sought in the Motion. Accordingly, it is hereby:

ORDERED that the Motion is **GRANTED**; it is further

ORDERED that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby terminated pursuant to 11 U.S.C. § 362(d)(1) and (d)(2) to enforce all in rem rights with respect to the Lease as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns, or successors in interest, may take any and all action under applicable state law to exercise its remedies against the Leasehold Interest; it is further

ORDERED that that the Debtor shall vacate Unit 10 and surrender any remaining deposit to Unit 10 shall be surrendered to Movant and the Debor shall receive a credit against the outstanding prepetition balance.

Exhibit "D"