## SERVICE LIST

|  | Name and Address of Party Served | Mode of Service |
|---|---|---|
| 1. | Sheryl P. Giugliano<br>RUSKIN MOSCOU FALTISCHEK P.C.<br>Counsel to Express Trade Capital, Inc. | Via email:<br>sgiugliano@rmfpc.com,<br>samiel@rmfpc.com;<br>smcgrath@rmfpc.com |
| 2. | Surf 9 LLC<br>c/o Olden Group<br>One Metrotech Center, Suite 1803<br>Brooklyn, NY 11201-3949 | Via U.S. First Class Mail |
| 3. | Kevin Nash<br>Goldberg Weprin Finkel Goldstein LLP<br>125 Park Ave<br>New York, NY 10017 | Via email: knash@gwfglaw.com<br>and<br>U.S. First Class Mail |
| 4. | Office of the United States Trustee<br>Eastern District of NY (Brooklyn)<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 510,<br>New York, NY 10004-1415 | Via email:<br>ustpregion02.br.ecf@usdoj.gov<br>Via U.S. First Class Mail |
| 5. | Jeffrey I Golden Golden<br>Goodrich, LLP<br>3070 Bristol St., Ste 640<br>Costa Mesa, CA 92626 | Via U.S. First Class Mail |
| 6. | James P. Sullivan on behalf of Creditor<br>BMO Bank N.A.<br>Chapman and Cutler LLP<br>320 S. Canal St.<br>Chicago, IL 60606 | Via U.S. First Class Mail |
| 7. | J. Alex Kress<br>Counsel for Creditor BMO Bank N.A. | Via email:<br>akress@chapman.com |
| 8. | Douglas J Pick<br>Counsel for Creditor Flybar Inc. | Via email:<br>dpick@picklaw.net,<br>ezabicki@picklaw.net |
| 9. | Frederick E Schmidt<br>Counsel for Creditor Leewards Health and Sports Co., Ltd. | Via email:<br>eschmidt@cozen.com |
| 10. | Lewis W Siegel<br>Counsel for Creditor Funtastic Holdings Limited | Via email:<br>lws@lwsesq.com |
| 11. | Stephanie R Sweeney<br>Counsel for Interested Party Olden Group LLC | Via email:<br>mao@cravath.com |

|    | Name and Address of Party Served | Mode of Service |
|----|----------------------------------|-----------------|
| 12 | Isaac Thuesen<br>Counsel for Pension Benefit Guaranty Corporation | Via email:<br>thuesen.isaac1@pbgc.gov |
| 13 | Evan J. Zucker<br>counsel for Body Glove IP Holdings, LP | Via email:<br>evan.zucker@blankrome.com |
| 14 | Paula De Felice<br>counsel for Pension Benefit Guaranty Corporation | Via email:<br>defelicealejandro.paula@pbgc.gov |
| 15 | J Ted Donovan on behalf of Debtor Surf 9 LLC | Via email:<br>Tdonovan@gwfglaw.com |