UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

In re:

Surf 9, LLC,                                          Chapter 11

      Debtor.                                    Case No. 25-40078-JMM
_____/

**ORDER GRANTING MOVANT'S MOTION FOR FINAL RELIEF FROM THE AUTOMATIC STAY, AFTER DEFAULT**
(Doc. Nos. 73, 112 and 121)

This Case came on for consideration, without hearing on the Motion for Final Relief from the Automatic Stay After Default, with Affidavit of Default ("Affidavit") (Doc. No. 121) ("Motion"), filed by Bernwood, LLC ("Movant" or "Landlord"), relating to non-residential commercial lease in Lee County at 24850 Old 41 Road, Suite 10, Bonita Springs, FL 34135 ("Lease"). The Court having considered the record, the Motion, and Affidavit, finds cause to grant the relief sought in the Motion. Accordingly, it is hereby:

ORDERED that the Motion is **GRANTED to the extent set forth therein**; it is further **(JMM)**

ORDERED that the automatic stay in effect pursuant to 11 U.S.C. § 362(a), is hereby ~~terminated~~ **modified** pursuant to 11 U.S.C. §**§** 362(d)(1) and (d)(2) to enforce all in rem rights with respect to the Lease as to Movant, its agents, assigns or successors in interest, so that Movant, its agents, assigns, or successors in interest, may take any and all action under applicable state law to exercise its remedies **with respect to** ~~against~~ the Lease~~hold Interest~~; it is further **(JMM)**

ORDERED that that the Debtor shall vacate Unit 10 and surrender any remaining deposit to Unit 10 ~~shall be surrendered~~ to Movant and the Debor shall receive a credit against the outstanding prepetition balance**; and it is further** (JMM)

**ORDERED, that all other relief requested in the Motion is denied.** (JMM)



Dated: August 21, 2025
Brooklyn, New York

_____
Jil Mazer-Marino
United States Bankruptcy Judge