

200 West 41st Street
17th Floor
New York, NY 10036-7203
Telephone (212) 972-3000
Telefax (212) 972-2245
WWW.KLESTADT.COM

Ian R. Winters
direct: (212) 679-5311
email: IWINTERS@KLESTADT.COM

January 7, 2026

The Honorable Jil Mazer-Marino
United States Bankruptcy Court
Eastern District of New York
271-C Cadman Plaza East, Suite 1595
Brooklyn, NY 11201-1800

  Re:    *In re: Surf 9, LLC*, Case No. 25-40078 (JMM) (Bankr. E.D.N.Y. 2005)

Dear Judge Mazer-Marino:

      We respectfully submit this letter to the Court at the request of our client Olden Group LLC ("Olden") as DIP lender in the above-referenced chapter 11 case. We are pleased to advise the court that we received the sum of $1.4 million into our attorney escrow account (the "Escrow Amount") at approximately 5:00pm today, January 7, 2026. Counsel to the Debtor and Body Glove IP Holdings LP ("Body Glove") were notified upon receipt.

      We acknowledge the Escrow Amount was not received by Friday, January 2, as required by the Court at our December 30 discovery conference. Olden's principal has advised that he was unable to obtain funds by such deadline as a result of the intervening holiday on January 1. However, Olden requests that the Court and Body Glove consider the funds as a show of good faith and basis for continuation of discussions among the parties for assumption of the license or entry into a modified license agreement, as well as a basis for potential mediation of this matter.

      We have been informed that the Escrow Amount constitutes a loan by a third party to Olden, subject to definitive documentation to be agreed upon, and may be released solely to Olden or returned to such party. Olden has agreed to make such sum available to Surf 9 for its payment of a cure amount to Body Glove as determined by Order of the Court upon the Debtor's assumption of the license agreement or as otherwise agreed among the parties upon entry into a modified license agreement.

      We appreciate the Court's indulgence and consideration of this important development as Surf 9 seeks to continue its reorganization efforts with the support of Olden.

Respectfully,

KLESTADT WINTERS JURELLER SOUTHARD
& STEVENS, LLP

By: */s/ Ian R. Winters*
  _____
  Ian R. Winters

cc:
Kevin Nash, knash@gwfglaw.com
Ira Herman, ira.herman@blankrome.com
Samuel Levy, samuel.levy@blankrome.com