UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK

|  |  |  |
|---|---|---|
| In re: | ) ) ) | |
| SURF 9 LLC, | ) ) ) | Chapter 11 |
| Debtor. | ) ) ) ) | Case No. 25-40078 (JMM) |

### ORDER GRANTING MOTION OF TOPOCEAN CONSOLIDATION SERVICE INC. FOR RELIEF FROM THE AUTOMATIC STAY UNDER 11 U.S.C. § 362

Upon the Motion for Relief from the Automatic Stay [ECF No. 147] ("Motion") of Topocean Consolidation Service Inc. ("Topocean"), whereby Topocean seeks relief from the automatic stay with respect to the Debtor's Inventory;[1] and a hearing on the Motion having been held on November 19, 2025, and January 8, 2026; and good and sufficient notice of the Motion and the hearing having been provided; and objections, if any, having been overruled, withdrawn or resolved, and good cause appearing therefor, it is

**ORDERED**, that the Motion is granted and the stay under 11 U.S.C. Section 362(a) is modified pursuant to 11 U.S.C. Section 362(d)(1) to permit Topocean, its agents, assigns, or successors in interest, to exercise its rights and remedies as to the Inventory under nonbankruptcy law;

**ORDERED**, within thirty (30) days of any sale or disposition of the Inventory, Topocean shall serve a copy of the report of sale or disposition of the Inventory on the Debtor and the Debtor's counsel. Any surplus proceeds realized from the sale or other disposition of the Inventory shall be remitted promptly to the Debtor;

---

[1] Capitalized terms not defined herein shall have the same meaning set forth in the Motion.

4909-8314-7112

**ORDERED**, the Court shall retain jurisdiction over this matter to determine any disputes that may arise hereunder; and it is further

**ORDERED**, that all other relief requested in the Motion is denied.

Dated: January 8, 2026
Brooklyn, New York



_____
Jil Mazer-Marino
United States Bankruptcy Judge

4909-8314-7112