# GOLDBERG WEPRIN FINKEL GOLDSTEIN LLP

ATTORNEYS AT LAW

ANDREW W. ALBSTEIN*
STEVEN R. UFFNER
KEVIN J. NASH
IRIS A. ALBSTEIN
DOUGLAS TAUS
ROBERT W. LO SCHIAVO*
ELIZABETH SMITH* †
KATHARINE M. FINCH◌
MATTHEW E. HEARLE
AUBREY E. RICCARDI
ANTHONY J. SCHLUR
DANIEL J. SLATZ
STEWART A. WOLF*
YAN LAURENCY
ERIK ZARATIN◌
NEIL I. ALBSTEIN*
ELLIOT FINK
ERICA D. VITANZA*
JARED STEINBERG♦
M. BRIAN CRONK

─────────────

J. TED DONOVAN
BRIAN W. KEMPER
STEVEN J. FERGUSON
SERGIO J. TUERO*
JAY E. SIMENS
ANDREW C. ST. CYR
SAMUEL KATZ
KELLY A. MOLLOY
ASHLEY M. KOENEN
AMY M. SCOTTO
BENJAMIN P. VANDERHYDEN
MARK A. DOUGLAS
BRYANT P. CHURBUCK

**125 PARK AVENUE**
**12TH FLOOR**
**NEW YORK, NY 10017**
**(212) 221-5700**
**TELECOPIER (212) 730-4518**

─────────────

**BARRY E. ZWEIGBAUM**
**BENJAMIN C. KIRSCHENBAUM**
**ROBERT KANDEL**
**ROBERT F. LINER**
**(OF COUNSEL)**

─────────────

**EMANUEL GOLDBERG (1904 - 1988)**
**JACK WEPRIN (1930 - 1996)**
**BENJAMIN FINKEL (1905 - 1986)**
**HARVEY GOLDSTEIN (1930 – 2025)**

─────────────

\*   ALSO MEMBER OF NEW JERSEY BAR
†   ALSO MEMBER OF MASSACHUSETTS BAR
◌   ALSO MEMBER OF CONNECTICUT BAR
°   ALSO MEMBER OF CALIFORNIA BAR
♦   ALSO MEMBER OF OHIO AND PENNSYLVANIA BARS

May 1, 20256

*Via ECF*
Hon. Jil Mazer-Marino
U.S. Bankruptcy Court
271-C Cadman Plaza East
Brooklyn, NY 11201

   Re: <u>Surf 9 LLC – Case No. 25-40078 (JMM)</u>

Dear Judge Mazer-Marino:

This letter will confirm that all matters in the above referenced Chapter 11 case which scheduled to be heard on May 6, 2026 have been adjourned by the Court to May 27, 2026 at 10:00 a.m.

   Respectfully,

   /s/ J. Ted Donovan, Esq.

cc: All counsel via ECF filing